Janice M. Bellucci, Esq., SBN 108911
LAW OFFICE OF JANICE M. BELLUCCI
235 East Clark Avenue, Suite C
Santa Maria, California 93455
Tel: (805) 896-7854
Fax: (805) 928-8736
JMBellucci@aol.com

Attorney for Plaintiffs John Doe #1, John Doe #2,
John Doe #3, John Doe #4, John Doe #5, John Doe #6,
John Doe #7, John Doe #8, Jane Doe #9, and Jane Doe #10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE #1, an individual; JOHN DOE #2, an individual; JOHN DOE #3, an individual; JOHN DOE #4, an individual; JOHN DOE #5, an individual; JOHN DOE #6, an individual; JOHN DOE #7, an individual; JOHN DOE #8, an individual; JANE DOE #9, an individual; and JANE DOE #10, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRENT OESTERBLAD, an individual; DAVID OESTERBLAD, an individual; CHUCK RODRICK II, an individual; CHARLES DAVID GILSON, an individual; TRACI HEISIG, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: EDCV13-514 JGB (DTBx)<br><br>DECLARATION OF JANICE BELLUCCI IN SUPPORT OF APPLICATION FOR LEAVE TO PROCEED UNDER PSEUDONYM AND TO FILE UNDER SEAL |

1. My name is Janice Bellucci and I am the attorney representing Plaintiffs in the above-captioned case.

2. The document(s) submitted under seal in this case, including verifications of the complaint as well as declarations by JOHN DOE #1 and JOHN DOE #4 contain extremely sensitive personal material identifying my clients' true identities. Because my clients face threats of physical harm in retaliation for filing this challenge involving a website published in California as well as all 50 states of the United States, they are entitled to proceed anonymously under the laws in this

circuit, as discussed in the Application to File Under Seal filed herewith. Therefore, the documents submitted under seal in this case are submitted with just cause and are sealable under Federal law and the rules of this Court. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000).

Date: March 18, 2013

JANICE M. BELLUCCI