Janice M. Bellucci, Esq., SBN 108911
LAW OFFICE OF JANICE M. BELLUCCI
571 Hartnell Road
Santa Maria, California 93455
Tel: (805) 896-7854
Fax: (805) 928-8736
JMBellucci@aol.com

Attorneys for Plaintiffs John Doe #1, John Doe #2, John Doe #3, John Doe #4, John Doe #5, John Doe #6, John Doe #7, John Doe #8, Jane Doe #9, Jane Doe #10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE #1, an individual; JOHN DOE #2, an individual; JOHN DOE #3, an individual; JOHN DOE #4, an individual; JOHN DOE #5, an individual; JOHN DOE #6, an individual; JOHN DOE #7, an individual; JOHN DOE #8, an individual; JANE DOE #9, an individual; and JANE DOE #10, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRENT OESTERBLAD, an individual; DAVID OESTERBLAD, an individual; CHUCK RODRICK II, an individual; CHARLES DAVID GILSON, an individual; TRACI HEISIG, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: EDCV13 - 514 JGB (DTBx)<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED UNDER A PSEUDONYM AND ORDERING ALL INFORMATION IDENTIFYING PLAINTIFFS' TRUE IDENTITIES BE FILED UNDER SEAL |

For good cause shown, Plaintiffs' request to proceed in this matter under the pseudonyms of "JOHN DOE #1", "JOHN DOE #2", "JOHN DOE 3", "JOHN DOE #4", "JOHN DOE #5", "JOHN DOE #6", "JOHN DOE #7", "JOHN DOE #8", "JANE DOE #9 AND "JANE

---

[PROPOSED] ORDER TO PROCEED UNDER PSEUDONYM AND FILE UNDER SEAL

1  DOE #10 is **GRANTED**. Plaintiffs' request to file under seal any document revealing Plaintiffs'
2  true identities is also **GRANTED**. No document filed in this matter shall be open to inspection
3  except as provided herein.

4        It is **ORDERED** that Defendant(s) may review the sealed documents and may reveal
5  Plaintiffs' true identities (or any information or distinguishing characteristics which could reveal
6  Plaintiffs' true identities) only to attorneys litigating this case on their behalf. Any person or entity
7  who comes to learn of Plaintiffs' true identities (or any information or distinguishing characteristics
8  which could reveal Plaintiffs' true identities) by means of, or as a result of, this litigation is hereby
9  **ORDERED** not to reveal Plaintiffs' true identities (or distinguishing characteristics) by any means
10 to any other person or entity not authorized by this Court to receive such information.

11       Because Plaintiffs' physical safety is at stake, this Court shall, within its discretion,
12 impose the maximum sanction permitted by law for any violation of this Order.

13
14 DATED: April 2, 2013

15       _____
16       United States District Judge
      Central District of California

2

[PROPOSED] ORDER TO PROCEED UNDER PSEUDONYM AND FILE UNDER SEAL