IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>Brent Oesterblad, et al.,<br><br>                    Defendants. | No. CV-13-01300-PHX-SRB<br><br>**ORDER** |

This case having been reassigned to this Court from the Central District of California;

IT IS ORDERED that counsel file within 10 days of the date of this Order a Joint Status Report concerning the status of this case.

Dated this 3rd day of July, 2013.

_____
Susan R. Bolton
United States District Judge