Garrick McFadden, Esq. (AZ Bar #023352)
**KELLY / WARNER, PLLC**
8283 N. Hayden Road Suite 229
Scottsdale, Arizona 85258
Email: garrick@kellywarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
Attorneys for Defendant Charles Rodrick

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN DOE #1, an individual; JOHN DOE #2, an individual; JOHN DOE #3, an individual; JOHN DOE #4, an individual; JOHN DOE #5, an individual; JOHN DOE #6, an individual; JOHN DOE #7, an individual;  and JOHN DOE #8, an individual; JANE DOE #9, an individual; and JANE DOE #10, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRENT OESTERBLAD, an individual; CHUCK RODRICK II, an individual; SARAH SHEA, an individual; KEVIN MILLER, an individual; MELBOURNE IT DBS, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV-13-01300-PHX-SRB<br><br>**STATUS REPORT**<br><br>*Honorable Susan R. Bolton* |

Defendant CHUCK RODRICK ("Defendant"), by and through undersigned counsel, submits his statement pursuant to this Court's minute entry of July 3, 2013, requiring the parties to submit a Joint Status Report.

Plaintiffs' counsel stated that she would not be participating in filing the Joint Status Report because she is not licensed to practice law in Arizona, and that she has until August 2nd, 2013, to become admitted to practice in this Court.  Defendant anticipates that Plaintiffs' will cease to prosecute this matter, and Defendant will move to dismiss the case pursuant to Rule 41(b). If Plaintiffs' do attempt to prosecute this

matter, Defendant will file a motion to dismiss pursuant to Rules 12(6)(1),(6).

Defendant is prepared to provide briefing on these issues, upon the Court's request.

Dated: July 15, 2013

**KELLY / WARNER, PLLC**

By: /s/ Garrick McFadden
Garrick McFadden, Esq.
8283 N. Hayden Road Suite 229
Scottsdale, Arizona 85258
*Attorneys for Defendant Rodrick*

# CERTIFICATE OF SERVICE

I hereby certify that, on the same date set forth above, I electronically transmitted the foregoing document to the Clerk's Office using CM/ECF System for filing and distribution to the following registered participants of the CM/ECF System, who will also be served copies of the attached document by U.S. first class mail and electronic mail:

Janice M. Bellucci, Esq.
LAW OFFICE OF JANICE M. BELLUCCI
235 East Clark Avenue, Suite C
Santa Maria, California 93455
*Attorney for Plaintiffs*

/s/ Jill J. Loy
Employee of Kelly / Warner, PLLC