Janice M. Bellucci, Esq., California Bar #108911
LAW OFFICE OF JANICE M. BELLUCCI
235 East Clark Avenue, Suite C
Santa Maria, California 93455
Tel: (805) 896-7854
Fax: (805) 349-8872
JMBellucci@aol.com

Attorney for Plaintiffs John Doe #1, John Doe #2, John Doe #3, John Doe #4, John Doe #5, John Doe #6, John Doe #7, John Doe #8, Jane Doe #9, and Jane Doe #10

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 02 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN DOE #1, an individual; JOHN DOE #2, an individual; JOHN DOE #3, an individual; JOHN DOE #4, an individual; JOHN DOE #5, an individual; JOHN DOE #6, an individual; JOHN DOE #7, an individual; and JOHN DOE #8, an individual; JANE DOE #9, an individual; and JANE DOE #10, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRENT OESTERBLAD, an individual; CHUCK RODRICK II, an individual; SARAH SHEA, an individual; KEVIN MILLER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV13–01300-PHX-SRB<br><br>**STATUS REPORT**<br><br>Honorable Susan R. Bolton |

Plaintiffs JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JOHN DOE #5, JOHN DOE #6, JOHN DOE #7, JOHN DOE #8, JANE DOE #9, and JANE DOE #10 ("Plaintiffs"),

by and through undersigned counsel, submit their statement pursuant to this Court's minute entry of July 3, 2013, requiring the parties to submit a Joint Status Report.

Defendant CHUCK RODRICK ("Defendant") submitted a statement to this Court dated July 15, 2013, in response to the Court's minute entry. Although the accompanying Certificate of Service stated that Defendant's statement was transmitted to Plaintiffs' counsel via U.S. first class mail and electronic mail, that statement was not received via either method. Plaintiffs' counsel did receive a copy of Defendant's statement on August 1, 2013.

Plaintiffs' counsel has initiated, but not yet completed, the *pro hac vice* process required in order to represent Plaintiffs in this court. This process is expected to be completed no later than August 15, 2013.

Upon admission to the bar of the United States District Court for the District of Arizona, Plaintiffs' counsel will continue prosecution of this matter.

Dated: August 2, 2013

Janice M. Bellucci
Attorney for Plaintiffs JOHN DOE #1, JOHN DOE #2,
JOHN DOE #3, JOHN DOE #4, JOHN DOE #5,
JOHN DOE #6, JOHN DOE #7, JOHN DOE #8,
JANE DOE #9, and JANE DOE #10

STATE OF CALIFORNIA        )
                           )
COUNTY OF SAN LUIS OBISPO  )

I am over the age of 18 and not a party to this action. I am a resident of the county where the mailing took place.

My business address is 235 East Clark Avenue, Suite C, Santa Maria CA 93455.

On August 2, 2013, I served a copy of the within STATUS REPORT on the parties in this action by enclosing it in an envelope and depositing the sealed envelope with the United States Postal Service with postage fully prepaid.

The envelope was addressed and mailed as follows:

**Garrick A McFadden**
**Kelley Warner PLLC**
**8283 N. Hayden Rd., Suite 229**
**Scottsdale AZ 85258**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 2, 2013

_____
Mamie Page