Daniel R. Warner, Esq. (AZ Bar # 026503)
**KELLY / WARNER, PLLC**
8283 N. Hayden Road Suite 229
Scottsdale, Arizona 85258
Email: dan@kellywarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Attorneys for Defendant Charles Rodrick*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JOHN DOE #1, an individual; JOHN DOE #2, an individual; JOHN DOE #3, an individual; JOHN DOE #4, an individual; JOHN DOE #5, an individual; JOHN DOE #6, an individual; JOHN DOE #7, an individual; and JOHN DOE #8, an individual; JANE DOE #9, an individual; and JANE DOE #10, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRENT OESTERBLAD, an individual; CHUCK RODRICK II, an individual; SARAH SHEA, an individual; KEVIN MILLER, an individual; MELBOURNE IT DBS, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-01300-SRB<br><br>**EMERGENCY MOTION TO WITHDRAW AS COUNSEL**<br><br>-AND-<br><br>**MOTION FOR EXPEDITED RULING**<br><br>*Honorable Susan R. Bolton* |

Daniel R. Warner and the law firm of Kelly / Warner, PLLC hereby move for leave to withdraw as counsel for Defendant Charles Rodrick ("Defendant"), pursuant to LRCiv. 83.3(b)(2). This motion is supported by the attached Certificate of Counsel. This matter has not been set for trial. A form of order is provided.

Defendant has been apprised of the undersigned's intent to withdraw, and Defendant has been apprised of the status of the case. Pursuant to E.R. 1.16(a), this Motion has been filed because professional considerations require termination of the

representation. To the extent that the Court requires additional information, the undersigned respectfully requests an *ex parte* in camera conference with the Court.

The Defendant's name, address, telephone number, and email address is provided in the certificate of mailing below.

RESPECTFULLY SUBMITTED this 25th day of October, 2013

        **Kelly / Warner, PLLC**
By:  /s/ Daniel R. Warner  SBN 026503
Daniel R. Warner, Esq.
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
*Attorneys for Defendant Rodrick*

## CERTIFICATE OF SERVICE

I hereby certify that, on the same date set forth above, I electronically transmitted the foregoing document to the Clerk's Office using CM/ECF System for filing and distribution to the following registered participants of the CM/ECF System, who will also be served copies of the attached document by U.S. first class mail and electronic mail:

Janice M. Bellucci, Esq.
LAW OFFICE OF JANICE M. BELLUCCI
235 East Clark Avenue, Suite C
Santa Maria, California 93455
*Attorney for Plaintiffs*

/s/ Jill J. Loy
Employee of Kelly / Warner, PLLC

2

I hereby certify that, on the same date, I served the attached/foregoing document by First Class United States Mail and email on the following, who are not registered participants of the CM/ECF System:

Chuck Rodrick
chuckrodrick@gmail.com
2415 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
480-250-3838

/s/ Jill J. Loy
Employee of Kelly / Warner, PLLC

**KELLY / WARNER, PLLC**
8283 N. Hayden Road Suite 229
Scottsdale, Arizona 85258
Telephone: (480) 331-9397

# CERTIFICATE OF DANIEL R. WARNER

I, Daniel R. Warner, hereby declare as follows:

1. I am the attorney for Defendant Chuck Rodrick II ("Defendant") in the United States District Court of Arizona Case No.: 2:13-cv-01300-SRB.

2. Defendant has been notified of the status of the case.

3. Defendant is aware that there is a Pretrial Conference set in this matter for 12/2/2013.

4. There are no other court hearings or trial dates set in this matter.

5. There are no pending court orders requiring compliance. Pursuant to E.R. 1.16(a), this Motion has been filed because professional considerations require termination of the representation. To the extent that the Court requires additional information, the undersigned respectfully requests an *ex parte* in camera conference with the Court.

6. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 25st day of October, 2013.


                /s/ Daniel R. Warner_____
                Daniel R. Warner

1