Janice M. Bellucci, Esq., SBN 108911
LAW OFFICE OF JANICE M. BELLUCCI
235 East Clark Avenue, Suite C
Santa Maria, California 93455
Tel: (805) 896-7854
Fax: (805) 349-8872
JMBellucci@aol.com

Attorney for Plaintiffs John Doe#1, John Doe #2, John Doe #3, John Doe # 4, John Doe # 5, John Doe # 6, John Doe # 8, Jane Doe #9, Jane Doe #10

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN DOE #1, an individual; JOHN DOE # 2 an individual; JOHN DOE #3, an individual; JOHN DOE #4, an individual; JOHN DOE #5, an individual; JOHN DOE #6, an individual; JOHN DOE #8, an individual; JANE DOE #9, an individual; and JANE DOE #10, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CHUCK RODRICK II, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV13-01300-PHX-SRB<br><br>**DECLARATION OF JANICE M. BELLUCCI IN SUPPORT OF PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**<br><br>HONORABLE SUSAN R. BOLTON |

### DECLARATION OF JANICE M. BELLUCCI

I, JANICE M. BELLUCCI, declare as follows:

1. I am the attorney representing Plaintiffs in the above-captioned case.

2. Defendant Chuck Rodrick ("Defendant") was served on March 27, 2013, at the law firm of Joe Romley, 4518 N. 32nd Street, Suite 100, Phoenix, Arizona 85018, where he was deposed on that date for an unrelated family law matter.

3. I do not have nor have I ever had the home or business address of Defendant. I have not been able to obtain Defendant's home and business addresses due to his continued efforts to prevent Plaintiffs and others from obtaining that information.

4. I drafted a Proposed Case Management Plan which was to be filed no later than November, 25, 2013, but was unable to transmit it to Defendant for his consideration during the period November 19, 2013, and November 25, 2013, because Defendant was not represented by counsel and I did not have Defendant's contact information.

5. I obtained Defendant's mailing address and phone number on November 26, 2013, when he filed a Motion to Allow Electronic Filing which included that information.

6. I called the phone number included in Defendant's Motion to Allow Electronic Filing on November 27, 2013, and left a voicemail message. My phone call was returned by a woman who identified herself as Kelly Bradbury and an assistant for Defendant Rodrick. Kelly Bradbury provided me with Defendant's E-mail address.

7. I contacted Defendant via E-mail on November 27, 2013. I provided Defendant on that day with a draft Proposed Case Management Plan via E-mail and U.S. mail. In those communications, I requested to meet and confer with Defendant on December 3, 2013.

8. Defendant Rodrick replied on November 28, 2013, and on December 2, 2013, in two separate E-mails. In the second E-mail, Defendant Rodrick stated he would be available on Tuesday, December 3, to meet and confer "most anytime after 12 pm."

9. I requested via E-mail a meeting with Defendant on December 3 at 1 p.m.

10. The parties did not meet and confer on December 3 at 1 p.m. due to confusion regarding time zones. Although California and Arizona are in the same time zone during part of the year, the states are not in the same time zone at this time of year.

11. Defendant Rodrick did not attempt to contact me via phone on December 3 at 1 p.m. Mountain Time, or any time but instead waited until 1:40 p.m. Mountain Time to send me an E-mail stating that he would not be available the remainder of that day. Defendant Rodrick also stated in that E-mail that his next availability to meet was December 4 at 3 p.m.

DECLARATION OF JANICE M. BELLUCCI IN SUPPORT OF
PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

12. I confirmed via E-mail the new meeting date of December 4 and clarified that the meeting time was 3 p.m. Mountain Time.

13. Plaintiffs and Defendant met and conferred regarding the draft Joint Proposed Case Management Plan on December 4, 2013.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America. Executed on December 4, 2013, in Santa Maria, California.

Date: December 4, 2013

*(signature)*
JANICE M. BELLUCCI

|   |   |
|---|---|
| 1 | PROOF OF SERVICE |

I, the undersigned, certify and declare that I am over the age of 18; I am a resident of the County of Santa Barbara, State of California, and not a party to the above-entitled cause. On December 4, 2013, I served a true copy of the within DECLARATION OF JANICE M. BELLUCCI IN SUPPORT OF PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE, via U. S. Postal Service, as follows:

Chuck Rodrick, II
Suite 700
2415 E Camelback Rd
Phoenix AZ 85016

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 4, 2013                    _____
                                          MAMIE PAGE