IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe #1, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>Brent Oesterblad, et al.,<br><br>          Defendants. | No. CV-13-01300-PHX-SRB<br><br>**ORDER** |

On January 21, 2014, Plaintiffs filed a Motion to Seal Documents [Doc. 114].

IT IS ORDERED that the Motion to Seal Documents will be denied within 3 days of the date of this order if counsel does not comply with the ECF Administrative Policies and Procedures Manual, Section II(G), specifically, subparagraph 1b.

Dated this 23rd day of January, 2014.

_____
Susan R. Bolton
United States District Judge