IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe #1, et al., | No. CV-13-01300-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Brent Oesterblad, et al., | |
| Defendants. | |

On January 16, 2014, Plaintiff John Doe #4 (Plaintiff) filed a Motion for Sanctions. Because the Defendant Chuck Rodrick (Defendant) is acting pro se in this matter, the Court advises the Defendant of the following:

I.   RULE 7.2(i) CAUTIONARY NOTICE

LRCiv 7.2(i) states in relevant part:  "[I]f the opposing party does not serve and file the required answering memoranda . . . such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily."  See  D.Ariz. R. 1.10(i); see also Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1994).  Defendant should take notice that failure to respond to the Plaintiff's Motion by the deadline set forth in this Order will result in the Court deeming the Plaintiff's Motion as being unopposed and consented to by the Defendant. See Brydges, 18 F.3d at 652 (affirming the district court's summary granting of a motion for summary judgment

- 1 -

under Local Rule 7.2(i) when non-moving party was given express warning of consequences of failing to respond).

It is the Defendant's obligation to timely respond to all motions. The Plaintiff's Motion will be summarily granted if Defendant fails to respond in accordance with the provisions of this Order.

Accordingly,

IT IS ORDERED that Defendant Chuck Rodrick shall file with the Clerk of the Court and serve on opposing counsel a responsive memorandum to Plaintiff John Doe #4's Motion for Sanctions no later than February 6, 2014.

Dated this 29th day of January, 2014.

_____
Susan R. Bolton
United States District Judge