1  Chuck Rodrick, *pro se*
2  34522 North Scottsdale Road, #120-467
   Scottsdale, AZ 85266
3  480-250-3838
   chuckrodrick@gmail.com
4



___FILED      ___ LODGED
___ RECEIVED  ___ COPY

FEB 0 6 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

5

6

7

8  ## IN THE UNITED STATES DISTRICT COURT

9  ## DISTRICT OF ARIZONA

10

11  John Doe, et al.,

                   Plaintiffs,

No. CV-13-01300-PHX-SRB

12

13  vs.

**DEFENDANT'S RESPONSE
TO MOTION FOR SANCTIONS**

14

15  Oesterblad, et al.,

               Defendants.

16

17

18      Pro se Defendant, Charles Rodrick ("Defendant"), hereby responds to the above-

19  referenced Motion for Sanctions (the "Motion") and respectfully requests that the

20  Motion be denied because not only has Plaintiff failed to meet his burden of proof

21  regarding whether sanctions are warranted, the Motion has no basis in law or fact. As

22  Plaintiff's counsel has been informed numerous times, Defendant was an independent

23  

24  contractor employed by the company that owned and/or owns SORarchives.com, (the

25  "Website"). Defendant was propositioned by Sarah Shea, wife of Brent Oesterblad, in

26  

27  an email on February 16, 2012, to be a consultant for her and Brent Oesterblad.  In the

28  email from Ms. Shea she states "We are planning on hiring someone to do most of this

for us. I am looking at ads in Craiglist now. What you could really help us with is to be more of a **consultant**. (emphasis added). (Exhibit A). Brent Oesterblad wrote the Defendant a check in the amount of $25,000 as a retainer for web services on October 29, 2012, thus furthering the fact that the Defendant was merely an independent contractor and **not** the owner of the website. (Exhibit B). In addition, Defendant has already submitted a sworn declaration stating that he was only an independent contractor for the owners of the website. (Dkt 86-1).

## I. FACTS

Plaintiff is bringing the same old Motion back into this Court that was filed on October 25, 2013. (Dkt. 82). On December 19, 2013, this Honorable Court ruled that "These contradictory statements are not clear and convincing evidence that anyone other than **Brent Oesterblad** played a role in the disclosure of Plaintiffs' identities" (emphasis added). (Dkt 101, p. 3, lines 10-11). Defendant still asserts that Brent Oesterblad is the person who owns and controls the content published on the website.

### A. John Doe #4

In addition, John Doe #4, made his own name public when he filed his complaint with the Attorney General's Office. This complaint is public record:

> **"Filing a Complaint**
>
> Persons with information regarding an employer who may be in violation of the law may file a complaint with the County Attorney in the county where the unauthorized alien is or was working, or with the Attorney General's Office.
>
> When filing your complaint, it is important to note the following:

- You need to provide information supporting the allegation that an employer has knowingly or intentionally violated the law by hiring an unauthorized alien worker.
- You need evidence that the workers are not legally authorized to work in this country, and that the employer hired them knowingly or intentionally. The law states that complaints based solely on race, color or national origin shall not be investigated.
- The complaint form available on this Web site requires your signature and contact information because investigating anonymous complaints is often more difficult and time-consuming, particularly if any follow-up information is needed. The law states that anonymous complaints are not prohibited, but if you make an anonymous complaint, your complaint may or may not be investigated.
- **Since the complaint is a public record, it is possible that your name could at some point be made public."[1]**

Likewise, the response to the Complaint to the Arizona Attorney General is also a matter of public record. The Plaintiffs incorrectly assume that the Defendant wrote this response, however the forensic document properties show that it was not the Defendant who wrote the response, but that it was written by Brent Oesterblad[2]. (Exhibit C).

_____

[1] Taken from the Arizona Attorney General's website: https://www.azag.gov/legal-az-workers-act/filing-complaint.

[2] The Forensic Document Properties applications allow you to attach information about your document to the file. Some information is added **automatically** such as the title, **author**, and statistics.

.

Furthermore, John Doe #4, has continually put in name in the public light on other such websites as Ripoffreport.com. He even published an apology to SORarchives.com on Ripoffreport.com (Exhibit D). If John Doe #4 wants his identity to be a secret, then **he** needs to stop publishing it on the internet and in public records and then frivolously blaming the Defendant.

**B. Lois Flynn**

Next the Plaintiffs claim that the Declaration of Lois Flynn somehow proves that the Defendant does indeed own and operate the website. The Declaration states:

> "17. My husband had an ongoing business relationship with Brent Oesterblad at the time of our marriage and that business relationship continues. **It is my understanding** that my husband and Mr. Oesterblad own and operate the SORarchives, Offendex and Online Detective website." (emphasis added). (Dkt. 41, p4, ¶ 1)

However, Ms. Flynn does not supply one shred of evidence to back up her **"understanding"** that the Defendant does in fact own and operate any of the websites. The website in question, www.SORarxhives.com, was first created and registered on December 3, 2012. (Exhibit E). Wife of Brent Oesterblad, Sarah Shea ("Shea") set up the original Civic Sentry Trade Name with the Arizona Secretary of State on September 6, 2011. This original filing stated the business type was "ONLINE INVORMATION" [sic]. (Exhibit F). On November 25, 2011, the name Civic Sentry was converted to Civic Sentry, LLC owned and operated solely by Oesterblad. (Exhibit G). A bank

4

account was set up in the same name and an EIN issued by the IRS on November 30, 2011. Again, Oesterblad was listed as the "SOLE MBR" on both documents. (Exhibits H and I). Webexpress Ventures was registered as a Trade Name with Arizona Secretary of State on November 25, 2011, and is owned by none other than Civic Sentry, LLC. (Exhibit J). The website www.SORarchives was operated under the Webexpress Ventures d/b/a of Civic Sentry, LLC. As late as November 4, 2013, Brent Oesterblad applied for and received and EIN number from the IRS for Webexpress Ventures. Oesterblad is listed as the "SOLE MBR". (Exhibit K).

Even assuming *arguendo* that there is any basis for admissibility, the declaration itself is hearsay, the statements within it are hearsay and double hearsay, and there are no exceptions for their admissibility. Therefore, the entire declaration is inadmissible. See *State v. Valencia,* 186 Ariz. 493, 924 P.2d 497 (App., 1996), review denied (generally, out of court statements offered in evidence to prove the truth of matters asserted in statements are inadmissible); *State v. Hutchinson*, 141 Ariz. 583, 688 P.2d 209 (App., 1984) (admitting hearsay evidence for the consideration of the jury is not permitted even when it is claimed that such evidence is material or relevant to contested issues).

