Janice M. Bellucci, Esq., SBN 108911
LAW OFFICE OF JANICE M. BELLUCCI
235 East Clark Avenue, Suite C
Santa Maria, California 93455
Tel: (805) 896-7854
Fax: (805) 928-8736
JMBellucci@aol.com

Attorneys for Plaintiffs John Doe #1, Jane Doe #2, John Doe #3, John Doe #4, Jane Doe #5, John Doe #6, Jane Doe #7, John Doe #8, Jane Doe #9 and John Doe #10

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN DOE #1, an individual; JANE DOE #2, an individual; JOHN DOE #3, an individual; JOHN DOE #4, an individual; JANE DOE #5, an individual; JOHN DOE #6, an individual; JANE DOE #7, an individual; JOHN DOE #8, an individual; JANE DOE #9, an individual; and, JOHN DOE #10, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRENT OESTERBLAD, an individual; DAVID OESTERBLAD, an individual; SARAH SHEA, an individual; CHUCK RODRICK II, an individual; TRACI HEISIG, an individual; KEVIN MILLER, an individual; MELBROUNE IT DBS, a corporation; DNS MADE EASY/TIGGEE, LLC, a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CIV 13-01300-PHX-SRB<br><br>DECLARATION OF BRENT MARSHALL OESTERBLAD IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR SANCTIONS<br><br><br>HONORABLE SUSAN R. BOLTON |

1. My name is Brent Marshall Oesterblad and I am a resident of the State of Arizona.

2. I have known Defendant Charles "Chuck" Rodrick ("Rodrick") for about 20 years. During that time, we have worked together in several business ventures.

3. In 1999, Rodrick and I jointly owned and operated an internet based subscription service to access documents and records throughout the United States. The original website for

---
DECLARATION OF BRENT MARSHALL OESTERBLAD
IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR SANCTIONS

those services was Spyheadquarters.com. The name of that website was later changed to Onlinedetective.com.

4. The websites Spyheadquarters.com and Onlinedetective.com were operated under the umbrella of Web Express LLC, a limited liability company in Arizona formed by Rodrick in 2000 as its sole member and manager.

5. The database software for the Onlinedetective.com website was built by Eric Souhrada who is a software programmer and the owner of the Arizona company DeadBunny Enterprises. Souhrada was the Systems Administrator for the website and in that capacity, he maintained the website but did not post or remove content. Souhrada also served as the Systems Administrator for the Offendex.com and SORarchives.com websites and currently serves as the Systems Administrator for the SexOffenderRecord.com website.

6. In 2006, the demand for subscription services for Onlinedetective.com declined significantly. Rodrick and I then decided to develop separately our own online and offline projects.

7. In November 2011, Rodrick's wife Lois Flynn filed for divorce in Maricopa County Arizona Superior Court.

8. In November 2011, Rodrick requested that I form a new company. I complied with that request by creating Civic Sentry LLC, an Arizona limited liability company. I filed the corporate documents for that company on November 29, 2011, and am listed as the sole manager of that company.

9. In December 2011 and January 2012, Rodrick and I began discussions about working together again on new projects which never came to being. At that time, Rodrick began operating a new website which he had developed independently from me. That website listed registered sex offenders and is known as Offendex.com.

10. On January 26, 2012, at Rodrick's request, I registered the trade name of WebExpress Ventures with the Arizona Secretary of State. Rodrick chose the trade name WebExpress Ventures for bank and business purposes because its name is similar to the name of his original company, Web Express LLC. I did not know then, but believe now, that Rodrick

2

DECLARATION OF BRENT MARSHALL OESTERBLAD
IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR SANCTIONS

established the trade name WebExpress Ventures in order to hide income and other assets from his estranged wife.

11. In connection with the formation of Civic Sentry LLC dba WebExpress Ventures, I opened a checking account at J P Morgan Chase Bank, Account No. XXX7322 in the name of Civic Sentry LLC dba Web Express Ventures on February 16, 2012. With the exception of $100.00 deposited by me at the opening of this account, all of the monies deposited in this account were by or for the benefit of Rodrick and included revenues from the Offendex.com website he owned and operated at that time.

12. The JP Morgan Chase Bank account later received revenue from the SORarchives.com website which Rodrick also owns and operates. Rodrick started the SORarchives.com website in December 2012 after adverse information regarding the Offendex.com website was posted on the internet.

13. After the SORarchives.com website was initiated, complaints were filed by registered sex offenders throughout the country regarding its content and the requirement to pay for removal of information regarding registered sex offenders from that website. Due to those complaints, Google changed its algorithm and, in effect, buried the contents of that website. PayPal and several credit card companies also refused to accept payments on behalf of SORarchives.com for removal of information regarding sex offenders from that website.

