# EXHIBIT A



**CHASE** ⬡
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

June 29, 2013 through July 31, 2013
Account Number:     **000000405107322**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | **1-800-242-7383** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |



Ilılıdıldıllımdıldıdıdıllımdıldllıdıdımdıldıdıdıdl
00015449 DRE 601 211 21313 NNNNNNNNNNN 1 000000000 64 0000
CIVIC SENTRY LLC DBA WEB EXPRESS
VENTURES
4809 E THISTLE LANDING DR STE 100
PHOENIX AZ 85044-6498

We are limiting our Returned Item fees

Good News| We will charge only one Returned Item fee for any payment request
we return unpaid more than once per month, even if the biller submits the same request
multiple times. This is just one of the ways that we are working to make banking easier
and less expensive for our customers.

We are here to help. If you have any questions, please call us at the number on this
statement or visit your nearest branch.

## CHECKING SUMMARY  Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $14,289.07 |
| Deposits and Additions | 30 | 31,635.20 |
| ATM & Debit Card Withdrawals | 37 | - 19,467.45 |
| Electronic Withdrawals | 13 | - 17,050.80 |
| Fees and Other Withdrawals | 4 | - 59.96 |
| **Ending Balance** | 84 | $9,346.06 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 07/01 | Paypal | Transfer | PPD ID: Paypalsd11 | $550.00 |
| 07/02 | Paypal | Transfer | PPD ID: Paypalsd11 | 500.00 |
| 07/02 | Global Pay | Global Dep 8788291901115  CCD ID: 5469221406 | | 499.00 |
| 07/02 | Paypal | Transfer | PPD ID: Paypalsd11 | 460.00 |
| 07/03 | Global Pay | Global Dep 8788291901115  CCD ID: 5469221406 | | 1,168.00 |
| 07/03 | Keynetics | Payables | PPD ID: 4522209215 | 331.63 |
| 07/05 | Paypal | Transfer | PPD ID: Paypalsd11 | 1,000.00 |
| 07/05 | Paypal | Transfer | PPD ID: Paypalsd11 | 975.00 |
| 07/05 | Paypal | Transfer | PPD ID: Paypalsd11 | 500.00 |
| 07/05 | Paypal | Transfer | PPD ID: Paypalsd11 | 490.00 |
| 07/08 | Paypal | Transfer | PPD ID: Paypalsd11 | 650.00 |
| 07/09 | Global Pay | Global Dep 8788291901115  CCD ID: 5469221406 | | 499.00 |
| 07/10 | Global Pay | Global Dep 8788291901115  CCD ID: 5469221406 | | 499.00 |

Exhibit A


## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 07/10 | Paypal | Transfer | PPD ID: Paypalsd11 | 450.00 |
| 07/10 | Keynetics | Payables | PPD ID: 4522209215 | 263.84 |
| 07/11 | Paypal | Transfer | PPD ID: Paypalsd11 | 680.00 |
| 07/15 | Paypal | Transfer | PPD ID: Paypalsd11 | 480.00 |
| 07/15 | Google | Payment | PPD ID: 0000103177 | 85.52 |
| 07/16 | Google | Payment | PPD ID: 0000103177 | 85.52 |
| 07/17 | Keynetics | Payables | PPD ID: 4522209215 | 674.10 |
| 07/17 | Global Pay | Global Dep 8788291901115  CCD ID: 5469221406 | | 499.00 |
| 07/18 | Paypal | Transfer | PPD ID: Paypalsd11 | 550.00 |
| 07/18 | Global Pay | Global Dep 8788291901115  CCD ID: 5469221406 | | 499.00 |
| 07/24 | Google Inc. | EDI Pymnts US0000Eiz5    CCD ID: 7770493581 | | 15,419.71 |
| 07/24 | Paypal | Transfer | PPD ID: Paypalsd11 | 990.00 |
| 07/24 | Keynetics | Payables | PPD ID: 4522209215 | 603.60 |
| 07/24 | Paypal | Transfer | PPD ID: Paypalsd11 | 490.00 |
| 07/26 | Paypal | Transfer | PPD ID: Paypalsd11 | 470.00 |
| 07/29 | Global Pay | Global Dep 8788291901115  CCD ID: 5469221406 | | 499.00 |
| 07/31 | Keynetics | Payables | PPD ID: 4522209215 | 774.28 |

