# EXHIBIT B

Case 2:13-cv-01300-SRB   Document 125-3   Filed 02/10/14   Page 2 of 5

Sep 2013



# CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 31, 2013 through September 30, 2013

Account Number: 000000405107322

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00018801 DRE 601 211 27413 NNNNNNNNNNN  1 000000000 64 0000
CIVIC SENTRY LLC DBA WEB EXPRESS
VENTURES
4809 E THISTLE LANDING DR STE 100
PHOENIX AZ 85044-6498



## CHECKING SUMMARY   Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $6,275.78 |
| Deposits and Additions | 38 | 26,114.44 |
| ATM & Debit Card Withdrawals | 36 | - 15,739.15 |
| Electronic Withdrawals | 12 | - 15,584.15 |
| Fees and Other Withdrawals | 5 | - 67.98 |
| Ending Balance | 91 | $998.94 |

The monthly service fee for this account was waived because you used at least $50.00 in other checking services during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 09/03 | Global Pay | Global Dep 8788291901115 | CCD ID: 5469221406 | | $898.00 |
| 09/03 | Paypal | Transfer | PPD ID: Paypalsd11 | | 525.00 |
| 09/03 | Paypal | Transfer | PPD ID: Paypalsd11 | | 500.00 |
| 09/03 | American Express Settlement 5022568182 | | CCD ID: 1134992250 | | 499.00 |
| 09/03 | Paypal | Transfer | PPD ID: Paypalsd11 | | 450.00 |
| 09/04 | Paypal | Transfer | PPD ID: Paypalsd11 | | 975.00 |
| 09/04 | Global Pay | Global Dep 8788291901115 | CCD ID: 5469221406 | | 670.00 |
| 09/04 | Paypal | Transfer | PPD ID: Paypalsd11 | | 501.00 |
| 09/04 | Global Pay | Global Dep 8788291901115 | CCD ID: 5469221406 | | 499.00 |
| 09/04 | Keynetics | Payables | PPD ID: 4522209215 | CLICK BANK | 462.34 |
| 09/05 | Apple | ACH/Cred | PPD ID: A243609761 | | 114.80 |
| 09/06 | Global Pay | Global Dep 8788291901115 | CCD ID: 5469221406 | | 499.00 |
| 09/06 | Paypal | Transfer | PPD ID: Paypalsd11 | | 300.00 |
| 09/09 | Paypal | Transfer | PPD ID: Paypalsd11 | | 545.00 |
| 09/09 | Paypal | Transfer | PPD ID: Paypalsd11 | | 440.00 |
| 09/10 | Global Pay | Global Dep 8788291901115 | CCD ID: 5469221406 | | 499.00 |
| 09/10 | Global Pay | Global Dep 8788291901115 | CCD ID: 5469221406 | | 499.00 |

(clickbank payment)

