# EXHIBIT C



**CHASE** **O**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 01, 2013 through November 29, 2013
Account Number:   **000000405107322**



Ildulhldldllumlaldldlldilmlallhlolululhlddldadl
00015799 DRE 601 211 33413 NNNNNNNNNNN  1 000000000 64 0000
CIVIC SENTRY LLC DBA WEB EXPRESS
VENTURES
4809 E THISTLE LANDING DR STE 100
PHOENIX AZ 85044-6498

## CUSTOMER SERVICE INFORMATION

| Web site: | **Chase.com** |
|---|---|
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | **1-800-242-7383** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |

We will waive more fees when you link your business account to a consumer account
Good news. Starting November 17, we will waive fees for Money Orders, Traveler Checks,
Cashier Checks and Counter Checks, if:
- You have Chase BusinessSelect Checking(R), Chase BusinessClassic(SM) Checking or
Chase Total Business Checking (SM), and

- You link that account to a qualifying Chase consumer checking account
Please visit a branch or call the number on this statement if you have any questions.

## Agreement Updates for Deposit Accounts and Chase Liquid ® Cards

As of November 17, 2013, we are updating your agreement, including:

- Clarification of how mobile phone numbers may be used if you provide your mobile number to us. You may contact
us anytime to change your contact preferences.
- Information about new, innovative technology that we are beginning to install in our branches. This includes
Express Banking kiosks that function similar to ATMs.
- Enhancements to our Stop Payment process to allow you more flexibility in placing stop payments on recurring
payments.

All other terms and conditions remain the same. For a copy of your agreement, log on to chase.com or visit a branch. If you
have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## CHECKING SUMMARY | Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | -$628.97 |
| Deposits and Additions | 4 | 8,953.95 |
| ATM & Debit Card Withdrawals | 16 | - 4,167.49 |
| Electronic Withdrawals | 8 | - 4,953.91 |
| Fees and Other Withdrawals | 18 | - 573.99 |
| **Ending Balance** | 46 | -$1,370.41 |

The monthly service fee for this account was waived because you used at least $50.00 in other checking services during
the statement period.

Exhibit C


**CHASE**

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|--|--|--------|
| 11/01 | Apple | ACH/Cred | PPD ID: A243609761 | $51.78 |
| 11/07 | Deposit | 1268851348 | | 2,000.00 |
| 11/18 | Google | Payment | PPD ID: 0000103177 | 5.49 |
| 11/25 | Google Inc. | EDI Pymnts US0000Lfnc | CCD ID: 7770493581 | 6,896.68 |

**Total Deposits and Additions** **$8,953.95**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 11/01 | Card Purchase | 11/01 Facebk *Bwtrc5Jbl2 Www.Fb.ME/Cc CA Card 0567 | $96.19 |
| 11/05 | Card Purchase | 11/04 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 11/07 | Card Purchase | 11/06 Network Solutions, Ll 888-642-9675 VA Card 0567 | 44.98 |
| 11/08 | Card Purchase | 11/07 Network Solutions, Ll 888-642-9675 VA Card 0567 | 37.99 |
| 11/12 | Card Purchase | 11/08 Amazon Web Services Aws.Amazon.CO WA Card 0567 | 436.69 |
| 11/12 | Card Purchase | 11/09 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 11/14 | Card Purchase | 11/12 Desert Storage - Cf 480-4880555 AZ Card 0567 | 260.50 |
| 11/18 | Card Purchase | 11/15 Cybertrails LLC 888-4629237 AZ Card 0567 | 302.00 |
| 11/18 | Card Purchase | 11/17 Ringcentral, Inc 650-4724100 CA Card 0567 | 80.71 |
| 11/25 | Card Purchase | 11/23 Melb It Domainname Melbourne Card 0567 | 53.50 |
| 11/25 | Card Purchase | 11/23 Google *Adws45369804 Cc@Google.Com CA Card 8152 | 500.00 |
| 11/25 | Recurring Card Purchase 11/23 Phoenix Nap, LLC 855-3301509 AZ Card 0567   C⊙ | | 118.40 |
| 11/29 | Card Purchase | 11/27 Network Solutions, Ll 888-642-9675 VA Card 0567 | 31.98 |
| 11/29 | Card Purchase | 11/27 Network Solutions, Ll 888-642-9675 VA Card 0567 | 53.98 |
| 11/29 | Card Purchase | 11/28 Network Solutions, Ll 888-642-9675 VA Card 0567 | 37.99 |
| 11/29 | Recurring Card Purchase 11/28 Msft  *Adcenter 800-518-5689 NV Card 0567 | | 1,112.58 |

**Total ATM & Debit Card Withdrawals** **$4,167.49**

*(handwritten annotations: "server site actual location", "server site band supply")*

## ATM & DEBIT CARD SUMMARY

Civic Sentry LLC  Card 0567

| | | |
|--|--|--|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $2,667.49 |
| | Total Card Deposits & Credits | $0.00 |

Brent Oesterblad  Card 8152

| | | |
|--|--|--|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $1,500.00 |
| | Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | | |
|--|--|--|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $4,167.49 |


**CHASE**

November 01, 2013 through November 29, 2013
Account Number:  **000000405107322**

Total Card Deposits & Credits                                                                    $0.00

