# EXHIBIT D



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

May 01, 2012 through May 31, 2012
Account Number: 000000405107322

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00018212 DRE 601 211 15312 NNNNNNNYNYN  1 000000000 64 0000
CIVIC SENTRY LLC DBA WEB EXPRESS
VENTURES
4727 E BELL RD STE 45-358
PHOENIX AZ 85032-2831



### No overdraft fees for purchases of $5 or less

Good news, we're making changes to help you avoid fees. For purchases of $5 or less that overdraw your account, we'll no longer charge you an Insufficient Funds Fee, Returned Item Fee, or Overdraft Protection Transfer Fee. This is in addition to our current policy of not charging those fees if your account is overdrawn by $5 or less at the end of the business day.

Effective July 22, 2012, these changes will be incorporated into the "Additional Banking Services and Fees" document as follows:

In the **Additional Banking Services and Fees,**

In the section called "Insufficient Funds, Returned Items, and Stop Payments" the fee descriptions will be changed to:

> Insufficient Funds and Returned Item Fees
> We will not charge an Insufficient Funds Fee if your ending account balance is overdrawn by $5 or less. Additionally, even if your ending account balance is overdrawn we will not charge an Insufficient Funds or Returned Item Fee for any item that is $5 or less.

> Overdraft Protection Transfer Fee
> We will not charge an Overdraft Protection Transfer Fee if your ending account balance, before any Overdraft Protection Transfers are made, is overdrawn by $5 or less or the Overdraft Protection transfer resulted from transactions that are all $5 or less.

Please note that there will be no change to the amount of these fees. All other terms of your account agreement remain the same. If you have any questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

### Change in fees for non-Chase ATM transactions

Good news. Starting July 22, 2012, we will reduce the number of non-Chase ATM fees charged when you perform balance inquiries or account transfers at a non-Chase ATM. For transactions performed by the same card at the same terminal within a 15 minute time period, balance inquiries and account transfers will not incur a fee if done in conjunction with a withdrawal. If only transfers and inquiries are performed only one non-Chase ATM fee will be charged. Other than this reduction in the number of fees charged for inquiries and transfers, there are no other changes to the Non-Chase ATM fee. As a reminder, the owner of the non-Chase ATM may impose an additional charge.

These changes will be reflected in your account agreement. All other terms of your account agreement remain the same. If you have any questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

Page 1 of 6

Exhibit D



May 01, 2012 through May 31, 2012
Account Number: 000000405107322

## Lower Fees for Counter Checks

Beginning July 22, 2012, we will charge $2 per sheet (3 checks to a page) of Counter Checks, instead of $2 per check. Also, we may waive this Counter Check fee for certain types of accounts.

These changes will be updated in the Additional Banking Services and Fees for Chase business checking and savings accounts. All other terms of your account agreement remain the same. If you have any questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## CHECKING SUMMARY

Chase BusinessSelect Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $26,155.44 |
| Deposits and Additions | 2 | 6,278.74 |
| ATM & Debit Card Withdrawals | 23 | - 8,367.94 |
| Electronic Withdrawals | 3 | - 342.16 |
| Fees and Other Withdrawals | 2 | - 4.00 |
| Ending Balance | 30 | $23,720.08 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 05/07 | Paypal | Transfer | PPD ID: Paypalsd11 | $1,800.00 |
| 05/14 | Deposit | 1039374718 | | 4,478.74 |
| **Total Deposits and Additions** | | | | **$6,278.74** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/02 | Non-Chase ATM Withdraw | 05/02 *Fry'S-Ray & Rural Tempe AZ Card 0567 | $503.00 |
| 05/04 | Card Purchase | 05/03 Google*4536980402 Cc@Google.Com CA Card 8152 | 500.00 |
| 05/04 | Card Purchase | 05/02 Loews Hotels Flying V Tucson AZ Card 0567 | 90.15 |
| 05/07 | Card Purchase | 05/04 North Scottdale Famil Scottsdale AZ Card 0567 | 150.00 |
| 05/09 | Card Purchase | 05/08 Google*4536980402 Cc@Google.Com CA Card 8152 | 500.00 |
| 05/10 | Card Purchase | 05/09 Arizona Corp Comm 602-5421014 AZ Card 0567 | 45.00 |
| 05/10 | Card Purchase | 05/08 Walgreens #9472 Phoenix AZ Card 0567 | 118.00 |
| 05/10 | Non-Chase ATM Withdraw | 05/10 *Chandler Fashion Cente Chandler AZ Card 0567 | 502.00 |
| 05/15 | Card Purchase | 05/14 Google*4536980402 Cc@Google.Com CA Card 8152 | 500.00 |
| 05/21 | Card Purchase | 05/18 Google*4536980402 Cc@Google.Com CA Card 8152 | 500.00 |
| 05/21 | Card Purchase | 05/18 Keg  Desert Ridge Phoenix AZ Card 0567 | 53.61 |
| 05/23 | Card Purchase | 05/22 Capital Grille00080176 Phoenix AZ Card 0567 | 61.37 |
| 05/24 | Card Purchase | 05/23 Google*4536980402 Cc@Google.Com CA Card 8152 | 500.00 |
| 05/25 | Card Purchase | 05/24 World Mkt   00000554 Phoenix AZ Card 0567 | 218.55 |
| 05/29 | Card Purchase | 05/25 1St Tramonto Cleaners Phoenix AZ Card 0567 | 11.66 |
| 05/29 | Card Purchase | 05/25 Albertsons #1004 Phoenix AZ Card 0567 | 90.85 |
| 05/29 | Card Purchase | 05/27 Google*4536980402 Cc@Google.Com CA Card 8152 | 500.00 |
| 05/29 | ATM Withdrawal | 05/29 28238 N Tatum Blvd Cave Creek AZ Card 8152 | 500.00 |
| 05/30 | Card Purchase | 05/28 Fairmont Hotel Scotts Scottsdale AZ Card 0567 | 611.78 |
| 05/30 | Card Purchase | 05/28 Fairmont Hotel Scotts Scottsdale AZ Card 0567 | 408.83 |



