Chuck Rodrick, *pro se*
34522 North Scottsdale Road, #120-467
Scottsdale, AZ  85266
480-250-3838
chuckrodrick@gmail.com



IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>Oesterblad, et al.,<br><br>            Defendants. | No. CV-13-01300-PHX-SRB<br><br>**NOTICE OF INITIAL DISCLOSURE FOR DEFENDANT CHARLES RODRICK** |

## NOTICE OF INITIAL DISCLOSURE FOR DEFENDANT CHARLES RODRICK

Pursuant to F.R.C.P. 26(a) and the parties' joint Rule 16 Order (Dkt. 121), Defendant Charles Rodrick, hereby notifies the Court that he served Initial Disclosures on counsel of record, via United States Postal Service, postage pre-paid, on February 17, 2014.

Respectfully submitted this 17th February, 2014,

*/s/ Chuck Rodrick*

Chuck Rodrick, Defendant, *pro se*
34522 North Scottsdale Road, #120-467

1

Scottsdale, AZ 85266
480-250-3838
chuckrodrick@gmail.com

**CERTIFICATE OF SERVICE**

I, Chuck Rodrick, do hereby certify that on this date I caused a true and correct copy of the forgoing document to be placed in a postage-paid envelope and depositing the same in the United States Postal Service addressed to all Parties or their counsel of record on this 17th day of February.

Chuck Rodrick, Plaintiff, *pro se*