Plaintiff also fails to inform this Court that Ms. Flynn and the Defendant were embroiled in a bitter divorce at the time Ms. Flynn gave her declaration. The Dissolution Action between the Defendant and Ms. Flynn began in November 2011, and the parties were estranged at the time of Ms. Flynn's Declaration. In fact, they had not

5

even spoken, except in, Court for months. The website was not even registered until December 3, 2012, over one (1) year since the filing of the Dissolution Action, so it is doubtful that Ms. Flynn would have any knowledge if the Defendant own, operated or merely worked as an independent contractor.

## C. Mugshots.com

Next, the Plaintiffs purport that somehow Defendant is somehow at fault for the postings on a totally different and unrelated website www.mugshots.com. Plaintiffs use an Exhibit that is a posting on www.mugshots.com as proof that Defendant posted information regarding John Doe #4 on www.SORarchives.com. (Dkt. 117-1, p.9). The two websites are totally independent of one another and owned and/or operated by totally separate unrelated entities. Plaintiffs willfully and deliberately tried to mislead this Court by using a screen shot of a different website and trying to purport it as being the SORarchives website. The web address shown in the misleading exhibit is clearly that of http://mugshots.com/US-Counties/Washington/King-County-WA/Jeremy-Ryan-Graves.8313952.html, not SORarchives.com.

## D. Offendextortion.com

Plaintiff continually purports that the Defendant is the one who is making the identities of the Plaintiff public in violation of the April 2, 2013, Court Order, when in fact John Doe #5 and Jane Doe #10, own and operate a website that has a sole purpose of disseminating information regarding this immediate action. (Exhibit L). Attorney for the Plaintiff, Ms. Janice Bellucci, has even posted on this website. (Exhibit M). In

6

addition, this websites solicits donations to pay for the legal fees of Ms. Bellucci. (Exhibit N). Ms. Bellucci condones and actively participates in this website in the hopes of filling her coffers, because that is failing, Ms. Bellucci then files this frivolous Motion for Sanctions in order to gain funding for the Plaintiff's plight against the Defendant.

While the Plaintiff want to claim anonymity, it appears that other "Doe" Plaintiffs may have also voluntarily disclosed their identity to the media and/or Doe # 5 disclosed the identity of other Plaintiffs as well. They simply cannot have it both ways.

## II. **LAW**

The party alleging civil contempt **must** demonstrate that the alleged contemnor violated the Court's Order by "**clear and convincing** evidence," **not** merely a preponderance of the evidence. *Vertex Distrib., Inc. v. Falcon Foam Plastics, Inc.*, 689 F.2d 885, 889 (9th Cir. 1982). (emphasis added). Defendant(s) **must** perform "all reasonable steps within [his] power to insure compliance" with the Court's Orders. *Stone v. City and County of San Francisco*, 968 F.2d at 856; *Sekaquaptewa v. MacDonald*, 544 F.2d 396, 404 (9th Cir 1976), *cert denied*, 430 U.S. 931, 97 S.Ct. 1550, 52 L.Ed.2d 774 (1977); *see also General Signal Corp. v. Donallco, Inc.*, 787 F.2d 1376, 1379 (9th Cir. 1986). (emphasis added).

Here Plaintiff fail on all levels. There is no proof that the Defendant had anything to do with the posting of any information regarding John #4 or any of the other Plaintiffs, they merely assert that he posted it. The Defendant cannot be held liable for

the posting of other entities or individuals. The defendant did not violate the Court's April 2, 2013, Order, nor is there "Clear and Convincing" evidence to support that he did. Plaintiffs' allegations are clearly frivolous. Therefore, the Plaintiffs' Motion for Sanctions should be denied in its entirety.

## III. **IMPROPER SERVICE**

In addition, Defendant Rodrick was not properly served notice of the Defendant's Motion for Sanctions, nor has Plaintiff's Attorney provide such. There was no certificate of service attached to the Motion for Sanctions. In fact, he was only serviced via UPS on Saturday, February 1, 2014, and only after he sent an email to Plaintiffs' attorney that he had not been served. (Exhibit O). Since Defendant Rodrick is not electronically notified any filings in this immediate action, Plaintiffs are required to send Defendant via United States Postal Service (USPS) a copy of all pleadings. Despite repeated requests, to date, Defendant has only the Motion for Sanctions from Plaintiffs' attorney; however there were no exhibits attached. Defendant then requested the exhibits from Plaintiffs'' attorney and was denied. (Exhibit P). The Defendant cannot be held accountable to answer any pleadings he does not receive when the Plaintiffs blatantly ignore the Federal Rules of Civil Procedure and the Arizona Local Rules of Civil Procedure.

Rule 5 for the Federal Rules for Civil Procedure states:

"(a) SERVICE: WHEN REQUIRED.

(1) *In General.* Unless these rules provide otherwise, each of the following papers must be served on every party:

(A) an order stating that service is required;

(B) a pleading filed after the original complaint, unless the court orders otherwise under Rule 5(c) because there are numerous defendants;

(C) a discovery paper required to be served on a party, unless the court orders otherwise;

(D) a written motion, except one that may be heard ex parte; and

(E) a written notice, appearance, demand, or offer of judgment, or any similar paper.

(b) SERVICE: HOW MADE.

(C) mailing it to the person's last known address—in which event service is complete upon mailing;"

Plaintiffs have failed to make any attempt to notify Defendant of any filing since he became a pro se Defendant. While attending the Scheduling Conference Hearing on January 27, 2014, this Court made is very clear that Defendant was supposed to be served copies of any and all pleadings in this immediate action.

## IV. CONCLUSION

Enough is Enough. Plaintiffs' allegations are clearly frivolous. Plaintiffs randomly request $10,000; however, this number is completely arbitrary. Plaintiffs do not even allege actual injury or event attempt to calculate damages with reasonable certainty. Plaintiff has not demonstrated that the Defendant played any part in the posting of his personal information on any website. Defendant was not properly served with the Motion for Sanctions, nor was he given the exhibits submitted by the Plaintiff and therefore Plaintiff's Motion for Sanctions should be denied in its entirety.

9

**WHEREFORE**, for the above stated reason, Defendant respectfully requests this Court deny Plaintiff's Motion for Sanction in its entirety and admonish Plaintiff's attorney for not following the proper Rules of Service.

In addition, Defendant requests that this Honorable Court will allow for leniency in the filing of this Motion by the Defendant, as the Defendant is not a learned attorney and is not afforded the same legal resources as a learned attorney and does not have access to the same law materials as a learned attorney, nor can he afford to hire a learned attorney. "The court noted that pro se plaintiffs should be afforded "special solicitude"." *Rabin v. Dep't of State*, No. 95-4310, 1997 U.S.Dist. LEXIS 15718 and *Haines v. Keaner*, et al. 404 U.S. 519, 92 s. Ct. 594,30 L. Ed. 2d 652 (Dkt 28).