14. Rodrick subsequently learned that he and the SORarchives.com website was under investigation for possible criminal activities. He then started in January 2014 the SexOffenderRecord.com website which does not provide record reviews or allow the removal of individuals listed on that website.

15. The revenues from all three sex offender websites owned and operated by Rodrick -- Offendex.com, SORarchives.com and SexOffenderRecord.com -- included electronic payments to the JP Morgan Chase Bank account from registered sex offenders that was collected utilizing PayPal and a PaySimple Merchant Account. The other sources of revenue generated were by utilizing the GoogleAdSense and ClickBank programs in placing advertising on the three websites.

3

DECLARATION OF BRENT MARSHALL OESTERBLAD
IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR SANCTIONS

16. All of the revenue accounts – PayPal, PaySimple, Google AdSense and ClickBank -- were registered in Rodrick's name only and only Rodrick had administrative control of those accounts.

17. Rodrick made payments to himself from the JP Morgan Chase account which I opened. Payments included, but were not limited to, the sums of $2,500 on July 11, 2013[1]; $7,500 on July 30, 2013[2]; $6,000 on September 17, 2013[3], and $4,000 on November 26, 2013[4].

18. Rodrick also paid personal expenses from the JP Morgan Chase account including, but not limited to, Walgreens in the amount of $118.00, World Market in the amount of $218.55, Albertsons in the amount of $90.85 and the Fairmont Hotel in the amount $1,435.62[5].

19. The gross revenues from the registered sex offender websites reached an amount in excess of $32,000 per month. This sum included about $15,000 per month from registered sex offenders who requested investigations and/or removal from the websites and over $15,000 per month from ads displayed on the websites.

20. I was retained by Rodrick as an independent contractor beginning around April 2012 to handle all direct communications with the registered sex offenders who contacted the Offendex.com website. Individuals filled out an online form or used a phone number and/or an E-mail on that website so that registered sex offenders could communicate with me regarding their information posted on that website. I was responsible for answering all inquiries. I was paid a commission of 50 percent for all revenue generated as the result of my direct communications with registered sex offenders who wanted their information removed from that website.

21. In September 2012, Rodrick introduced on the Offendex.com website two review processes for registered sex offenders: a free 14-day review and an expedited 24-hour review for $79. Individuals filled out an online form or used a phone number and/or an E-mail address posted

---

[1] See Exhibit A, JP Morgan Chase bank statement dated June 29 through July 31, 2013, page 3.
[2] See Exhibit A at page 4.
[3] See Exhibit B, JP Morgan Chase bank statement dated August 31 through September 30, 2013, page 4.
[4] See Exhibit C, JP Morgan Chase bank statement dated November 1 through November 29, 2013, page 3.
[5] See Exhibit D, JP Morgan Chase bank statement dated May 1 through May 31, 2013, pages 2 and 3.

4

**DECLARATION OF BRENT MARSHALL OESTERBLAD
IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR SANCTIONS**

1  on the website to contact the website regarding those reviews. I was responsible for answering all
2  inquiries. In addition, registered sex offenders were required to pay $499 to have their personal
3  information removed from the website. I was paid a commission of 30 percent of all monies paid
4  by registered sex offenders to investigate their website listing and/or to have their listings removed
5  from the websites.

6  22.  During my investigations, I researched whether an individual had been convicted as a
7  sex offender. If an individual was convicted of a sex offense, I did not recommend to Rodrick that
8  he be removed from the relevant website even if he was no longer required to register as a sex
9  offender. If an individual was not convicted of a sex offense or had been exonerated of a sex
10 offense conviction, I did recommend to Rodrick that he be removed from the relevant website. I did
11 not have the capability to remove anyone from a website because only Rodrick had that capability.

12 23.  I was also retained by Rodrick to perform similar tasks for the SORarchives.com
13 website. In the performance of those tasks, I was paid a commission of 30 percent.

14 24.  As an independent contractor, Rodrick did not pay me a salary nor did he provide me
15 with hourly pay. I was paid a commission for the tasks I performed related to the Offendex.com and
16 SORarchives.com websites as well as research and writing projects assigned by Rodrick. After I
17 performed tasks, I prepared invoices which reflected commissions due to me and sent them
18 electronically to Rodrick. Rodrick paid me via electronic transfers of funds from the JP Chase
19 Morgan bank account.

20 25.  The Offendex.com, SORarchives.com and SexOffenderRecord.com websites are
21 based upon a database of about 775,000 profiles of sex offenders throughout the United States
22 which was compiled by Eric Souhrada of Dead Bunny Enterprises.