**Total Deposits and Additions**

**$31,635.20**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 07/01 | Card Purchase | 06/28 Google *Adws45369804 Cc@Google.Com CA Card 8152 | $500.00 |
| 07/01 | Card Purchase With Pin | 06/30 Costco Whse #0738 Phoenix AZ Card 0567 | 426.07 |
| 07/02 | Card Purchase | 07/01 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 07/05 | Card Purchase | 07/03 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 07/05 | Card Purchase | 07/03 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 07/05 | Card Purchase | 07/04 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 07/05 | Card Purchase | 07/04 Chevron 00208906 Cave Creek AZ Card 0567 | 79.30 |
| 07/05 | Recurring Card Purchase | 07/04 Msft  *Adcenter 800-518-5689 WA Card 0567 | 1,001.04 |
| 07/08 | Card Purchase | 07/06 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 07/11 | Card Purchase | 07/10 Kjdg 4802177391 AZ Card 0567 | 1,623.69 |
| 07/11 | Card Purchase | 07/10 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 07/11 | Card Purchase | 07/10 Pizzafarros Inc Scottsdale AZ Card 0567 | 66.78 |
| 07/12 | Card Purchase | 07/11 Tonto Bar And Grill Cave Creek AZ Card 0567 | 69.02 |
| 07/15 | Card Purchase | 07/12 Desert Storage - Cf 480-4880555 AZ Card 0567 | 152.47 |
| 07/16 | Card Purchase | 07/15 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 07/16 | Card Purchase | 07/15 Albertsons #0979 Scottsdale AZ Card 0567 | 190.03 |
| 07/17 | Card Purchase | 07/16 Paypal *Kellylaw 402-935-7733 AZ Card 0567 | 1,709.00 |
| 07/17 | Recurring Card Purchase | 07/16 Cybertrails LLC 888-4629237 AZ Card 0567 | 270.00 |
| 07/18 | Card Purchase | 07/17 Ringcentral, Inc 650-4724100 CA Card 0567 | 81.04 |
| 07/19 | Card Purchase | 07/18 Cafe Bink Carefree AZ Card 0567 | 115.27 |
| 07/22 | Card Purchase | 07/19 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 07/22 | Card Purchase | 07/20 Boulders Resort F&B Carefree AZ Card 0567 | 88.61 |
| 07/22 | Card Purchase | 07/21 Pei Wei #0005    Q02 Scottsdale AZ Card 0567 | 20.19 |
| 07/22 | Card Purchase | 07/21 Target    00013276 Scottsdale AZ Card 0567 | 105.51 |


CHASE ⬡

June 29, 2013 through July 31, 2013
Account Number:  000000405107322

## ATM & DEBIT CARD WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 07/23 | Card Purchase | 07/22 Kelly Warner Pllc 4803319397 AZ Card 0567 | 3,000.00 |
| 07/24 | Card Purchase | 07/23 Kelly Warner Pllc 4803319397 AZ Card 0567 | 2,944.12 |
| 07/24 | Recurring Card Purchase 07/22 Phoenix Nap, LLC 855-3301509 AZ Card 0567 | | 177.15 |
| 07/25 | Card Purchase | 07/24 Pei Wei #0005    Q02 Scottsdale AZ Card 0567 | 38.81 |
| 07/26 | Card Purchase | 07/25 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 07/26 | Card Purchase | 07/25 Cartwright's Cave Creek AZ Card 0567 | 78.39 |
| 07/29 | Card Purchase | 07/27 Heart And Soul Cafe Cave Creek AZ Card 0567 | 48.56 |
| 07/29 | Card Purchase | 07/28 Amazon Web Services Aws.Amazon.CO WA Card 0567 | 439.47 |
| 07/29 | Card Purchase | 07/28 Aj's #090 Scottsdale AZ Card 0567 | 210.91 |
| 07/29 | Recurring Card Purchase 07/26 Msft   *Adcenter 800-518-5689 WA Card 0567 | | 1,000.89 |
| 07/31 | Card Purchase | 07/30 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 07/31 | Card Purchase | 07/30 Subway    00154583 Scottsdale AZ Card 0567 | 6.57 |
| 07/31 | Card Purchase | 07/30 The UPS Store 3010 Scottsdale AZ Card 0567 | 24.56 |