Page 1 of 6



Exhibit B



August 31, 2013 through September 30, 2013
Account Number: 000000405107322

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/10 | Global Pay    Global Dep 8788291901115   CCD ID: 5469221406 | 399.00 |
| 09/11 | Paypal    Transfer    PPD ID: Paypalsd11 | 1,000.00 |
| 09/11 | Keynetics    Payables    PPD ID: 4522209215 | 600.54 |
| 09/12 | Paypal    Transfer    PPD ID: Paypalsd11 | 850.00 |
| 09/13 | American Express Settlement 5022568182   CCD ID: 1134992250 | 499.00 |
| 09/13 | Global Pay    Global Dep 8788291901115   CCD ID: 5469221406 | 499.00 |
| 09/16 | Global Pay    Global Dep 8788291901115   CCD ID: 5469221406 | 499.00 |
| 09/16 | Paypal    Transfer    PPD ID: Paypalsd11 | 80.00 |
| 09/17 | Global Pay    Global Dep 8788291901115   CCD ID: 5469221406 | 399.00 |
| 09/18 | Global Pay    Global Dep 8788291901115   CCD ID: 5469221406 | 998.00 |
| 09/18 | Keynetics    Payables    PPD ID: 4522209215 | 433.66 |
| 09/19 | Global Pay    Global Dep 8788291901115   CCD ID: 5469221406 | 499.00 |
| 09/20 | Global Pay    Global Dep 8788291901115   CCD ID: 5469221406 | 10.00 |
| 09/20 | Stripe    Transfer    CCD ID: Wfmstripe1 | 0.67 |
| 09/23 | American Express Settlement 5022568182   CCD ID: 1134992250 | 499.00 |
| 09/23 | American Express Settlement 5022568182   CCD ID: 1134992250 | 499.00 |
| 09/24 | Google Inc.    EDI Pymnts US0000I8Bn    CCD ID: 7770493581 | 7,577.43 |
| 09/24 | Global Pay    Global Dep 8788291901115   CCD ID: 5469221406 | 499.00 |
| 09/24 | Global Pay    Global Dep 8788291901115   CCD ID: 5469221406 | 399.00 |
| 09/25 | Global Pay    Global Dep 8788291901115   CCD ID: 5469221406 | 499.00 |
| 09/26 | Global Pay    Global Dep 8788291901115   CCD ID: 5469221406 | 499.00 |
| **Total Deposits and Additions** | | **$26,114.44** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | Card Purchase    08/30 Google *Adws45369804 Cc@Google.Com CA Card 8152 | $500.00 |
| 09/03 | Card Purchase    09/03 Amazon Web Services Aws.Amazon.CO WA Card 0567 | 395.17 |
| 09/04 | Card Purchase    09/03 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 09/04 | Card Purchase    09/03 Texaco 00307205 Why AZ Card 0567 | 123.65 |
| 09/06 | Card Purchase    09/05 Tonto Bar And Grill Cave Creek AZ Card 0567 | 53.72 |
| 09/06 | Recurring Card Purchase 09/04 Paypal *Networksolu 402-935-7733 FL Card 0567 | 43.83 |
| 09/09 | Card Purchase    09/05 Paypal *Joeys of Chicag Phoenix AZ Card 0567 | 9.18 |
| 09/09 | Card Purchase    09/06 Chevron 00352103 Scottsdale AZ Card 0567 | 3.23 |
| 09/09 | Card Purchase    09/07 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 09/10 | Card Purchase    09/09 Mastro's Scottsdale Scottsdale AZ Card 0567 | 284.69 |
| 09/12 | Card Purchase    09/10 Electric Eel Sushi Cave Creek AZ Card 0567 | 79.09 |
| 09/12 | Card Purchase    09/11 Albertsons #0979 Scottsdale AZ Card 0567 | 154.67 |
| 09/12 | Non-Chase ATM Withdraw 09/12 Carefree-N. Scottsdale AZ Card 0567 | 503.00 |
| 09/12 | Recurring Card Purchase 09/12 Msft  *Adcenter 800-518-5689 WA Card 0567 | 1,636.16 |
| 09/13 | Card Purchase    09/12 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 09/16 | Card Purchase    09/12 Desert Storage - Cf 480-4880555 AZ Card 0567 | 260.50 |
| 09/16 | Card Purchase    09/14 Tommy Bahama Cafe 507 Scottsdale AZ Card 0567 | 144.27 |
| 09/16 | Card Purchase    09/14 Wal-Mart #5835 Cave Creek AZ Card 0567 | 177.11 |
| 09/17 | Card Purchase    09/15 Boulders Resort F&B Carefree AZ Card 0567 | 53.61 |
| 09/17 | Card Purchase    09/16 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |

# CHASE ◯

August 31, 2013 through September 30, 2013

Account Number: **000000405107322**

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/17 | Recurring Card Purchase 09/16 Cybertrails LLC 888-4629237 AZ Card 0567 | 334.00 |
| 09/18 | Card Purchase    09/17 Ringcentral, Inc 650-4724100 CA Card 0567 | 81.04 |
| 09/20 | Card Purchase    09/18 Webexpress Ventures 602-5315626 AZ Card 0567 | 10.00 |
| 09/20 | Card Purchase    09/19 Williams-Sonoma 0020 Phoenix AZ Card 0567 | 151.57 |
| 09/23 | Card Purchase    09/22 Facebk *Sneb65Ebl2 Www.Fb.ME/Cc CA Card 0567 | 277.34 |
| 09/23 | Non-Chase ATM Withdraw 09/23 Carefree-N. Scottsdale AZ Card 0567 | 503.00 |
| 09/24 | Card Purchase    09/24 Facebk *C3Fp55Wbl2 Www.Fb.ME/Cc CA Card 0567 | 505.98 |
| 09/25 | Card Purchase    09/24 Kelly Warner Pllc 4803319397 AZ Card 0567 | 5,000.00 |
| 09/26 | Card Purchase    09/26 The UPS Store 3010 Scottsdale AZ Card 0567 | 153.23 |
| 09/26 | Recurring Card Purchase 09/22 Phoenix Nap, LLC 855-3301509 AZ Card 0567 | 196.26 |
| 09/27 | Card Purchase    09/26 Boulders Resort F&B Carefree AZ Card 0567 | 90.57 |
| 09/27 | Card Purchase    09/26 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 09/27 | Card Purchase    09/26 Walgreens #3766 Scottsdale AZ Card 0567 | 65.07 |
| 09/27 | Card Purchase    09/27 Facebk *Pb7X85Nbl2 Www.Fb.ME/Cc CA Card 0567 | 1,263.47 |
| 09/30 | Card Purchase    09/27 Chevron 00352103 Scottsdale AZ Card 0567 | 118.74 |
| 09/30 | Card Purchase    09/29 Clkbank*Com_5Cps4Egx 800-390-6035 ID Card 0567 | 67.00 |
| **Total ATM & Debit Card Withdrawals** | | **$15,739.15** |