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/04 | Global Pay        Global Stl 8788291901115   CCD ID: 5469221406 | $160.01 |
| 11/04 | Paysimple Reselr Purchase  17828831            CCD ID: 4013137Zst | 34.95 |
| 11/04 | American Express Collection 5022568182         CCD ID: 1134992250 | 7.95 |
| 11/18 | Discover        E-Payment  2894        Web ID: 3510020270 | 111.00 |
| 11/25 | Global Pay        Global Cbk 8788291901115   CCD ID: 5469221406 | 170.00 |
| 11/25 | Global Pay        Global Cbk 8788291901115   CCD ID: 5469221406 | 170.00 |
| 11/26 | Chase Quickpay Electronic Transfer 3607832344 To Civic Sentry LLC | 300.00 |
| 11/26 | 11/26 Online Payment 3605089689 To Charles Rodrick | 4,000.00 |

**Total Electronic Withdrawals**                                                                    **$4,953.91**



## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/01 | Insufficient Funds Fee For A $96.19 Card Purchase - Details:        1101Facebk *Bwtrc5Jbl2  Www.Fb.ME/Cc CA  04427426015020567 | $34.00 |
| 11/04 | Insufficient Funds Fee For A $160.01 Item - Details: Global Pay        Global Stl 8788291901115  CCD ID: 5469221406 | 34.00 |
| 11/04 | Insufficient Funds Fee For A $34.95 Item - Details: Paysimple Reselr Purchase  17828831  CCD ID: 4013137Zst | 34.00 |
| 11/04 | Insufficient Funds Fee For A $7.95 Item - Details: American Express Collection 5022568182  CCD ID: 1134992250 | 34.00 |
| 11/05 | Insufficient Funds Fee For A $500.00 Card Purchase - Details:        1104Google  *Adws45369804 Cc@Google.Com CA04427426014988152 | 34.00 |
| 11/12 | Insufficient Funds Fee For A $436.69 Card Purchase - Details:        1108Amazon Web Services  Aws.Amazon.CO WA 04427426015020567 | 34.00 |
| 11/12 | Insufficient Funds Fee For A $500.00 Card Purchase - Details:        1109Google  *Adws45369804 Cc@Google.Com CA04427426014988152 | 34.00 |
| 11/14 | Insufficient Funds Fee For A $260.50 Card Purchase - Details:        1112Desert Storage - Cf  480-4880555 AZ  04427426015020567 | 34.00 |
| 11/18 | Insufficient Funds Fee For A $302.00 Card Purchase - Details:        1115Cybertralls LLC  888-4629237 AZ        04427426015020567 | 34.00 |
| 11/18 | Insufficient Funds Fee For A $80.71 Card Purchase - Details:        1117Ringcentral, Inc  650-4724100 CA        04427426015020567 | 34.00 |
| 11/18 | Insufficient Funds Fee For A $111.00 Item - Details: Discover        E-Payment  2894  Web ID: 3510020270 | 34.00 |
| 11/19 | Extended Overdraft Fee | 15.00 |
| 11/20 | Returned Item Fee For An Unpaid $49.00 Item - Details: Global Pay        Global Cbk  8788291901115  CCD ID: 5469221406 | 34.00 |
| 11/26 | Online Overnight Check: Service Fee | 14.99 |
| 11/29 | Insufficient Funds Fee For A $31.98 Card Purchase - Details:        1127Network Solutions, Ll  888-642-9675 VA04427426015020567 | 34.00 |


CHASE ○

## FEES AND OTHER WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/29 | Insufficient Funds Fee For A $53.98 Card Purchase - Details: | 1127Network Solutions, Ll | 34.00 |
| | 888-642-9675 VA04427426015020567 | | |
| 11/29 | Insufficient Funds Fee For A $37.99 Card Purchase - Details: | 1128Network Solutions, Ll | 34.00 |
| | 888-642-9675 VA04427426015020567 | | |
| 11/29 | Insufficient Funds Fee For A $1,112.58 Recurring Card Purchase - Details: | 1128Msft | 34.00 |
| | *Adcenter 800-518-5689 NV    04427426015020567 | | |

**Total Fees & Other Withdrawals**                                    **$573.99**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 11/01 | -$707.38 | 11/18 | -1,518.67 |
| 11/04 | -1,012.29 | 11/19 | -1,533.67 |
| 11/05 | -1,546.29 | 11/20 | -1,567.67 |
| 11/07 | 408.73 | 11/25 | 4,317.11 |
| 11/08 | 370.74 | 11/26 | 2.12 |
| 11/12 | -633.95 | 11/29 | -1,370.41 |
| 11/14 | -928.45 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 22 |
| Deposits / Credits | 4 |
| Deposited Items | 1 |
| **Transaction Total** | **27** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

**Chase Online**                                          **Monday, December 30, 2013**

## Check Details for Check Number 63015540

| Post Date | Amount | Account number | Routing number |
|-----------|--------|----------------|----------------|
| 2013-11-07 00:00:00.0 | $2,000.00 | 2887917 | 07100028 |

### Check Images (Front and Back)



This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you.
JPMorgan chase Bank, N.A. Member FDIC

© 2013 JPMorgan Chase & Co.