May 01, 2012 through May 31, 2012
Account Number: 000000405107322

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/30 | Card Purchase | 05/28 Fairmont Hotel Scotts Scottsdale AZ Card 0567 | 556.98 |
| 05/30 | Card Purchase | 05/28 Fairmont Hotel Scotts Scottsdale AZ Card 0567 | 1,435.62 |
| 05/30 | Card Purchase | 05/28 Fairmont Hotel Scotts Scottsdale AZ Card 0567 | 10.54 |
| **Total ATM & Debit Card Withdrawals** | | | **$8,367.94** |

## ATM & DEBIT CARD SUMMARY

Civic Sentry Llc  Card 0567

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,005.00 |
| Total Card Purchases | $3,862.94 |
| Total Card Credits | $0.00 |

Brent Oesterblad  Card 8152

| | |
|---|---|
| Total ATM Withdrawals & Debits | $500.00 |
| Total Card Purchases | $3,000.00 |
| Total Card Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,505.00 |
| Total Card Purchases | $6,862.94 |
| Total Card Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/14 | Paypal | Inst Xfer  59F225V9Hduxn  Web ID: Paypalsi66 | $104.26 |
| 05/14 | Paypal | Inst Xfer  59F225Vbemlsu  Web ID: Paypalsi66 | 37.90 |
| 05/30 | Discover | E-Payment  2894  Web ID: 2510020270 | 200.00 |
| **Total Electronic Withdrawals** | | | **$342.16** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | Non-Chase ATM Fee-With | $2.00 |
| 05/10 | Non-Chase ATM Fee-With | 2.00 |
| **Total Fees & Other Withdrawals** | | **$4.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 05/02 | $25,650.44 | 05/10 | 25,543.29 |
| 05/04 | 25,060.29 | 05/14 | 29,879.87 |
| 05/07 | 26,710.29 | 05/15 | 29,379.87 |
| 05/09 | 26,210.29 | 05/21 | 28,826.26 |





May 01, 2012 through May 31, 2012
Account Number: 000000405107322

## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 05/23 | 28,764.89 | 05/29 | 26,943.83 |
| 05/24 | 28,264.89 | 05/30 | 23,720.08 |
| 05/25 | 28,046.34 | | |

## SERVICE CHARGE SUMMARY

You were not charged a monthly service fee this month. Your monthly service fee can continue to be waived in five different ways during any statement period:
- Maintain an average daily balance of $7,500.00. Your average daily balance was $27,156.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $27,234.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. Your Premier Plus personal checking account is linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card. You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees. You paid $4.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 26 |
| Deposits / Credits | 2 |
| Deposited Items | 9 |
| **Transaction Total** | **37** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

$478

## Chase Online

Monday, December 30, 2013

### Check Details for Check Number 1556585

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2012-05-14 00:00:00.0 | $346.10 | 1768858282 | 12410379 |

### Check Images (Front and Back)





This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you.
JPMorgan chase Bank, N.A. Member FDIC

© 2013 JPMorgan Chase & Co.

## Chase Online

Monday, December 30, 2013

### Check Details for Check Number 59100863

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2012-05-14 00:00:00.0 | $177.04 | 38768285 | 03110020 |

### Check Images (Front and Back)





This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you. JPMorgan chase Bank, N.A. Member FDIC

© 2013 JPMorgan Chase & Co.

Chase Online                                                Monday, December 30, 2013

## Check Details for Check Number 68725905

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2012-05-14 00:00:00.0 | $94.28 | 38768285 | 03110020 |

### Check Images (Front and Back)





This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you.
JPMorgan chase Bank, N.A. Member FDIC

© 2013 JPMorgan Chase & Co.

# Chase Online

Monday, December 30, 2013

## Check Details for Check Number 68941781

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2012-05-14 00:00:00.0 | $184.84 | 38768285 | 03110020 |

### Check Images (Front and Back)



This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you.
JPMorgan chase Bank, N.A. Member FDIC

© 2013 JPMorgan Chase & Co.

# Chase Online

Monday, December 30, 2013

## Check Details for Check Number 1561813

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2012-05-14 00:00:00.0 | $589.53 | 1768858282 | 12410379 |

### Check Images (Front and Back)





This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you.
JPMorgan chase Bank, N.A. Member FDIC

© 2013 JPMorgan Chase & Co.

**Chase Online**      Monday, December 30, 2013

### Check Details for Check Number 1573066

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2012-05-14 00:00:00.0 | $707.87 | 1768858282 | 12410379 |

**Check Images (Front and Back)**

WWW.CLICKBANK.COM
917 S. LUSK ST., SUITE 200
BOISE, ID 83706

WELLS FARGO BANK, NA
BOISE, ID 83702
92-879/1241

N° 1573066

3/26/2012

PAY TO THE ORDER OF  Webexpress LLC         $707.87

Seven Hundred Seven Dollars and 87 Cents         DOLLARS

WEBEXPRESS LLC
4809 E Thistle Landing Dr
#100
Phoenix AZ 85044
UNITED STATES

VOID AFTER 90 DAYS

MEMO  webexllc 03/14/12

⑈01573066⑈ ⑆124103799⑆ 1768858282⑈

This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you.
JPMorgan chase Bank, N.A. Member FDIC

© 2013 JPMorgan Chase & Co.

## Chase Online

Monday, December 30, 2013

**Check Details for Check Number 1569612**

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2012-05-14 00:00:00.0 | $626.84 | 1768858282 | 12410379 |

**Check Images (Front and Back)**

WWW.CLICKBANK.COM
917 S. LUSK ST., SUITE 200
BOISE, ID 83706

WELLS FARGO BANK, NA
BOISE, ID 83702
92-379/1241

N⁰ 1569612

3/12/2012

PAY TO THE ORDER OF _Webexpress LLC_     $626.84

Six Hundred Twenty Six Dollars and 84 Cents     DOLLARS

WEBEXPRESS LLC
4809 E Thistle Landing Dr
#100
Phoenix AZ 85044
UNITED STATES

VOID AFTER 90 DAYS

MEMO webexllc 02/29/12

⑈015696 12⑈   ⑆124103799⑆ 1768858282⑈

ENDORSE HERE
DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
CREDITED TO ACCOUNT OF WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you.
JPMorgan chase Bank, N.A. Member FDIC

© 2013 JPMorgan Chase & Co.

Chase Online                                                    Monday, December 30, 2013

### Check Details for Check Number 1578529

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2012-05-14 00:00:00.0 | $976.74 | 1768858282 | 12410379 |

### Check Images (Front and Back)



WWW.CLICKBANK.COM
917 S. LUSK ST., SUITE 200
BOISE, ID 83706

WELLS FARGO BANK, NA
BOISE, ID 83702
92-379/1241

No 1578529

4/9/2012

PAY TO THE ORDER OF  Webexpress LLC                    $976.74

Nine Hundred Seventy Six Dollars and 74 Cents                    DOLLARS

WEBEXPRESS LLC
4809 E Thistle Landing Dr
#100
Phoenix AZ 85044
UNITED STATES

VOID AFTER 90 DAYS

MEMO  webexllc 03/26/12

⑈01578529⑈ ⑇124103799⑇ 1768858282⑈



This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you.
JPMorgan chase Bank, N.A. Member FDIC

© 2013 JPMorgan Chase & Co.

**Chase Online**  Monday, December 30, 2013

### Check Details for Check Number 1586138

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2012-05-14 00:00:00.0 | $775.50 | 1768858282 | 12410379 |

### Check Images (Front and Back)

WWW.CLICKBANK.COM
917 S. LUSK ST., SUITE 200
BOISE, ID 83706

WELLS FARGO BANK, NA
BOISE, ID 83702
92-379/1241

N° 1586138

4/20/2012

PAY TO THE ORDER OF  Webexpress LLC          $775.50

Seven Hundred Seventy Five Dollars and 50 Cents   DOLLARS

WEBEXPRESS LLC
4809 E Thistle Landing Dr
#100
Phoenix AZ 85044
UNITED STATES

VOID AFTER 90 DAYS

MEMO webexllc 04/11/12

⑈01586138⑈ ⑆12410379⑆ 176885828 2⑈

This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you.
JPMorgan chase Bank, N.A. Member FDIC

© 2013 JPMorgan Chase & Co.