Respectfully submitted this 6th Day of February, 2014,


Chuck Rodrick, Defendant, *pro se*
34522 North Scottsdale Road, #120-467
Scottsdale, *AZ* 85266
480-250-3838
chuckrodrick@gmail.com

**CERTIFICATE OF SERVICE**

I, Chuck Rodrick, do hereby certify that on this date I caused a true and correct copy of the forgoing document to be placed in a postage-paid envelope and depositing the same in the United States Postal Service addressed to all Parties or their counsel of record on this 6th day of February, 2014.

Chuck Rodrick, Plaintiff, *pro se*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit A**

1

Hi Chuck,

We are planning on hiring someone to do most of this for us.  I am looking at ads in Craiglist now.  What you could really help us with is to be more of a consultant.  Because I really know very little about how to do this, it is a little more involved than the other wordpress sites I have done.  So your input and suggestions would be very helpful.

First of all.  The site now  is not close to what the site should or will look like, obviously.  I installed a free theme and was just trying to get a feel for where we are going with it - to put some ideas down. i bought a theme and had difficulty uploading it/ dont know why, have done it before.

Firstly, Brent wants to copy the Lifelock site http://www.lifelock.com/?promocodehide=SHAREASALE&SSAID=275007    I also found the Identidy Gaurd site http://www.identityguard.com/?utm_medium=search&mktp=google&utm_campaign=Branded&utm_term=identity_guard&hid=207783944&campid=33&c1=google&c2=Branded&c3=identity_guard&refcd=GO000000105385418s_identity_guard&tsacr=GO4259730386Myopinion, Identity Gaurd looks easier to copy/ for our format.  I can plug in terms, menus and written text that can replace their headings/menu and text, Plus, us just starting out, I think Lifelock looks too bland and colorless.

Basically we are trying to market a service that is needed to keep families safe

The direction we are going is:

1) **the sex predator search**.  I like the basic database plus google maps w/ red Xes where predators dwell, and  state-by-state links so if our info isnt current they can search updates themselves. But we plan to update state-by-state every 30 days (and we will tell people that)  Also we are turning the "outdated" data
base into a real positive.  Selling it as, perhaps info (they need to know) about perps that managed to get off the list.  I believe once public record, always public record.  It is legal, we never claim to have an updated database - we are not the government, thus do not have to abide by the rules of state by state reporting (or the lack there of ).  Also post the latest federal statutes.

2).  some fluff/ some very good **info to educate,articles on how to watch, warnings etc** -.  More later on what I am thinking of giving them. But, basically **send them in the mail some bs pamphlet w/ education/ info/ safeguards etc**. And, a "Safe Home Pledge" they can share with their neighborhood.   Even a "contract" they can get their neighbors to sign. Yes it sounds hokey but that is what is out there.  And even hokier; a decal w/ our logo they can place on their house front window to tell folks, they are a safehouse and on guard, kinda like those signs you see in neighborhoods that say "blockwatch" etc.

3).  "Perceived value" of an intangible.  Basically that is some bs idea that "they are safe"  they can educate themselves and their neighbors (ideally getting them to sell to neighbors and friends, also to groups).  Lifelock does this in their sell by showing how many "alerts" their members get in total and per month - sounds like they bombard their members w/ "alerts" I guess that gives nervous people peace of mind, like insurance.  I guess as long as you keep getting communicated with you feel safe. So, constant updates via email, Facebook and Tweets

4) Hot news stories - good articles I will update daily, when that kind of news breaks it is SO googled.  Plus help w/ keyword searches

5). Give them a message board. I think that the message boards really drive people. Kinda like blogs or facebook, but getting them on our social networking platform. Make them feel empowered, also warn friends and neighbors about creepers in the area or on social networks. This will be good when very hot newstopics hit.

Also - different but would come under that category - but I think it will be great - is to post/publish copies of the perpss bellyaching - or bullying - to get off the list. We would almost tempt them to leave a really ignorant voice mail/email, or direct recorded correspondence. These guys will hang themselves and it will just provide content for us, to show how they are still creeps/ and more so why they are dangerous.

I am really thinking more content the better. Helps w/ searches and perceived value.

This is sort of our plan - we'll see.- bottom line: We have to get something up, and see how it trends. I would update it daily (hourly when there is hot news topic) and monitor the message boards. And, I will send them "stuff". This way we are selling "that" and not profiting from posting sex offenders.

Your direction is very good: to charge the perps on the list, they should pay, especially when you get as many views as you continue to get. Also, with all your traffic I would think you would start getting advertisers. This one would sort of be opposite in that we are selling records no longer live on some states databases. And, a kinda Dr. Phil approach to education, salacious stories, and a platform for members to "talk"

What We Need ASAP:

1) Message Boards program - I found a widget but have no clue on what is good to use

2). I just need to know how to upload articles, I know how to do pics, but it didnt work when dropping the link of a news story. Same w/ a video roll, so we could repost tv interviews and footage.

3). The google map to be installed, and a search for zip codes (ultimately neighborhoods, like Zillow has, except we'd put a red X where perps live, and eventually a Gold Star where our members are).

4). Theme, I bought this theme, I messed up somehow in the "filezilla" program, This is the theme: http://www.studiopress.com/themes/enterprise, and demo: http://demo.studiopress.com/enterprise/. What do you think of it? I stupidly downloaded it 3 times, but can download a total of 5, so I can download it again.

If you think there is a better theme for what we are doing, open to suggestions. Thanks for reading this long email, I will greatly appreciate any input you have to offer and to point us in a direction so I can work with a web designer or a person that does worpress help by the hour.

--
Thanks, Sarah

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit B

1

**CHASE**◯          Chase.com | Contact Us | Privacy Notice | En Español |    Search: How can we help you t 🔍    **LOG OFF**

CHASE ONLINE℠ Saturday, December 07, 2013

My Accounts > Account Activity > Check Details

## Check Details

◉ Print ◉ Help with this page      I'd like to...
▸ See Account Statements

BUSINESSSELECT CHKG (...7322)

Check Number: 1051    Post Date: 10/30/2012    Amount of Check: $25,000.00

Front 🔍 **Enlarge/Reduce Check Image**

CIVIC SENRY LLC DBA ▮▮▮ EXPRESS  02-12  318      1051
VENTURES
4729 E BELL RD., STE. 45-298
PHOENIX, AZ 85032-2831          DATE 10-29-12

PAY TO THE
ORDER OF    Charles Rodorick                    $ 25,000

Twenty five Thousand                          DOLLARS

**CHASE**◯
JPMorgan Chase Bank, N.A.

MEMO  Rebecca Weinicel

⑈122100024⑈    4051073221051

**Need help printing or saving this check?**

Back 🔍 **Enlarge/Reduce Check Image**

102912  18574  95228007 800084455

95220000004455 - 102912
BMO Harris Bank N.A. >071000288<
311 W Monroe
Chicago IL 60606

**Need help printing or saving this check?**



Security | Terms of Use | Legal Agreements and Disclosures| AdChoices▷

© 2013 JPMorgan Chase & Co.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit C**

Office Of The Attorney General - Arizona

Public Advocacy and Civil Right Division

RE: CIC 13-08356 JEREMY RYAN GRAVES

Dear Sir or Madam:

It is impossible to respond to this complaint witho[ut]

being engaged by Mr. Graves. It is Mr. Graves tha[t]

ordered and were not paid for by Mr. Graves as a[...]

The complaint itself is the continued systematic h[...]

misrepresentation and blatant lies that have been

group of Convicted Sex Offenders as a form of bu[...]

SORArchives.com (SOR). This group uses a websit[e]

specifically utilizing the Arizona Attorney General'[s]

SORArchives would like to take this opportunity t[o]

with evidence.

---

**Document Properties**

Description | Security | Fonts | Custom | Advanced

**Description**

File: AG_AZ_GRAVES_Response2.docx-1

Title:

Author: Brent

Subject:

Keywords:

Created: 8/26/2013 3:57:18 PM

Modified: 8/26/2013 3:57:18 PM

Application: Microsoft® Word Starter 2010

**Advanced**

PDF Producer: Microsoft® Word Starter 2010

PDF Version: 1.5 (Acrobat 6.x)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit D**

1


m | Notice:
Arbitration
al and
trator has the following
Report contained one or more
false statements of facts. The
false statements have been
redacted as ((Statement
REDACTED as false pursuant to
Ripoff Report VIP Arbitration)) |
Furthermore, the Arbitrator found
that this Report was written by, or
on behalf of a previous client,
who later admitted to writing the
Report and providing false
allegations. | emmccormack.com
Erin Michael McCormack
((Statement REDACTED as false
pursuant to Ripoff Report VIP
Arbitration)) Salisbury, Maryland

### Ripoff Report in the Media


Ripoff Report on
CBS 19


Ripoff Report on
CBS 19 - Global
Marketing Alliance


Ripoff Report on
ABC 15 - Smart
Shopper


Ripoff Report - Girls
Gone Wild


Ripoff Report on
Fox 11 - Car Repair

# CONSIDER THE SOURCE OF THIS COMPLAINT

**AUTHOR: Offendex - (United States of America)**

SUBMITTED: Monday, February 18, 2013

A CONVICTED CHILD MOLESTER THAT IS MAD HE HAS A PUBLIC RECORD ON THE INTERNET.

Read All About Him Click Here

**Respond to this report!** | File a Rebuttal |

#3 UPDATE EX-employee responds

# You can not trust anything Offendex or Sorarchives says here.

**AUTHOR: KF - (USA)**

SUBMITTED: Saturday, February 16, 2013

I have extensive inside knowledge about the owners of Offendex.com aka Offendexdata.com and they're now using the website Sorarchives.com. They operate "mugshot" websites which is ironic, since the owners of these websites are ex-convicts themselves. They hatched the idea for this "sex offender website" while they were serving time in prison for another scam they got caught at. They figured who gives a funk about a sex offender? Another irony here is the main owner of this website is a covicted sex offender himself. Big shock, huh? They post people's mugshots & profiles and then try to extort money from them, mainly by harassing their family & friends, through their website or even Facebook. They figure most people don't want their spouse, kids, family & friends photos posted on their website, so a sex offender will normally pay the extortion ⁀⁀ ⁀hich they call an "administrative fee", to have the info. removed. Most law        n't even consider going after them. They are well "connected" and have clo        iations with an "organization" who operates other websites, mostly "adu        sites. But they didn't count on being under surviliance by Federal law enforce        he USDOJ will be pressing charges against them very soon. Their days are numbered.

Is there a Ripoff Report about you!? SEO Reputation Management WARNING! | Click I   e|
Now!

Respon        s report!  | File a Rebuttal |

### Special Features



# Doctored Reviews

**What patients don't know**
**Why Medical Justice's an**

Doctored Reviews is designed to
help patients, doctors, and
websites understand the problems
created by Medical Justice, a
company trying to restrict online
patient reviews, and to offer some
ways that let patients freely talk
about their healthcare
experiences.

**DEMOCRACY**
**IS FOR PEOPLE**

The government should serve
voters, not corporate special
interests. Public Citizen works to
empower ordinary citizens, reduce
the influence of big corporations
on government, open the
government to public scrutiny,
and hold public officials
accountable for their misdeeds.

#4 General Comment

# APOLOGY ACCEPTED

**AUTHOR: Offendex - (United States of America)**

SUBMITTED: Thursday, February 14, 2013

We are please we are able to resolve this matter and accept your apology below.

SOR Archives,

I would like to offer my apology to you for posting a public review of SOR Archives on RipOffReport. You can probably understand that I would very much like to have my information cleared from online profiling, and after 10 years of compliance with community supervision, have earned that right legally. Regardless of your intentions and desire to post my criminal history online, my posting a very public review of your business on Ripoff report did not constitute fair play, in my opinion, and so I would like to apologize for that. I too own a business and seek to protect its reputation at all costs so I can understand why you posted your rebuttal.

I would like to see how we can further mediate this unpleasant situation.

Sincerely,
Ryan Graves
ryan@ryangraves.us

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit E

1

Domain Name: SORARCHIVES.COM
Registry Domain ID:
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://www.networksolutions.com/en_US/
Updated Date: 2013-11-28T00:00:00Z
Creation Date: 2012-12-03T00:00:00Z
Registrar Registration Expiration Date: 2014-12-03T00:00:00Z
Registrar: NETWORK SOLUTIONS, LLC.
Registrar IANA ID: 2
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: 800-333-7680
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Service Provider
Registrant Organization: Service Provider
Registrant Street: ATTN insert domain name here care of Network Solutions PO Box 459
Registrant City: Drums
Registrant State/Province: PA
Registrant Postal Code: 18222
Registrant Country: US
Registrant Phone: 570-708-8780
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:
Registry Admin ID:
Admin Name: Service Provider
Admin Organization: Service Provider
Admin Street: ATTN insert domain name here care of Network Solutions PO Box 459
Admin City: Drums
Admin State/Province: PA
Admin Postal Code: 18222
Admin Country: US
Admin Phone: 570-708-8780
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: s75st3gz8dq@networksolutionsprivateregistration.com
Registry Tech ID:
Tech Name: Service Provider
Tech Organization: Service Provider
Tech Street: ATTN insert domain name here care of Network Solutions PO Box 459
Tech City: Drums
Tech State/Province: PA
Tech Postal Code: 18222
Tech Country: US
Tech Phone: 570-708-8780
Tech Phone Ext:
Tech Fax:

Tech Fax Ext:
Tech Email: s75st3gz8dq@networksolutionsprivateregistration.com
Name Server: NS10.DNSMADEEASY.COM
Name Server: NS11.DNSMADEEASY.COM
Name Server: NS12.DNSMADEEASY.COM
Name Server: NS13.DNSMADEEASY.COM
Name Server: NS14.DNSMADEEASY.COM
Name Server: NS15.DNSMADEEASY.COM
DNSSEC: not signed
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of whois database: Sat, 25 Jan 2014 13:38:11 UTC <<<

This listing is a Network Solutions Private Registration. Mail
correspondence to this address must be sent via USPS Express Mail(TM) or
USPS Certified Mail(R); all other mail will not be processed. Be sure to
include the registrant's domain name in the address.

The data in Networksolutions.com's WHOIS database is provided to you by
Networksolutions.com for information purposes only, that is, to assist you in
obtaining information about or related to a domain name registration
record. Networksolutions.com makes this information available "as is," and
does not guarantee its accuracy. By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and that,
under no circumstances will you use this data to: (1) allow, enable,
or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, electronic mail, or by
telephone; or (2) enable high volume, automated, electronic processes
that apply to Networksolutions.com (or its systems). The compilation,
repackaging, dissemination or other use of this data is expressly
prohibited without the prior written consent of Networksolutions.com.
Networksolutions.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

Registrar: NETWORK SOLUTIONS, LLC.
Whois Server: whois.networksolutions.com
Creation Date: 03-DEC-2012
Updated Date: 28-NOV-2013
Expiration Date: 03-DEC-2014

Nameserver: NS10.DNSMADEEASY.COM
Nameserver: NS11.DNSMADEEASY.COM
Nameserver: NS12.DNSMADEEASY.COM
Nameserver: NS13.DNSMADEEASY.COM
Nameserver: NS14.DNSMADEEASY.COM
Nameserver: NS15.DNSMADEEASY.COM

Registry Status: clientTransferProhibited

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit F**

1



### Secretary of State
### KEN BENNETT

## Arizona Department of State
## Office of the Secretary of State

## Registered Name
**Information Search**
Generated by TnT Names Search Version 3.11

**Instructions**

## General Information

| | |
|---|---|
| **File ID** | 528663 |
| **Description** | Trade Name |
| **Status** | Active |
| **Name** | CIVIC SENTRY |
| **Address 1** | 23623 NORTH SCOTTSDALE ROAD |
| **Address 2** | # D3 |
| **City** | SCOTTSDALE |
| **State** | AZ |
| **ZIP** | 85255- |
| **Business Type** | ONLINE INVORMATION |
| **Domestic Begin Date** | 9/6/2011 |
| **Registered Date** | 9/6/2011 |

## Agent/Owner Information

| Agent ID | Type | Fullname | Address | City | State | ZIP | Phone |
|---|---|---|---|---|---|---|---|
| 1100936 | Owner | SARAH SHEA | 23623 NORTH SCOTTSDALE ROAD # D3 | SCOTTSDALE | AZ | 85255- | |

## Registration Information

| Received | Amended | Assigned | Expiration | Cancelled | Revoked |
|---|---|---|---|---|---|
| 9/6/2011 | | | 9/6/2016 | | |

## Correspondence History

| Description | Date | Printed | Filmed | Loc. No. | Page No. | Pages |
|---|---|---|---|---|---|---|
| Application | 9/6/2011 | 9/6/2011 10:48:38 AM | | | | 1 |

©Copyright 2000 by Arizona Secretary of State - ALL RIGHTS RESERVED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit G**

1

Arizona Corporation Commission

01/24/2014               State of Arizona Public Access System               9:02 PM

## Jump To...

Scanned Documents

| Corporate Inquiry | |
|---|---|
| **File Number:** L-1722228-8 | Check Corporate Status |
| **Corp. Name:** CIVIC SENTRY LLC | |

## Domestic Address

| |
|---|
| 23623 N SCOTTSDALE RD #D3-218 |
| SCOTTSDALE, AZ 85255 |

## Statutory Agent Information

| |
|---|
| **Agent Name:** BRENT OESTERBLAD |
| |
| **Agent Mailing/Physical Address:** |
| 23623 N SCOTTSDALE RD #D3-218 |
| SCOTTSDALE, AZ 85255 |
| |
| **Agent Status:** APPOINTED 11/25/2011 |
| **Agent Last Updated:** 11/29/2011 |

## Additional Corporate Information

| | |
|---|---|
| **Corporation Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 11/25/2011 | **Corporate Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 11/29/2011 | **Original Publish Date:** |

## Manager/Member Information

| | |
|---|---|
| BRENT OESTERBLAD<br>MANAGER<br>23623 N SCOTTSDALE RD<br>#D3-218<br>SCOTTSDALE,AZ 85255<br>**Date of Taking Office:** 11/25/2011<br>**Last Updated:** 11/29/2011 | |

# Scanned Documents

**(Click on gray button - if present - to view document - will open in a new window.)**

**(If gray button is not present, please check back later.)**

| Document Number | Description | Date Received |
|---|---|---|
| 03668921 | ARTICLES OF ORGANIZATION | 11/25/2011 |

Back To Top

# Comments

POTENTIAL NAME CONFLICT: L17222288,528663

- **Corporate Name Search Instructions**
- **General Web Site Usage Instructions**
- **STARPAS Main Menu**
- **A.C.C. Corporations Division Main Page**
- **Arizona Corporation Commission Home Page**



AZ Corp. Commission

03668921

DO NOT WRITE ABOVE THIS LINE. FOR ACC USE ONLY

# ARTICLES OF ORGANIZATION

DO NOT PUBLISH THIS SECTION
NOTE: A professional limited liability company is an LLC organized for the purpose of rendering one or more categories of licensed professional service. Professional service is defined as a service that may be lawfully rendered only by a person licensed in this state to render the service.

1. The LLC name must contain the words "limited liability company" or "limited company" or the abbreviations "L.L.C.", "L.C.", "LLC", or "LC". The Professional LLC name must contain the words "professional limited liability company" or the abbreviations "P.L.L.C.", "P.L.C.", "PLLC", or "PLC."

2. Must be an Arizona address. DO NOT LEAVE THIS SECTION BLANK.

3. See Section 3 of the instructions above. A statutory agent is a person you appoint that would receive lawsuit papers if the LLC is sued. A street or physical address is required even if the statutory agent has a P.O. Box.

The agent must sign the articles or provide written consent to the appointment.

**Select one. This form may be used for:**

☒ ARIZONA LIMITED LIABILITY COMPANY (A.R.S. §29-632)

☐ ARIZONA PROFESSIONAL LIMITED LIABILITY COMPANY (A.R.S. §29-841.01)

**1. The name of the organization:**

A. _____
LLC Name Reservation File Number (if one has been obtained – if not, leave this line blank).

B. CIVIC SENTRY LLC.
Limited Liability Company Name

**2. Known place of business in Arizona** (If address is the same as the street address of the statutory agent, write "same as statutory agent". DO NOT LEAVE THIS SECTION BLANK):

Address 23623 N. SCOTTSDALE RD., #D3-218
City SCOTTSDALE     State AZ     Zip 85255

**3. The name and street address of the statutory agent in Arizona:**

Name BRENT OESTEBLAD
Address 23623 N. SCOTTSDALE RD, #D3-218
City SCOTTSDALE     State AZ     Zip 85255

**Acceptance of Appointment by Statutory Agent:**

I, BRENT OESTEBLAD , having been designated to act as
(print name of the Statutory Agent)
Statutory Agent, hereby consent to act in that capacity until removed or resignation is submitted in accordance with the Arizona Revised Statutes.

Agent Signature: _____

If the statutory agent is an entity, please print the company name here.

DO NOT PUBLISH
THIS SECTION
4. Only required for
professional limited
liability company.
The professional
services that the
company is
organized to perform
must be described.
Professional service
is defined as a
service that may be
lawfully rendered
only by a person
licensed in this state
to render the
service.

5. Check only one
box. If a dissolution
date is stated, it
should indicate the
month, day and
year.
Perpetual means
continuing forever or
indefinitely.

6. Check A or B to
show which
management
structure will be
applicable to your
company. Provide
name, title and
address for each
person.

6A. If reserved to
the members, check
the Members box
and provide the
name and address
of all members.
NOTE: If reserved to
the members you
cannot list any
manager.

6B. If vested in one
or more managers
check the Managers
box and provide the
name and address
of each manager
and of each member
who owns a twenty
percent (20%) or
greater interest in
the capital or profits
of the LLC/PLLC.

7. Signature. This
person signing this
document need not
be a manager or
member of the
company.

## 4. Professional LLCs only – Professional Services - the Professional Limited Liability Company will provide the following professional services:

_____

_____

## 5. Life Period of the Limited Liability Company: check one:

☐ The LLC will dissolve on ___/___/___ (Please enter month, day and four digit year)

☒ The Limited Liability Company life period is Perpetual.

## 6. Management Structure: (check one box only) A.R.S. §29-632(5)

**A.** ☐ **RESERVED TO THE MEMBERS**
IF RESERVED TO THE MEMBERS, DON'T CHECK ANY MANAGER BOXES.

**B.** ☒ **VESTED IN ONE OR MORE MANAGERS**
IF VESTED IN THE MANAGER(S), AT LEAST ONE NAME BELOW MUST HAVE THE MANAGER BOX CHECKED.

Name BRENT OESTERBLAD _____    Name _____

☐ Member ☒ Manager (only if "B" is selected above)    ☐ Member ☐ Manager (only if "B" is selected above)

Address 23623 N. Scottsdale Rd D3-218    Address _____

City Scottsdale State AZ Zip 85255    City _____ State _____ Zip _____

Name _____    Name _____

☐ Member ☐ Manager (only if "B" is selected above)    ☐ Member ☐ Manager (only if "B" is selected above)

Address _____    Address _____

City _____ State _____ Zip _____    City _____ State _____ Zip _____

IF YOU NEED MORE SPACE FOR LISTING MEMBERS / MANAGERS PLEASE ATTACH THE ADDITIONAL PAGE TO THE ARTICLES OF ORGANIZATION.

## 7. SIGNATURE

Signed on this date: 11/25/2011 (mm/dd/yyyy).

Signature: _____    Print Name BRENT OESTERBLAD

If signing on behalf of a company, please print the company name here.

Phone Number: (480) 947-6555    Fax Number: (480) 947-6227

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# Exhibit H

27
28




# BUSINESS DEPOSITORY RESOLUTION

__X__ NEW     _____ CHANGE



**ACCOUNT NO.** 405108056

**ACCOUNT TITLE** CIVIC SENTRY LLC

**BANK NAME/NUMBER** JPMorgan Chase Bank, N.A. (601)

**BRANCH NAME AND NO.** Scottsdale Grayhawk - 318

**DATE** 12/06/2011

**BUSINESS ADDRESS** 23623 N SCOTTSDALE RD D3-218
SCOTTSDALE, AZ 85255-3471

**PREPARED BY** JEROME FLEMING

**PHONE NO.** 480-513-9841

**TAXPAYER ID NO.** 45-3843745

**PRODUCT TYPE** Chase BusinessSelect Checking

Legal Name of Business __CIVIC SENTRY LLC__ _____ (the "Business")

The individual(s) signing this Resolution hereby certifies to JPMorgan Chase Bank, N.A. ("the Bank") that the Business is (check one):

____ a sole proprietorship owned entirely by the individual signing this Resolution;

____ a duly formed and valid existing

____ general partnership     ____ limited partnership     ____ limited liability partnership     ____ limited liability limited partnership     ____ joint venture

organized under the laws of the state/country of , and the persons signing this Resolution constitute all of the general partners of the partnership.

____ a corporation duly organized and in good standing under the laws of the state/country of  and that the individual signing this
Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any;

____ an unincorporated association or organization and the individual(s) signing this Resolution is the keeper of the records and seal, if any;

__X__ a limited liability company organized under the laws of the state/country of USA and the individuals signing this Resolution
constitute all of the members or managers, as appropriate of the company.

and that the following is a true and correct copy of the resolutions adopted by the Business and that such resolutions are now in full force and effect.

## Depository and Withdrawal Authorization

RESOLVED, that the Bank is designated a depository in which the funds of the Business may be deposited and/or withdrawn by any one of the persons listed below in the manner so designated, subject to the Bank's Deposit Account Agreement. Each person so listed is authorized to endorse for collection, deposit or negotiation any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between accounts at the Bank and other banks, either belonging to or coming into the possession of the Business. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Business without endorsement or may supply the endorsement of the Business. The person(s) so designated is authorized to sign any and all checks, drafts, and orders drawn against any designated account(s) of the Business (including savings accounts) at the Bank. The Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person so listed.

| Name | Title | Facsimile Signatures if Applicable |
|---|---|---|
| BRENT M OESTERBLAD | Manager Managed | |
| | | |
| | | |
| | | |
| | | |

## Signing Authorization

RESOLVED, that any one of the person(s) indicated above is authorized to act for and on behalf of the Business in any matter involving any of the Business' depository accounts at the Bank, including the authority to instruct the Bank to close the account, and is further authorized to sign and implement for and in the name on behalf of the Business, as they, or any of them see fit, the terms of all agreements, instruments, drafts, certificates, or other documents relating to any depository account or other business of the Business including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements or safe deposit agreements.

## Facsimile Signature Authorization

RESOLVED, that the Bank is authorized and directed to honor checks, drafts, and orders for the payment of money drawn on any of the accounts listed above including those drawn to the individual order of any person when the check, draft, or order bears or purports to bear the facsimile signature(s) as shown above or on the signature card. The Bank shall be indemnified and held harmless against any forgery, or unauthorized use or misuse of the facsimile signing devices.

## Further Authorizations

BE IT FURTHER RESOLVED, that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), any member or manager, as appropriate (if a limited liability), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of recision or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it in so acting after such revocation or termination without notice.

IN WITNESS WHEREOF, the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Business this _____ day of _____, .

For Corporation or Unincorporated
Association or Organization.

For Sole Proprietorship:

For Partnership (all general partners must sign) or
For Limited Liability Company (all members/managers must sign):

_____
Partner/Member/Manager

_____
Secretary

____ THIS IS A NOT-FOR-PROFIT BUSINESS

_____
Owner/Sole Proprietor

_____
Partner/Member/Manager

_____
Partner/Member/Manager

JPMorgan Chase Bank, N.A. Member FDIC
Catalog # 04382 (12/06)

Scanning branches - Scan using All in One printer
**DISTRIBUTION:** 1) Bank Copy   2) Customer Copy




Scan

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit I

1

Date of this notice:  11-30-2011

Employer Identification Number:
45-3943745

Form:  SS-4

Number of this notice:  CP 575 G

CIVIC SENTRY
BRENT OESTERBLAD SOLE MBR
23623 N SCOTTSDALE RD D3 218
SCOTTSDALE, AZ  85255

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


                    WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

        Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 45-3943745.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

        When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

        A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

        To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

IMPORTANT REMINDERS:

        *  Keep a copy of this notice in your permanent records.  **This notice is issued only
           one time and the IRS will not be able to generate a duplicate copy for you.**

        *  Use this EIN and your name exactly as they appear at the top of this notice on all
           your federal tax forms.

        *  Refer to this EIN on your tax-related correspondence and documents.

        If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice.  If you write, please tear off the stub
at the bottom of this notice and send it along with your letter.  If you do not need to
write us, do not complete and return the stub.  Thank you for your cooperation.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit J

1



Secretary of State
**KEN BENNETT**

*Arizona* Department of State
**Office of the Secretary of State**

# Registered Name
**Information Search**
Generated by TnT Names Search Version 3.11

<u>**Instructions**</u>

## General Information

| | |
|---|---|
| **File ID** | 534410 |
| **Description** | Trade Name |
| **Status** | Active |
| **Name** | WEBEXPRESS VENTURES |
| **Address 1** | 4727 EAST BELL ROAD #45-358 |
| **City** | PHOENIX |
| **State** | AZ |
| **ZIP** | 85032- |
| **Phone** | 480-967-6555 |
| **Business Type** | INTERNET CONSULTING |
| **Domestic Begin Date** | 11/25/2011 |
| **Registered Date** | 11/25/2011 |

## Agent/Owner Information

| Agent ID | Type | Fullname | Address | City | State | ZIP | Phone |
|---|---|---|---|---|---|---|---|
| <u>1126628</u> | Owner | CIVIC SENTRY LLC | 4727 EAST BELL ROAD #45-358 | PHOENIX | AZ | 85032- | 480-967-6555 |

## Registration Information

| Received | Amended | Assigned | Expiration | Cancelled | Revoked |
|---|---|---|---|---|---|
| 11/25/2011 | | 1/26/2012 | 11/25/2016 | | |

## Correspondence History

| Description | Date | Printed | Filmed | Loc. No. | Page No. | Pages |
|---|---|---|---|---|---|---|
| Assignment | 1/26/2012 | 1/26/2012 4:44:35 PM | | | | 2 |
| Application | 11/25/2011 | 11/30/2011 9:03:13 AM | | | | 2 |

©Copyright 2000 by Arizona Secretary of State - ALL RIGHTS RESERVED

Please email your comments or questions regarding this system to trades@azsos.gov. We appreciate any feedback.

Disclaimer

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit K**

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH  45999-0023

Date of this notice:  11-04-2013

Employer Identification Number:
46-4023810

Form:  SS-4

Number of this notice:  CP 575 G

WEBEXPRESS VENTURES
BRENT OESTERBLAD SOLE MBR
23623 N SCOTTSDALE RD NUM D3218
SCOTTSDALE, AZ  85255

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

     Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 46-4023810.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

     When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

     A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

     To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

     *  Keep a copy of this notice in your permanent records.  **This notice is issued only
        one time and the IRS will not be able to generate a duplicate copy for you.**  You
        may give a copy of this document to anyone asking for proof of your EIN.

     *  Use this EIN and your name exactly as they appear at the top of this notice on all
        your federal tax forms.

     *  Refer to this EIN on your tax-related correspondence and documents.

     If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice.  If you write, please tear off the stub
at the bottom of this notice and send it along with your letter.  If you do not need to
write us, do not complete and return the stub.

     Your name control associated with this EIN is WEBE.  You will need to provide this
information, along with your EIN, if you file your returns electronically.

     Thank you for your cooperation.

Keep this part for your records.          CP 575 G (Rev. 7-2007)

----------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please                           CP 575 G
correct any errors in your name or address.
                                                            9999999999


Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE:  11-04-2013
(     )     -          _____    EMPLOYER IDENTIFICATION NUMBER:  46-4023810
_____                           FORM:  SS-4          NOBOD


INTERNAL REVENUE SERVICE                   WEBEXPRESS VENTURES
CINCINNATI  OH   45999-0023                BRENT OESTERBLAD SOLE MBR
|ı|ıl.ıl.ıl.lıl.ıl.ılıl.lıl.ıll.ı.ıl.lıl.l 23623 N SCOTTSDALE RD NUM D3218
                                           SCOTTSDALE, AZ  85255

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit L

# SORArchives Extortion

We have become the #1 website for information about Mugshot Extortion.

About Us    Blog ▼    In the news    Federal Lawsuit ▼    The Scams ▼

Extortion Websites

# Rodrick Will Not Be Allowed To Depose His Wife In Federal Case

by Anonymous • January 6, 2014 • 0 Comments

The Judge in the federal case has denied Chuck Rodricks motion to depose his wife in the federal case. Rodrick who often brags that he is protected by the judge has also been denied the opportunity to electronically file motions and must hand deliver them instead.

Rodrick has also made claims that the clients in the case have dwindled down to 3 which is in fact a lie and yet one of many lies.

He seems to think he has the upper hand as he uses a document preparer to do his legal work for him which in itself is not legal.

So with as many lies as he has told I am not sure that he really has a leg to stand on in the federal case. He also has purged himself by saying he is not the owner of the websites when in fact he is. Can we say perjury. In a federal case this will definitely land him in jail right where he belongs.

Rodrick and Osterblad are thugs and pathological liars and all of this will come to a head very soon. You can only disrespect the judge for so long before action is taken.

Rodrick seems to think he is above the law when he is in fact living in his own sociopathic world.

We have a very sick man on our hands and he is filled with enough denial and lies to destroy even the hardest case let alone an easy case that we have here.

There certainly has been some motions that have been lost and some of those that are quite important but this still is not enough to end our case, in fact not even close.

So we will allow Chuck Rodrick and His Friend Brent M Osterblad to live in

---

**DON'T PAY THE RANSOM: DONATE TO US INSTEAD! ANY AMOUNT $1 TO HOW EVER MUCH YOU CAN AFFORD.**

Mugshot extortion websites want money to remove your profile? How about you help us take down the websites! If you donate here you will cover both cases, the Federal suit and our Counterclaims in their frivolous suit:



---

ARCHIVES

their own little sociopathic worlds as sad as that is.

---

← Looks Like Good Old Chuck and Brent Want to Continue to Post on Their Facebook Page. So Let Me Share As Well

# Leave a Reply

Your email address will not be published. Required fields are marked *

Name *

Email *

Website

3T8vYCP8OrjU    **\* Copy This Password \***

   **\* Type Or Paste Password Here \***

Comment *

Post Comment

- January 2014
- December 2013
- November 2013
- October 2013
- September 2013
- August 2013
- July 2013
- June 2013
- May 2013
- April 2013
- March 2013
- February 2013
- November 2012

## RECENT COMMENTS

- DOUG KOLATA on News
- DOUG KOLATA on News
- DOUG KOLATA on News
- Ashes2Ashes on Looks Like Good Old Chuck and Brent Want to Continue to

Post on
Their
Facebook
Page. So
Let Me
Share As
Well

- lorna on
  OUR NEW
  DONATION
  SITE

Copyright © 2014 SORArchives Extortion. All Rights Reserved.

 Magazine Basic created by c.bavota.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit M

# SORArchives Extortion

We have become the #1 website for information about Mugshot Extortion.

## Attorneys Page

WE WILL NO LONGER PROVIDE ATTORNEYS NAMES. If you are an attorney and interested in helping on the case PRO-BONO please contact me directly @ adamg846@aol.com

---

## 12 comments for "Attorneys Page"



### Adamg1972
*November 22, 2012 at 12:13 pm*

Janice Bellucci says:
November 18, 2012 at 10:57 am
As an attorney, I would love to sue these privately owned websites which have the same information but no protections of the state Megan's Law website. So why haven't I or another attorney sued them? Time and money. Even a civil rights

**DON'T PAY THE RANSOM: DONATE TO US INSTEAD! ANY AMOUNT $1 TO HOW EVER MUCH YOU CAN AFFORD.**

Mugshot extortion websites want money to remove your profile? How about you help us take down the websites! If you donate here you will cover both cases, the Federal suit and our Counterclaims in their frivolous suit:



## ARCHIVES

- January 2014
- December 2013
- November 2013
- October 2013
- September 2013
- August 2013

attorney like myself is limited in the amount of time I have. Preparing and filing a lawsuit is just the beginning. Then you have to defend the lawsuit by answering all of the motions and discovery initiated by the opposing party. Often they try to drown you in paper just to wear you out. Then there is the matter of money. There are court fees, legal secretaries, delivery fees, and paralegals that need to be paid. Having said all that, I am still devoted to this good cause and will do all that I am capable of doing with the resources available. It is important for us to start small and be successful so that when we need to climb bigger hills, perhaps mountains, we have a trail of success that will get the attention of those who have paased laws that need to be challenged. The climb has begun (Simi Valley and Prop. 35). It will continue with a lawsuit against the City of Lancaster. There are 16 cities in Orange County that have passed ordinances that need to be challenged as well as two cities in El Dorado Counties. There is of course the private websites such as Offendex, Mug Shots, Public Data, etc. The list of potential lawsuitsis long. I ask for your patience and for your support. The greater the resources, the sooner we can address the challenges before us

Reply

---



### Keith
*March 13, 2013 at 3:48 am*

For an excellent video interview of this lawyer go to: https://www.youtube.com/watch?v=75vHlvCdgVg&feature=player_embedded This attorney has got her act together!

Reply

---



### Adam
*March 14, 2013 at 5:03 am*

Janice has been a real blessing in my life and I am very thankful that we have her on our team 😊

- July 2013
- June 2013
- May 2013
- April 2013
- March 2013
- February 2013
- November 2012

## RECENT COMMENTS

- Anon on Breaking News: Rodrick Hires A Criminal To Illegally Prepare and File His Legal Work
- Ashes2Ashes on Breaking News: Rodrick Hires A Criminal To Illegally Prepare and File His Legal Work
- Anonymous on Breaking News: Rodrick Hires A Criminal To Illegally Prepare and File His Legal Work
- Iorna on Continuing in A Professional Manner
- Anon on Breaking

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit N**



Updated posted by Adam Galvez 28 days ago

# *People we got our 2nd donation...*

People we got our 2nd donation today please keep them coming as we need money for legal expenses. God bless you all and thank you to the donors :)



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit O**

Janice,

I do not receive electronic notifications for filings, so you need to send them to me via either USPS, UPS or Fedex. I will not accept emailed filings from you. We can correspond via email and/or telephone. Per the Federal Rules of Civil Procedure, you are **required** to notice me via mail of any all filings by you. To date, I have received **any** of your filings.

I understand you recently filed a Motion for Sanctions, that I **never** received. Please immediately send me an unreacted copy of this filing.

I am sure you heard the Judge this afternoon - **I am entitled to copies of all filings by you!** The Judge was **very** specific that you are supposed to be sending me your pleadings. You have played games long enough!

Just because I am a *pro se* Defendant, does not mean that you can take advantage of the situation or ignore the FRCP.

This is my final warning.

Charles Rodrick

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit P

From: **Janice Bellucci** <jmbellucci@aol.com>
Date: Wed, Feb 5, 2014 at 12:28 PM
Subject: Re: Non Compliance
To: chuckrodrick@gmail.com


Mr. Rodrick - In accordance with direction from Judge Bolton, we did not send nor do we intend to send you Exhibits A and B to the Second Motion for Sanctions because they are sealed documents. The documents have been sealed in accordance with court orders dated April 2, 2013, and January 24, 2014. Ms. Bellucci


*Law Offices of*
*Janice M. Bellucci*
*235 E. Clark Avenue, Suite C*
*Santa Maria, CA 93455*
*(805) 896-7854*


*This e-mail (including all attachments) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that reading, disseminating, distributing or copying this e-mail, or any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please notify Janice M. Bellucci by telephone at (805) 896-7854 and permanently delete this e-mail from your computer and delete all print or electronic copies of this e-mail.*


-----Original Message-----
From: Chuck Rodrick <chuckrodrick@gmail.com>
To: Janice Bellucci <jmbellucci@aol.com>
Sent: Wed, Feb 5, 2014 11:13 am
Subject: Non Compliance

Janice,

On Saturday, February 1, 2014, I finally received a copy of the Motion for Sanctions. However, there are no exhibits included. You cannot expect me to respond to any Pleading when I do not have all the information or documents.

The Judge was very clear on this matter. Please advise immediately when you will be sending the exhibits for the motion for sanctions you filed. If you do not respond to this email by the end of the day today I will request a emergency telephonic conference with the Judge and follow up with sanctions against you accordingly.

Please advise immediately when you will be sending the exhibits for the motion for sanctions.

Charles Rodrick
480-250-3838