23 26.  Rodrick is the owner of the domain names Offendex.com, SORarchives.com and
24 SexOffenderRecord.com. All three domain names were registered by Rodrick.

25 27.  Rodrick registered the Offendex.com website in Australia with a company named
26 Melbourne IT. This was done in order to make it more difficult for the ownership of the
27 Offendex.com domain name and website to be determined.

28

5

**DECLARATION OF BRENT MARSHALL OESTERBLAD
IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR SANCTIONS**

28. Rodrick is the owner of the website SORarchives.com which is registered with Network Solutions.

29. Rodrick is the owner of SexOffenderRecord.com which is registered with GoDaddy.com. Rodrick has taken steps to intentionally hide his identity with the registration of all three websites.

30. Rodrick owns the URL and runs the website WebExpressVentures.com.

31. Rodrick owns the domain names for the Offendex.com, SORarchives.com and SexOffenderRecord.com websites. He also conceived of the business models for those websites and paid for the database upon which those websites are based.

32. I have personal knowledge that Rodrick has misrepresented the facts of his ownership of the sex offender websites to his former wife, to the Maricopa County Superior Court and to U.S. District Courts in California and Arizona.

33. I attended a meeting in the office of attorney Daniel Warner in late March or early April 2013, shortly after this lawsuit was filed in U.S. District Court. During that meeting, the issue of Rodrick's ownership of the sex offender websites was discussed. Also in attendance at that meeting were Chuck Rodrick and Traci Heisig. I was not represented by attorney Warner at that time or at any other time. During that meeting, Rodrick disclosed that he owned the Offendex.com and SORarchives websites and controlled the database for those websites. Subsequent to that meeting, Rodrick signed declarations under penalty of perjury filed with U.S. District Courts in California and Arizona that he did not own any sex offender website[6].

34. Rodrick is or has been the sole Administrator for the Onlinedetective.com, Offendex.com, SORarchives.com and SexOffenderRecord.com websites. In the capacity as Administrator, Rodrick is the only person capable of adding or removing information from any and all of those websites. Rodrick changed or changes the information on one or more of those websites on a daily basis.

---

[6] See Docket #24, Notice of Motion and Motion to Dismiss, Exhibit A, page 2, paragraph 18 and Docket #86, Response to Plaintiffs' Motion for Sanctions, Exhibit A, page 3, paragraph 11.

35.     Rodrick posted information regarding Plaintiff John Doe #4 on the SORarchives.com website because he was angry that Plaintiff John Doe #4 filed a complaint against the website with the Office of the Attorney General.[7]  The posted information included the name and photo of Plaintiff John Doe #4 as well as the complaint filed with the Office of the Attorney General and a reply to that complaint which I wrote at the request of Rodrick.  I was paid by Rodrick to research matters addressed in a number of motions and replies related to this lawsuit.  My research was used by attorneys representing Rodrick in both the California and Arizona federal district courts.

36.     Rodrick owes me a sum of money for professional services I performed for the sex offender websites.  I attempted to collect that sum from him several times, including in November 2013.  Rodrick has refused to pay me the sum he owes me and has told me that he no longer wants to do business with me.  I have not worked for Rodrick in any capacity since November 2013.

I declare, under penalty of perjury, that the foregoing is true and correct under the laws of the United States of America.

Date: February 5, 2014

BRENT M. OESTERBLAD

---

[7] In accordance with the court's Order Granting Application for Leave to Proceed Under Pseudonym and Ordering All Information Identifying Plaintiffs True Identities to be Filed Under Seal, dated April 2, 2013, the name of the state in which this Attorney General complaint was filed is not revealed in order to protect the identity of John Doe #4.

7

DECLARATION OF BRENT MARSHALL OESTERBLAD
IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR SANCTIONS

## AFFIDAVIT OF SERVICE BY MAIL
## STATE OF CALIFORNIA

I am a citizen of the United States, am over the age of 18 years, and am not a party to the above-entitled proceeding. I am a resident of the County of San Luis Obispo, State of California. My address is 271 Janet Avenue, Grover Beach, CA 93433.

On the 10th day February, 2014, I served the within **Declaration of Brent Marshall Oesterblad in Support of Plaintiffs' Second Motion for Sanctions** by placing a copy in a sealed envelope and mailing it first class, postage prepaid, to each person as listed below.

Charles Rodrick
34522 N Scottsdale Rd #120-467
Scottsdale  AZ  85266

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

DATED: February 10, 2014

_____
Mamie Page