**Total ATM & Debit Card Withdrawals**                           **$19,467.45**

## ATM & DEBIT CARD SUMMARY

Civic Sentry LLC  Card 0567

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $13,967.45 |
| Total Card Deposits & Credits | $0.00 |

Brent Oesterblad  Card 8152

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $5,500.00 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $19,467.45 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 07/01 | Chase Quickpay Electronic Transfer 3348194628 To Civic Sentry LLC | | $2,021.10 |
| 07/02 | Global Pay    Global Stl 8788291901115  CCD ID: 5469221406 | | 97.30 |
| 07/02 | Paysimple Reselr Purchase  16436099    CCD ID: 4013137Zst | | 34.95 |
| 07/03 | American Express Collection 5022568182    CCD ID: 1134992250 | | 7.95 |
| 07/08 | Chase Quickpay Electronic Transfer 3361689852 To Civic Sentry LLC | | 2,217.90 |
| 07/08 | 07/08 Online Payment 3359553329 To Charles Rodrick | | 700.00 |
| 07/11 | 07/11 Online Payment 3367779218 To Charles Rodrick | | 2,500.00 |

 CHASE

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 07/15 | Discover | E-Payment 2894 | Web ID: 2510020270 | 100.00 |
| 07/16 | Chase Quickpay Electronic Transfer 3378452339 To Civic Sentry LLC | | | 1,131.60 |
| 07/26 | 07/26 Online Payment 3391738306 To Tc Legal Services LLC | | | 40.00 |
| 07/29 | Chase Quickpay Electronic Transfer 3396228940 To Civic Sentry LLC | | | 600.00 |
| 07/29 | Discover | E-Payment 2894 | Web ID: 2510020270 | 100.00 |
| 07/30 | 07/30 Online Payment 3397948834 To Charles Rodrick | | | 7,500.00 |
| **Total Electronic Withdrawals** | | | | **$17,050.80** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/08 | Online Overnight Check: Service Fee | $14.99 |
| 07/11 | Online Overnight Check: Service Fee | 14.99 |
| 07/26 | Online Overnight Check: Service Fee | 14.99 |
| 07/30 | Online Overnight Check: Service Fee | 14.99 |
| **Total Fees & Other Withdrawals** | | **$59.96** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 07/01 | $11,891.90 | 07/17 | 7,200.50 |
| 07/02 | 12,718.65 | 07/18 | 8,168.46 |
| 07/03 | 14,210.33 | 07/19 | 8,053.19 |
| 07/05 | 14,594.99 | 07/22 | 7,338.88 |
| 07/08 | 11,812.10 | 07/23 | 4,338.88 |
| 07/09 | 12,311.10 | 07/24 | 18,720.92 |
| 07/10 | 13,523.94 | 07/25 | 18,682.11 |
| 07/11 | 9,498.48 | 07/26 | 18,518.73 |
| 07/12 | 9,429.46 | 07/29 | 16,617.90 |
| 07/15 | 9,742.51 | 07/30 | 9,102.91 |
| 07/16 | 8,006.40 | 07/31 | 9,346.06 |

## SERVICE CHARGE SUMMARY

You were not charged a monthly service fee this month. Your monthly service fee can continue to be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00. Your average daily balance was $12,054.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $12,204.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. Your Premier Plus personal checking account is linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card. You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees. You paid $59.96.

See your Account Rules and Regulations or stop in to see a banker today to find out more.



June 29, 2013 through July 31, 2013
Account Number: **000000405107322**

## SERVICE CHARGE SUMMARY | *(continued)*

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 42 |
| Deposits / Credits | 30 |
| Deposited Items | 0 |
| **Transaction Total** | 72 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | $0.00 |