## ATM & DEBIT CARD SUMMARY

**Civic Sentry LLC  Card 0567**

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $1,006.00 |
| Total Card Purchases | $11,733.15 |
| Total Card Deposits & Credits | $0.00 |

**Brent Oesterblad  Card 8152**

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $3,000.00 |
| Total Card Deposits & Credits | $0.00 |

**ATM & Debit Card Totals**

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $1,006.00 |
| Total Card Purchases | $14,733.15 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/03 | American Express Collection 5022568182    CCD ID: 1134992250 | $7.95 |
| 09/04 | Chase Quickpay Electronic Transfer 3464125699 To Civic Sentry LLC | 2,147.10 |
| 09/04 | 09/04 Online Payment 3456516676 To Dead Bunny Enterprises | 2,500.00 |
| 09/04 | Global Pay    Global Stl 8788291901115  CCD ID: 5469221406 | 75.23 |



August 31, 2013 through September 30, 2013
Account Number: 000000405107322

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/04 | Paysimple Reselr Purchase 17017274 CCD ID: 4013137Zst | 34.95 |
| 09/06 | Chase Quickpay Electronic Transfer 3466557399 To Civic Sentry LLC | 600.00 |
| 09/10 | Chase Quickpay Electronic Transfer 3474369963 To Civic Sentry LLC | 1,616.70 |
| 09/16 | Paypal Inst Xfer 59F227Fe5Wvw2 Web ID: Paypalsi66 | 15.82 |
| 09/17 | 09/17 Online Payment 3481856027 To Charles Rodrick | 6,000.00 |
| 09/17 | Global Pay Global Dep 8788291901115 CCD ID: 5469221406 | 250.00 |
| 09/20 | Chase Quickpay Electronic Transfer 3491902286 To Civic Sentry LLC | 600.00 |
| 09/27 | Chase Quickpay Electronic Transfer 3500971152 To Civic Sentry LLC | 1,736.40 |
| **Total Electronic Withdrawals** | | **$15,584.15** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/04 | Online Overnight Check: Service Fee | $14.99 |
| 09/12 | Non-Chase ATM Fee-With | 2.00 |
| 09/17 | Online Overnight Check: Service Fee | 14.99 |
| 09/17 | Insufficient Funds Fee For A $250.00 Item - Details: Global Pay Global Dep 8788291901115 CCD ID: 5469221406 | 34.00 |
| 09/23 | Non-Chase ATM Fee-With | 2.00 |
| **Total Fees & Other Withdrawals** | | **$67.98** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---:|---|---:|
| 09/03 | $8,244.66 | 09/17 | -92.15 |
| 09/04 | 5,956.08 | 09/18 | 1,258.47 |
| 09/05 | 6,070.88 | 09/19 | 1,757.47 |
| 09/06 | 6,172.33 | 09/20 | 1,006.57 |
| 09/09 | 6,644.92 | 09/23 | 1,222.23 |
| 09/10 | 6,140.53 | 09/24 | 9,191.68 |
| 09/11 | 7,741.07 | 09/25 | 4,690.68 |
| 09/12 | 6,216.15 | 09/26 | 4,840.19 |
| 09/13 | 6,714.15 | 09/27 | 1,184.68 |
| 09/16 | 6,695.45 | 09/30 | 998.94 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---:|
| Checks Paid / Debits | 41 |
| Deposits / Credits | 38 |
| Deposited Items | 0 |
| **Transaction Total** | **79** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---:|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |