

1  Chuck Rodrick, *pro se*
2  34522 North Scottsdale Road, #120-467
   Scottsdale, AZ 85266
3  480-250-3838
   chuckrodrick@gmail.com
4

5

6             **IN THE UNITED STATES DISTRICT COURT**
7                          **FOR THE**
8                    **DISTRICT OF ARIZONA**

9  John Doe, et al.,
10                      Plaintiffs,        No. CV-13-01300-PHX-SRB

11 vs.                                     **DEFENDANT'S MOTION TO**
                                           **STRIKE PLAINTIFF'S REPLY**
12                                         **TO MOTION FOR SANCTIONS**

13 Oesterblad, et al.,
14                      Defendants.

15

16        Defendant Rodrick, pro se, hereby submits his Motion to Strike Plaintiffs' Reply

17 to Defendant's Response To Plaintiff's Motion for Sanctions (Dkt. 125) and

18
   Memorandum in Support.   In support of this Motion, Defendant Rodrick shows the
19
   Court as follows:
20

21            **MEMORANDUM OF POINTS AND AUTHORITIES**
22
          Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Defendants
23
24 respectfully move this Court for an Order Striking Plaintiffs' Response to the Court's

25 Order to Show Cause.   A pleading which is insufficient, immaterial, impertinent or

26
   scandalous may be stricken from the record at the Court's discretion. Rule 12(f),
27
28 Fed.R.Civ.P. The relief provided for in Rule 12(f) need not be granted only upon motion of

                                        1

a party; consistent with the Court's inherent powers to protect the decorum of proceedings before it, the Court may strike such material sua sponte. Fed. R. Civ. P. 12(f); see *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) (quoting *Anderson v. Dunn*, 6 Wheat. 204, 227 (U.S. 1821)).

## I.   THIS COURT SHOULD STRIKE PLAINTIFF'S REPLY TO HIS MOTION FOR SANCTIONS BECAUSE IT VIOLATES JUDGE COOPER'S MAY 10, 2013, COURT ORDER.

On May 10, 2013, the Honorable Katherine Cooper issued her Order in Arizona Superior Court Case CV2013-003800 as follows:

"10. All information obtained or exchanged in this case **shall be confidential**. That includes **written discovery responses**, **documents** (whether obtained from a party or by subpoena from a third party), deposition testimony, and **information learned from any source relevant to the case**. Information shall **not** be disclosed to anyone other than counsel in this case, the parties, and expert witnesses (if any). Under **no** circumstances shall **any** information obtained or **exchanged** or **relating to this case** be duplicated, published on a website or disseminated electronically or **otherwise**." (emphasis added) (Exhibit A).

Mr. Brent Oesterbald is a third-party Defendant in case CV2013-003800 and Plaintiff's attorney, Ms. Janice Bellucci, is fully aware of this fact.   On January 24, 2014, Mr. Oesterbald gave the very same evidence to Attorney Joe M. Romley, attorney for Ms. Lois Flynn, in CV2013-003800 and it was entered into the Court record on that date. Ms. Bellucci was fully aware of the Judge Cooper's direct Order and willfully violated it by

submitting the bank statements (Dkts 125-2, 125-3, 125-4, 125-5) into this Court and therefore should be stricken from the record.

In addition, Mr. Oesterblad's "Declaration", which is not notarized, is strangely similar to the one Mr. Romley submitted on January 24, 2014. (Exhibit B).   The information contained in this "Declaration" contains information that was also submitted into Judge Cooper's Court and by submitting it into this Court is a direct and willful violation of Judge Cooper's May 10, 2013, Order and therefore should be stricken from the record.

This Court has the inherent authority to enforce compliance with its orders through a civil contempt proceeding. *International Union, UMWA v. Bagwell*, 512 U.S. 821,827-28, 114 S. Ct. 2552, 129 L.Ed.2d 642 (1994). Fed. R. Civ. P. 16 is a pretrial rule that authorizes the Court to manage cases 'so that disposition is expedited, wasteful pretrial activities are discouraged, the quality of the trial is improved, and settlement is facilitated.'" (*Herb Reed Enterprises, Inc. v. Monroe Powell's Platters, LLC*, 2:11-CV-02010-PMP, 2013 WL 3729720 (D. Nev. July 11, 2013) report and recommendation adopted, 2:11-CV-02010-PMP, 2013 WL 5278518 (D. Nev. Sept. 17,  2013) (quoting In re *Phenylpropanolamine Prods. Liability Litig.*, 460 F.3d 1217, 1227 (9th Cir.2006).). "Subsection (f) puts teeth into these objectives by permitting the judge to make such orders as are just for a party's failure to obey a scheduling or pretrial order." Id.

Rule 16(f) expressly states that "the court may issue any just orders, including those authorized by Rule 37(b )(2)(A)(ii)-(vii), if a party **or its attorney** ... fails to obey a scheduling order or other pretrial order." Rule 16(f)(1)(C) (emphasis added). In the instant case, Plaintiff's attorney wilfully and knowingly has failed to obey a pretrial order of the

3

Honorable Judge Cooper by exchanging information and documents from Case CV2013-003800 into this immediate action and Court.

A party's disobedience with a **specific and definite court order** by failing to take all reasonable steps to comply with that order is a form of civil contempt. In re *Dual-Deck Video Cassette Recorder Antitrust Litig.*, 10 F.3d 693,695 (9th Cir. 1993). (emphasis added). The contempt "need not be willful," and there is no good faith exception to the requirement of obedience to a court order. In re *Crystal Palace Gambling Hall, Inc.*, 817 F.2d 1361, 1363 (9th Cir. l987). Defendant must perform "all reasonable steps within [his] power to insure compliance" with the court's orders. *Stone v. City and County of San Francisco*, 968 F.2d at 856; *Sekaquaptewa v. MacDonald*, 544 F.2d 396,404 (91h Cir. 1976), cert. denied, 430 U.S. 931,97 S.Ct. 1550,52 L.Ed.2d 774 (1977); see also *General Signal Corp. v. Donallco, Inc.*, 787 F.2d 1376, 1379 (91h Cir. 1986).

## II. THIS COURT SHOULD STRIKE PLAINTIFF'S REPLY TO HIS MOTION FOR SANCTIONS BECAUSE OF ITS INSUFFICIENT MATERIAL.

Mr. Oesterblad's "Declaration" is hearsay at best. Even assuming *arguendo* that there is any basis for admissibility, the declaration itself is hearsay, the statements within it are hearsay and double hearsay, and there are no exceptions for their admissibility. Therefore, the entire declaration is inadmissible. See *State v. Valencia,* 186 Ariz. 493, 924 P.2d 497 (App., 1996), review denied (generally, out of court statements offered in evidence to prove the truth of matters asserted in statements are inadmissible); *State v. Hutchinson*, 141 Ariz. 583, 688 P.2d 209 (App., 1984) (admitting hearsay evidence for the consideration of the jury is not permitted even when it is claimed that such evidence

4

is material or relevant to contested issues).   Therefore, Plaintiff's Reply should be stricken from the record in its entirety.

Since Plaintiff found no material evidence to support his claims for sanctions, he has stooped to using Brent Oesterblad as a puppet against the Defendant.  In order to try and wiggle his way out of the Civil Action CV2013-003800, in which he is a third-party defendant and the hundreds of thousands of dollars he owes to the IRS for Federal Tax Liens, Mr. Oesterblad has decided to perjurer himself in his "Declaration". Mr. Oesterblad is facing criminal charges with the IRS for hundreds and thousands of dollars in back taxes and was recently taken into custody by the IRS and threatened with criminal tax evasion charges and, once again, Federal prison time.  In order to evade these criminal charges, Mr. Oesterblad had to sign a payment plan with the IRS and it is alleged he had to sign an Affidavit of Financial Affairs. In order to keep out of prison, Mr. Oesterblad had to pin the monetary gains from Civic Sentry, LLC, d/b/a WebExpress Ventures on someone else.  Mr. Oesterblad is a career criminal who brags about his past criminal activity and has even started a new travel scam, nearly identical to the one that landed in Federal Prison. [Exhibit C].

Defendant Rodrick has not perjured himself, nor has he made any false or misleading statements to this Court.

1.  Mr. Oesterblad contends that Defendant Rodrick approached Mr. Oesterblad and asked him to form an Arizona Limited Liability Company of Web Express Ventures.  However, the correct timeline is as follows:

a. Sarah Shea had registered the Trade Name of Civic Sentry on September 6, 2011. [Dkt. 124, p.25].

b. On September 22, 2011, Brent Oesterblad registered the name www.offendexcom, [Exhibit D]

c. On November 25, 2011, Civic Sentry, LLC was registered with the Arizona Corporation Commission by Brent Oesterblad, [Dkt. 124, p.27].

d. On November 25, 2011, the Trade Name Webexpress Ventures was registered with the Arizona Corporation Commission by Civic Sentry, LLC. [Dkt. 124, 36].

e. On November 30, 2011, Mr. Oesterblad applied for and received an EIN from the IRS for Civic Sentry.  Mr. Oesterblad was listed as the **sole member**. [Dtk. 124, p.34].

f. On December 6, 2011, Mr. Oesterblad opened a checking account at JPMorgan Chase Bank in the name of Civic Sentry, LLC.  Mr. Oesterblad was the sole signer on this bank account. [Dkt. 124, p.32].

g. On February 16, 2012, Sarah Shea, wife of Mr. Oesterblad initiated contact with Respondent via email and asked Respondent to work **as a consultant** on the upcoming sex offender sites that were already in the process of being created. [Dtk. 124, p.13].

h. The very same day as the email to Respondent requesting he work as a consultant for Ms. Shea and Mr. Oesterblad, and prior to Respondent replying

to Ms. Shea's email, Mr. Oesterblad opened a second bank account at JPMorgan Chase Bank, under the name Civic Sentry, LLC dba Webexpress Ventures. Again, Mr. Oesterblad was the sole signer.

i.  As late as November 4, 2013, barely 90 days ago, Mr. Oesterblad applied and was issued an EIN from the IRS for Webexpress Ventures. Amazingly, Mr. Oesterblad is listed as the sole member. [Dtk. 124, p.39]. Yet, Mr. Oesterblad states in his Affidavit that he was merely a consultant.

j.  Next, Mr. Oesterblad states "11. In connection with the formation of Civic Sentry LLC dba WebExpress Ventures, I opened a checking account at JP Morgan Chase Bank, Account No. :XXX7322 in the name of Civic Sentry LLC dba Web Express Ventures on February 16,2012. With the exception of$100.00 deposited by me at the opening of this account, all of the monies deposited in this account were by or for the benefit of Rodrick and included revenues from the Offendex.com website he owned and operated at that time." IF this is the case, then how does Mr. Oesterblad explain the checks he wrote to himself and the Quickpay payments to his wife, Ms. Shea - to the tune $44,448.66? While Mr. Oesterblad contends that, with the exception of the initial $100 deposit into the Webexpress Ventures checking, Defendant Rodrick had full control of this account. However, what Mr. Oesterblad fails to state is that both JPMorgan Chase bank accounts were solely in Mr. Oesterblad's name and Respondent **was not a signer** on these accounts and

7

Mr. Oesterblad was very quick with the pen to write several checks to himself. [Exhibit E]. It is ludicrous to believe that a career criminal like Mr. Oesterblad, would simply turn over full control of either JPMorgan Chase Bank accounts.  In fact, Mr. Oesterblad failed to even mention the first bank account he opened under Civic Sentry, LLC and that funds were regularly transferred from the Webexpress Ventures bank account into the Civic Sentry, LLC bank account via Chase Quickpay for the sole benefit of Mr. Oesterblad and Sarah Shea.

It is clear to see that Mr. Oesterblad clearly perjured himself in his "Declaration", as it was Sarah Shea and Brent Oesterblad who initiated the contact with Defendant Rodrick.  All of the leg work had already been completed by Mr. Oesterblad and Ms. Shea when Ms. Shea initiated the original contact, so it would be impossible for Respondent to have been the creator, owner and/or operator of the companies in question.  It is equally clear to see that Defendant Rodrick did not perjurer himself, but is a victim of Mr. Oesterblad's scheme to cover his tracks with the IRS and the Civil Court case against him.  The rift between Mr. Oesterblad and Defendant Rodrick is evident and what is even more disturbing is the fact that Mr. Oesterblad will go to any lengths to "get even" with Defendant Rodrick, even if it means perjuring himself before this Court.  The is absolutely no evidence that anyone other Brent Oesterblad posted the information regarding Joe Doe #4, therefore, Plaintiff's Reply to Motion for Sanctions should be stricken in its entirety due to insufficient material.

### III. <u>THIS COURT SHOULD STRIKE PLAINTIFF'S REPLY TO HIS MOTION FOR SANCTIONS BECAUSE OF ITS INSUFFICIENT MATERIAL REGARDING MUGSHOTS.COM.</u>

Plaintiff's claim that due to a link on the SORarchives website that leads to the mugshots.com website somehow makes Defendant Rodrick responsible for the content published on the mughots.com website. Not only is this a ridiculous claim, it is utterly inconceivable.   Defendant Rodrick simply cannot be held responsible for any information contained on any other websites.

The party alleging civil contempt **must** demonstrate that the alleged contemnor violated the Court's Order by "**clear and convincing** evidence," **not** merely a preponderance of the evidence. *Vertex Distrib., Inc. v. Falcon Foam Plastics, Inc.,* 689 F.2d 885, 889 (9th Cir. 1982). (emphasis added).   Defendant(s) **must** perform "all reasonable steps within [his] power to insure compliance" with the Court's Orders. *Stone v. City and County of San Francisco,* 968 F.2d at 856; *Sekaquaptewa v. MacDonald,* 544 F.2d 396, 404 (9th Cir 1976), *cert denied,* 430 U.S. 931, 97 S.Ct. 1550, 52 L.Ed.2d 774 (1977); *see also General Signal Corp. v. Donallco, Inc.,* 787 F.2d 1376, 1379 (9th Cir. 1986). (emphasis added).

This claim is insufficient in its entirety, as there is **no** "clear and convincing" evidence that Defendant Rodrick had anything to do with the mugshots.com website or even the positing of the link on the SORarchivies.com websites that allegedly points to the mugshots.com website and should therefore be stricken from the record.

9

**IV. <u>THIS COURT SHOULD STRIKE PLAINTIFF'S REPLY TO HIS MOTION FOR SANCTIONS BECAUSE OF IMORPER SERVICE.</u>**

In addition, Defendant Rodrick was not properly served notice of the Defendant's Motion for Sanctions, nor has Plaintiff's Attorney provide such.   There was no certificate of service attached to the Motion for Sanctions.   In fact, he was only serviced via USPS on Saturday, February 1, 2014, and only after he sent an email to Plaintiffs' attorney that he had not been served. (Dkt. 124, p. 51).   Since Defendant Rodrick is not electronically notified of any filings in this immediate action, Plaintiffs are required to send Defendant via United States Postal Service (USPS) a copy of all pleadings. Despite repeated requests, to date, Defendant has only the Motion for Sanctions from Plaintiffs' attorney; however there were **no** exhibits attached.   Defendant then requested the exhibits from Plaintiffs'' attorney and was denied. (Dkt. 124, p.53). The Defendant cannot be held accountable to answer any pleadings he does not receive when the Plaintiffs' attorney continually and blatantly ignores the Federal Rules of Civil Procedure and the Arizona Local Rules of Civil Procedure.

**V. <u>CONCLUSION</u>**

Plaintiff's attorney, Ms. Bellucci, was fully versed on Judge Copper's direct Order and willfully and knowingly violated it by entering the information and documentation from Mr. Oesterblad into this Court. Ms. Bellucci has been conferring with Mr. Joe M. Romley regarding this immediate action and CV2013-003800.   Information has

exchanged from one case to the other in direct violation of Judge Cooper's Order. Bar complaints against both attorneys are in the process of being filed.

Mr. Oesterblad's "Declaration" is nothing more than a fabrication that has been shown to be false in its entirety and is nothing more than hearsay and insufficient material to substantiate the claim for sanctions. Defendant Rodrick is not the owner of the SORarchives website, nor did he cause to be published any information regarding Joe Doe #4. The SORarchives website is owned and operated by Mr. Brent Oesterblad under the Civic Sentry, LLC d/b/a Webexpress Ventures Umbrella, which as has been proved above, is owed solely by Mr. Brent Oesterblad.

Plaintiff's attorney willfully, knowingly and continually violates the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure by failing to service pro se Defendant Rodrick with all of the pleadings in this immediate action. Defendant Rodrick cannot be held accountable to answer a Pleading in which he does not have and which Plaintiff's attorney refuses to serve him.

**WHEREFORE**, for the above stated reason, Defendant respectfully requests this Court a. Strike Plaintiff's Reply in its entirety, b. admonish Plaintiff's counsel to abide by Judge Cooper's May 10, 2013, Order, and c. admonish Plaintiff's counsel to abide by the Federal of Civil Procedure and the Local Rules of Civil Procedure requirements for the service of all pleading.

In addition, Defendant requests that this Honorable Court will allow for leniency in the filing of this Motion by the Defendant, as the Defendant is not a learned attorney

and is not afforded the same legal resources as a learned attorney and does not have access to the same law materials as a learned attorney, nor can he afford to hire a learned attorney.   "The court noted that pro se plaintiffs should be afforded "special solicitude"." *Rabin v. Dep't of State*, No. 95-4310, 1997 U.S.Dist. LEXIS 15718 and *Haines v. Keaner*, et al. 404 U.S. 519, 92 s. Ct. 594,30 L. Ed. 2d 652 (Dkt 28). Respectfully submitted this 18th February, 2014,

Chuck Rodrick, Defendant, *pro se*
34522 North Scottsdale Road, #120-467
Scottsdale, *AZ*  85266
480-250-3838
chuckrodrick@gmail.com

## CERTIFICATE OF SERVICE

I, Chuck Rodrick, do hereby certify that on this date I caused a true and correct copy of the forgoing document to be placed in a postage-paid envelope and depositing the same in the United States Postal Service addressed to all Parties or their counsel of record on this 18th day of February.

Chuck Rodrick, Plaintiff, *pro se*

12

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
05/14/2013 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2013-003800                                    05/10/2013

                                        CLERK OF THE COURT
HONORABLE KATHERINE COOPER                    D. Harding
                                              Deputy


CHARLES RODRICK, et al.              DANIEL R WARNER

v.

DAVID MICHAEL ELLIS, et al.          RICK POSTER


                                     LEANNE GRAINGER
                                     1302 17TH ST S
                                     GREAT FALLS MT  59405
                                     GORDON EDWARD GRAINGER JR.
                                     1302 17TH ST S
                                     GREAT FALLS MT  59405
                                     RANDAL HUTSON
                                     JOE M ROMLEY



                         MINUTE ENTRY



        Courtroom ECB-514

        1:34 p.m.  This is the time set for telephonic status conference.  Plaintiffs are represented
by counsel, Daniel R. Warner.  Defendant Ellis are represented by counsel, Rick Poster.
Defendants Galvez are represented by counsel, Randal Hutson.  Defendant Gordon E. Grainger
is present on his own behalf.

        A record of the proceedings is made by audio and/or videotape in lieu of a court reporter.

        Discussion is held regarding case status and discovery disputes.

Docket Code 029                    Form V000A                         Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2013-003800                                                    05/10/2013

The Court addressed and issued rulings on several matters:

1.  Defendants Ellis' Motion for Sanctions: **Denied.**

2.  Plaintiff Rodrick's request for costs incurred in responding to the Motion for Sanctions:
    **Denied.**

3.  The Court will not consider discovery motions that are not accompanied by a Rule 37
    affidavit.

4.  The parties shall file a joint Rule 16 Scheduling Memorandum and proposed Scheduling
    Order no later than **May 24, 2013** per the Court's format attached.  The deadlines shall
    include a date by which the parties will exchange Initial Disclosure Statements and
    answer any written discovery that is outstanding.  The IDS and discovery responses shall
    be done on the same date.

5.  Ms. Heisig's deposition will be re-noticed for a second time.  The party noticing her
    deposition will send Plaintiff's counsel three suggested dates/times.  If none of those
    work, Plaintiff's counsel will propose three dates/times.  If the parties cannot agree on a
    date/time from these six options, the party noticing shall propose three more dates/times
    to Plaintiff's counsel.  If there is still no agreement, the noticing party shall contact this
    Division and request a status conference.  The Court will then set the deposition.

6.  All depositions shall be conducted under the following rules which are in addition to Rule
    30.  The noticing party shall make a good faith effort to set the deposition at a time
    mutually convenient for all parties.  If reasonable efforts are unsuccessful, the noticing
    party may notice the deposition.  A good faith effort must be made each time a deposition
    is noticed.  All depositions are subject to a 24-hour cancellation policy, except for
    extreme good cause, such as hospitalization or death of the witness or his/her attorney.  If
    a deposition is set for a Monday, notice of cancellation must be given by 5:00 pm the
    Friday before.  Notice of cancellation shall be made in writing.  A deposition may only be
    cancelled for good cause.

7.  If the deposition is to be videotaped, when scheduling the videographer, counsel shall ask
    the videographer to honor the same 24-hour policy and refund any deposit made if the
    deposition is cancelled at least 24 hours before.  If the videographer will not agree, and
    the deponent is a party, counsel will tell the party/attorney for the witness what the
    videographer's cancellation policy is.  If that information has been communicated to the

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2013-003800                                                    05/10/2013

party/attorney for the witness and the witness cancels, the deposit is a cost that may be imposed on the cancelling party.

8. If a deposition of a party is noticed twice and the deponent cancels twice, the noticing party shall re-notice the deposition to take place in the courtroom with the Judge present. This rule shall also apply to third party witnesses that a party has disclosed as a witness for trial, and over whom the party has influence or control such that the party agrees to produce the witnesses without a subpoena.

9. Speaking objections are precluded. Objections shall be as to form and foundation. If counsel wants to put further explanation on the record, he/she may do so only after the deposition is concluded.

10. All information obtained or exchanged in this case shall be confidential. That includes written discovery responses, documents (whether obtained from a party or by subpoena from a third party), deposition testimony, and information learned from any source relevant to the case. Information shall not be disclosed to anyone other than counsel in this case, the parties, and expert witnesses (if any). Under no circumstances shall any information obtained or exchanged or relating to this case be duplicated, published on a website or disseminated electronically or otherwise.

11. The Court advised Mr. Grainger, pro per, that he shall observe the same rules of professionalism as the attorneys. Threats, excessive and unnecessary email and motions, and any other obstructive or intimidating conduct by any party will not be tolerated. Counsel and all parties are to treat each other with respect.

12. The failure to comply with any of these orders will result in sanctions.

2:09 p.m.  Matter concludes.

ALERT:  The Arizona Supreme Court Administrative Order 2011-140 directs the Clerk's Office not to accept paper filings from attorneys in civil cases.  Civil cases must still be initiated on paper; however, subsequent documents must be eFiled through AZTurboCourt unless an exception defined in the Administrative Order applies.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2013-003800                                    05/10/2013

Counsel and/or the parties are to meet to discuss all of the matters set forth in Ariz. R. Civ. P. Rule 16(b),   Counsel and/or the parties shall prepare and file with the Court, no later than **5:00 p.m. on May 24. 2013,** a Joint Proposed Scheduling Order, for discovery, motion and disclosure deadlines.

If the parties agree to the dates, they should prepare an Order **in the form attached hereto**, containing the provisions which are applicable to their case.

The proposed Order shall include specific dates (06/05/2013 rather than 45 days from close of discovery).  Please do not incorporate a firm trial date in the proposed Order. This Court will set a firm trial date only after discovery has been completed and the parties have in good faith participated in a mediation or settlement conference.

If counsel are unable to agree on any of the items that are to be included in the Order, the reasons for their inability to agree shall be set forth in their proposed Order.

**Procedure.** Once the initial Joint Pre-Trial Memorandum is submitted, this Court will review the proposed scheduling order and in its discretion determine whether a telephonic joint pre-trial conference is needed. If not needed, a minute entry will issue memorializing the applicable discovery/disclosure deadlines selected by this Court. **Included in the Court's minute entry will be a date setting forth the deadline for the parties' submission of the next Joint Pre-Trial Memorandum.**  The subsequent pre-trial memorandum, in addition to the requirements of Ariz. R. Civ. P. Rule 16, shall address in detail the discovery completed to date and what discovery remains outstanding.

If, at any time, the parties' believe a telephonic or in-person pretrial conference is necessary or warranted, they should address the reasons in the proposed Scheduling Order.

If a Joint Proposed Scheduling Order is not timely submitted as ordered, the Court will place the matter on the Inactive Calendar for dismissal.

**IT IS FURTHER ORDERED** that all motions, responses, replies and other Court requested filings in this case must be submitted individually.  Counsel shall not combine any motion with a responsive pleading.  All motions are to be filed separately and designated as such. No pleadings will be accepted if filed in combination with another.

The proposed order shall include dates for the following items and conform substantially with the attached sample order.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2013-003800                                              05/10/2013

1. **An agreed upon schedule and date for completion of non-expert deposition.**  As far as can reasonably be anticipated, each party shall set forth the depositions they anticipate taking and the approximate time required for each; any and all medical examinations which may be required of any of the parties; the person or persons to conduct such examinations; all requests for production; and all tangible evidence to be disclosed or exchanged.

2. **A date for the final disclosure of the identities subject matters and reports of expert witnesses**, and/or to supplement disclosure made to date.

3. **A date or dates for the initial and final disclosure of all non-expert witnesses**, and/or supplemental disclosures made to date.

4. **A date by which all written discovery will be propounded and concluded**. Further, counsel shall set forth any written discovery outstanding and a date when it will be complete.

5. The position of each counsel on whether the Rule 38.1 time limits should be waived.

6. **A proposed date for a Mandatory Settlement Conference pursuant to Rule 16.1. Alternatively, the parties may propose a deadline by which they will participate in private mediation.**

7. **A date for completion of all discovery,** including expert discovery.

8. **A date by which all dispositive or partially-dispositive motions shall be filed.**

9. **Once discovery has been completed, a proposed trial date** agreed upon by all counsel and anticipated length of trial.

If the parties agree as to the dates, they need to only prepare and submit the proposed order attached hereto.  If counsel are unable to agree on any of the items set forth in the attached form of order, the reasons for their inability to agree shall be set forth in the Pretrial Memorandum and each shall prepare a separate proposed order.  **All proposed deadlines shall be set forth as calendar dates, and not in the form "XX" days before trial."**

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2013-003800                                          05/10/2013

### PROPOSED SCHEDULING ORDER

The Court having received the parties Joint Comprehensive Pretrial Conference Memorandum,

**IT IS ORDERED** entering the following schedule for disclosure as set forth unless the parties obtain written modifications by the Court.

(1)   Initial disclosures shall be exchanged by: **(MM/DD/YYYY)**

(2)   The identities and subject area of expert testimony shall be disclosed by: **(MM/DD/YYYY)**

(3)   Plaintiff's final expert disclosures shall be served by: **(MM/DD/YYYY)**

Defendant's final expert disclosures shall be exchanged by: **(MM/DD/YYYY)**

Rebuttal expert disclosures shall be exchanged by: **(MM/DD/YYYY)**

(4)   Final Non-expert disclosures shall be exchanged by: **(MM/DD/YYYY)**

(5)   Written discovery shall be propounded by: **(MM/DD/YYYY)**

(6)   Dispositive Motions shall be filed by: **(MM/DD/YYYY)**

(7)   Depositions shall be completed by: **(MM/DD/YYYY)**

(8)   Discovery shall be completed by: **(MM/DD/YYYY)**

(9)   Any motions to amend pleadings shall be filed by: **(MM/DD/YYYY)**

(10)   The parties remaining in this action shall participate in comprehensive mediation by: **(MM/DD/YYYY)**

**IT IS ORDERED** setting Status Conference in this matter on [counsel to leave this date blank], (time allotted: 15 minutes), in this Division.

### THE HONORABLE KATHERINE COOPER
### JUDGE OF THE SUPERIOR COURT

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2013-003800                                                     05/10/2013

**MARICOPA COUNTY
101 WEST JEFFERSON
EAST COURT BUILDING
5th FLOOR - COURTROOM 514
PHOENIX AZ 85003
602-506-8311**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit B**

*** Electronically Filed ***
S. Dignard, Deputy
1/24/2014 8:48:00 AM
Filing ID 5671672

1    JOE M. ROMLEY, P.C.
     SUITE 100
     4518 NORTH 32ND STREET
2    Phoenix, Arizona 85018
     Telephone (602) 528-4710
3
     Joe M. Romley, #001786
4    jromley@hotmail.com

5    **Attorney for Defendant/Counterclaimant Lois A. Flynn**

6              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7                   IN AND FOR THE COUNTY OF MARICOPA

8    CHARLES RODRICK an individual,      )
     and TRACI HEISIG, an individual     )      No. CV2013-003800
                                         )
9                        Plaintiffs,     )   **AFFIDAVIT OF BRENT OESTERBLAD**
                                         )   **IN SUPPORT OF LOIS FLYNN'S**
10               vs.                     )   **RESPONSE TO PLAINTIFF**
                                         )   **CHARLES RODRICK'S**
11   DAVID MICHAEL ELLIS, et ux,         )   **MOTION FOR SUMMARY**
     et al,                              )   **JUDGMENT**
                                         )
12                       Defendants.     )   (P/A: Hon. Katherine Cooper)
     _____ )

13

14         Attached is the Affidavit of Brent Oesterblad filed in

15   support of Lois Flynn's Response to Plaintiff Charles Rodrick's

16   Motion for Summary Judgment.

17

18

19

20

21

22

23

24

25

26

STATE OF ARIZONA   )
                   )   ss.          A F F I D A V I T
COUNTY OF MARICOPA )

BRENT MARSHALL OESTERBLAD, being first duly sworn upon his oath, deposes and says:

1.   I have known Charles "Chuck" Rodrick ("Rodrick") since the late 1980's or early 1990's.

2.   In 1999, Rodrick and I began the joint ownership and operation of an internet based subscription service to access public documents and records throughout the United States.  The web site was Spyheadquarters.com and was later changed to onlineDetective.com.  This web site operated under the umbrella of Web Express LLC which was an Arizona limited liability company formed by Rodrick in 2000 as the sole member and manager.  The data basis for onlineDetective.com was built and maintained by Eric Souhrada who is the principal in Dead Bunny Enterprises.

3.   In approximately 2006, the demand for the subscription service of onlineDetective.com declined and Rodrick and I decided to develop separate projects.

4.   In late October or early November, 2011, Rodrick approached me about forming a new Arizona limited liability company for the purpose of jointly and separately operating various web site projects.  Based on these discussions, I formed Civic Sentry LLC as an Arizona liability company on November 29, 2011 and was listed as its manager.  In addition, I registered the trade name of WebExpress Ventures with the Arizona Secretary of State on January 26, 2012.  The trade name WebExpress Ventures was specifically


BMO

selected by Rodrick for bank and business purposes to be similar to Web Express LLC.   Rodrick did not want his name associated with this limited liability company due to his dissolution action pending in the Maricopa County Arizona Superior Court.   One exception that I am aware of is the application of the issuance of a Transaction Privilege Tax License by the Arizona Department of Revenue.   The application filed for this tax license in the name of WebExpress Ventures reflected a start date for WebExpress Ventures of January 10, 2012 and listed Rodrick and me as its members.

5.   In connection with the formation of Civic Sentry LLC dba WebExpress Ventures, I opened a checking account at JPMorgan Chase Bank, Account No. XXX7322 in the name of Civic Sentry LLC dba WebExpress Ventures on February 16, 2012.   With the exception of the $100.00 deposited by me at the opening of this account, all of the moneys deposited in this account were by or for the benefit of Rodrick and reflected revenues from the web sites that he was operating.   At Rodrick's request, upon the opening of this account, I signed 20 checks in blank and gave them to him.

6.   Using the name WebExpress Ventures, Rodrick operated various web sites which profiled registered sex offenders throughout the United States and for a fee would investigate the appropriateness of the listing and remove the listing.   The original name of the web site was offendex.com, changed by Rodrick to SORarchives ("SORarchives"), and changed again by Roderick to SexOffenderRecords.com ("SexOffendersRecords".   Each of these web site projects was  based upon a database of 775,000 profiles of


BMO

2

sex offenders throughout the United States which was compiled by Eric Souhrada of Dead Bunny Enterprises.

7. The proprietary WordPress "theme" was developed by Antonio Gutierrez of Vivid CGD between 2007 and 2009 and has been used by Rodrick as a template for the development of any number of future website projects.  This proprietary "theme" has been used exclusively by Rodrick in the development of many websites.  It is utilized to enhance the visual appearance and usability and also to coordinate all the elements that go into making the web pages so that they complement one another and reinforce the site' subject matter.  This "theme" has been used in the development and deployment for all SexOffendersRecords websites along with the additional websites owned and controlled by Rodrick, such as PublicRecordRepository.com, MileageExchange.com and Dunebuggy.com.

8. It is my understanding that the compilation of the data base and the development of the web sites' template and theme were before the filing of the action for the dissolution of Rodrick's marriage.

9. Rodrick is the owner of the domain names of SexOffendersRecords and its predecessors which ownership he registered in Australia.  One of the purposes for registering the domain names in Australia was to make it harder for the ownership of the domain names and web sites to be determined.

10. Rodrick owns the SexOffendersRecords domain names, conceived the business models for SexOffendersRecords, paid for the compilation of the data which is the basis of SexOffendersRecords,


BMO

3

paid for the development of SexOffendersRecords websites' template and theme, made the changes in the name of the web sites, administered the web sites and has sole authority to make postings on the web site.

11.   I was retained by Rodrick as an independent contractor to have all direct communications with the registered sex offenders.  I was paid a commission of 30% of the moneys paid by the registered individuals to investigate the appropriateness of the web site listing and to have their listings removed from the web site.   Payment by the individuals listed as registered sex offenders was made by Paypal, GlobalPay, PaxSimple and Keynetus, to the WebExpress Ventures bank account at JPMorgan Chase Bank.  In addition, Rodrick receives a monthly revenue stream for the SexOffendersRecords web site utilizing the Google Ad Sense Advertising Program.

12. With the exception of the commissions approved by Rodrick and paid to me through QuickPay from the WebExpress Ventures JPMorgan Chase bank account, all of the funds in this account were owned, withdrawn and disbursed by Rodrick.

13.  In addition to working as an independent contractor to WebExpress Ventures, I was retained by Rodrick to assist him in the preparation of correspondence and other written responses to issues raised in Maricopa County Arizona Superior Court Case No. FC2011-005859 captioned "In re the Marriage of Lois A. Flynn and Charles David Rodrick" ("dissolution action") and Maricopa County Arizona Superior Court Cause No. CV2013-003800 captioned "Charles


BMO

4

Rodrick, et al Plaintiffs, v. David Michael Ellis, et al, Defendants." ("civil action") In connection with this work, I reviewed most, if not all, of the correspondence, pleadings, depositions and memoranda in both the domestic action and the civil action and had a couple of meetings and numerous telephone conversations with Rodrick where he discussed strategy and his desired responses to pending issues.  In addition I communicated with respect to WebExpress Ventures and by personal work for him by e-mail.  Rodrick's e-mail addresses are offendex@gmail.com, Sorarchives@gmail.com and CharlesRodrick@gmail.com, and my e-mail addresses were offendexlegal@gmail.com, and sor.legalresearch-@gmail.com.

14.   In my review of the files and conversations with Rodrick, I am aware of false and misleading statements by Rodrick in deposition, hearing and trial testimony, including the following:

A.   Neither I nor Civic Sentry LLC loaned any money to Rodrick for payment of attorney's fees in the dissolution or civil actions.

B.   The $20,000.00 check that Rodrick delivered to Todd Franks was one of the checks drawn on WebExpress Ventures JPMorgan Chase bank account and that I signed in blank at Rodrick's request. The check was filled out by Rodrick and was paid from funds in the WebExpress Ventures account belonging to Rodrick.

C.   Rodrick never transferred his interest in onlineDetective.com or its assets to me.  He is the registered


BMO

5

owner of the domain name although he has agreed to transfer it to me when the residual income had significantly decreased.

D.   I never owned, administered or had operational control of SexOffendersRecords or WebExpress Ventures and served only as an independent contractor on a commission basis.

E.   Throughout the pendency of the dissolution action, Rodrick received substantial revenues from his ownership, administration and operation of SexOffendersRecords.

F.   Rodrick was never employed by me or Civic Sentry LLC or WebExpress Ventures as an independent contractor and there was never any agreement by Rodrick and me where I paid him $25,000.00 or any sum for his services as an independent contractor for a six month period.

G.   Rodrick told me that the dune buggy race car was sold "on the cheap" and that he has an agreement to buy it back from the purchaser.

H.   Rodrick told me that the ultra boat was sold for more than the $17,500.00 that he represented to the Court and his former wife.   It is my recollection he told me the boat had sold for $25,000.00.

15.   Attached hereto are copies of the monthly statements for the JPMorgan Chase Bank account No. XXX7322 in the name of Civic Sentry LLC dba WebExpress Ventures and deposit and cancelled checks for the period of February 16, 2012 through November 29, 2013 when Rodrick closed the account and withdrew the balance of the funds in the account.


BMO

6

DATED: January 21, 2014.

_____
BRENT MARSHALL OESTERBLAD

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED BEFORE ME THIS 21st
DAY OF January, 2014.

_____
NOTARY PUBLIC

My Commission Expires:
August 25, 2017

ADONA SMITH LOFANO
Notary Public - Arizona
Maricopa County
My Comm. Expires Aug 25, 2017

BMO

7

1

2   Due to the volume of the attachments to this Affidavit, they could
    not be filed electronically.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

1

From: **Research** <offendex.legal@gmail.com>
Date: Thu, Nov 22, 2012 at 8:16 AM
Subject: Re: Brent Marshall Oesterblad

He's on drugs.

I know you don't care - but to tell you the truth - I loved what I did
with Pan Am. It was a great "scam" that took the Fed's 6 years to
finally determine that I had actually broke any laws - and then had to
settle on 1 count mail fraud for the FF Miles statements that were
sent by the airlines to my mailboxes etc. that I had all over the
country. Some day I should give you the short version - it was great.
My only regret  is I should have done it BIGGER. My point is Adam
thinks he is jabbing me into some kind of guilt or shame - I'm not.
What this tells me (amatuer psychologist), he is projecting and he is
racked with guilt and shame - explains all the alcohol and drugs
dependency issuees. Of course - he did molest a 13 year old boy, so
good - he should be ashamed,.

BTW - the ATA stuff would hurt, me but I have been working the last 10
days to switch to a new name so it doesn't effect what I am doing.

--
Have a nice day,

Legal Research Team
Offendex.com

**Ripoff Report** | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

consumers, for consumers...

't let them get away with it.® Let the truth be known!™


Ripoff Report **Verified** Business Directory

See It Now

...businesses you can trust!

me    Help

Register to File a Report    Log

Total Visits since 1998: **8,841,022,004**    Estimated money Consumers saved since 1998: **$15,471,788,506.60**    Reports filed: **1,759,702**

ILE A    Update    Latest    Consumer    Consumers    Legal        Corporate Advocacy
EPORT    a Report    Reports    Resources    Say Thank You    Directory

■ Ripoff Report protects consumers first amendment right to free speech

Review Latest Reports    Advanced Search    Browse Catego

Report: #964465

## Complaint Review: ATA Arizona LLC. Air Travel Awards

Related Reports

PayPal Mystensouly three weeks
ave come and gone with no
sponse as to where my money
as gone, lawsuit needs to be
filed!! Internet

rom You Flowers LLC
ORRIBLE SERVICE AND
RODUCT Internet Nationwide

tzy Group LLC Put in file that I
as rude in the rep. When it was
n error on there part. san jose
nternet

anna Baganco Sroock Dianna
rebe, Dianna B Sroock Interior
lesigner or Print AD Copy CAT ?
hilleford Maryland

maine Home Air Products Tried
t order a furnace and got felt out
n the cold! Rockford Illinois

lipper Card fraud, refuse to
fund, crappy customer service,
ockmy money San Francisco
alifornia

ill seasons resort-RCI Europe
avel division One unit booking
t area twenty miles from
nything Ballytrana, Ireland Ma

trader net com toy hauler was
ding to be posted on line until
ais paid $299.00 1/17/13 none
ilis uk Nationwide

lateequipment com
slavedepot com Mathano
nterprises LLC Shipped wrong
em, refused to refund, first cited
ompany policy, then stated I just
on't want to do it Boyes Hot
prings California

upreme Consulting LLC Weymi
and Brian Tucker-Bey
upremeconsult@gmail com
cam Artists claiming to relieve
ou of Mortgage Foreclosure & to
nd fraud in your closing
ocuments, taking money without
esults good or bad. Upper

**Submitted:** Sun, November 04, 2012    **Updated:** Sun, November 04, 2012
**Reported By:** Tracy — Lexington Kentucky United States of America

ATA Arizona LLC. Air Travel Awards    **Phone:** 877-657-0555
23623 N Scottsdale Rd #D3-218    **Web:** http://airtravelawards.com/
Scottsdale, Arizona    **Category:** Travel Services
United States of America

## ATA Arizona LLC. Air Travel Awards Brent Marshall Oesterblad Travel Rewards Scottsdale, Arizona

***General Comment: Travelawardadvisor.com***


8+1  Recommend this on Google    Tweet  0

REBUTTAL BOX™ | Respond to this Report!

| Add Rebuttal to this Report | Arbitrate & Set Record Straight |
| File New Report | Repair Your Reputation |

ATA Arizona llc. or airtravelawards.com is owned
and operated by Brent Marshall Oesterblad and
Sarah Shea. Brent has already been convicted
of conspiracy, mail fraud and wire fraud involving
Pan Am airlines and the dishonest methods or
schemes designed to wrong one in his property
rights concerning frequent flyer miles and rewards
of unknowing customers but he is out of federal
prison and now owns a company "Air Travel
Awards" or "ATA" that specializes in the very
same things that he was found guilty of misusing
to begin with. If you have any dealings with
airtravelrewards.com be warned that you are
dealing with a person who has already shown that
he will defraud customers of their hard earned


**Verify** before you bu

WeGoLook.co

Avoid Fraud & Misrepresentat
Dispatch Your Looker

Get a Quo

Starting
only $

Ripoff Report
Verified
...businesses you can trust!

Advertisers above have met our
strict standards for business conduct.

0    1    0
Author    Consumer    Employee/Owner


Terror Group Gets 'A' Rating From
Better Business Bureau?
2020
BBB

Does your business have a bad
reputation?
Fix it the right way.
Corporate Advocacy Program™

http://law.justia.com/cases/federal/appellate-
courts/F3/12/1110/527997/

This report was posted on Ripoff Report on 11/04/2012 06:11 AM and is a permanent record located here: ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

**Click Here to read other Ripoff Reports on ATA Arizona LLC, Air Travel Awards**

### Search for additional reports
If you would like to see more Rip-offs on this company/individual, search here:

| ATA Arizona LLC, Air Travel Awards | Search |   Search Tips

### Report & Rebuttal

**Respond to this report!**          **Also a victim?**          **Repair Your Reputation!**

[ File a Rebuttal ]          [ File a Report ]          [ Get Started ]

### Arbitrate
**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!

REBUTTALS & REPLIES:

| 0 | 1 | 0 |
| Author | Consumer | Employee/Owner |

### Updates & Rebuttals

#### #1 General Comment
## Travelawardadvisor.com

AUTHOR: Travel - ()

SUBMITTED: Saturday, January 25, 2014

Looks like they are at it again. Found this online

## SCAM ALERT!!

Below you will find the most recent frequent flyer mileage travel scam.

### TravelAwardAdvisor.com Formerly AirTravelAwards.com

Many complaints are coming in of money being sent with no product being delivered and tickets getting pulled at the airport. Owner and operator **Brent Oesterblad** using alias **Jeff Vandyne Brent Marshal Theric Kon Todd Shaw** and many other alias names to dupe unsuspecting overseas customers into purchasing discounted First/Business Class airfare. **Brent Oesterblad** primarily creates multiple blackhat **Craigslist and Backpage** ads to lure in his victims. The information below is the most recent physical address for Brent/Jeff.



**Brent Oesterblad 6534 Calle De Los Estrella Cave Creek, AZ 85331**

Known email: addresses  airtraveawards@gmail.com
brent.oesterblad@gmail.com
Info@AirTravelAdvisor.com
travelawardadvisor@gmail.com
Civicsentry@gmail.com

Brent has numerous other fake emails he uses to place ads and troll for his victims.

Research shows Brent Oesterblad was convicted and placed in federal prison for similar travel scams in the past. google also shows he has OTHER current issues

---



**Ben Smith Sac County Iowa Attorney** prosecutorial misconduct, improper relationship with star witnesses, allowing witnesses to knowingly lie. Tracey Richter Roberts falsely convicted, overwhelming evidence leads to estranged husband Michael Roberts, Texxfield failed polygraph, witness intimidation, evidence tampering. Iowa Division of Criminal Investigation corruption.

The New "Digital Extortion" Is there a Ripoff Report on you?



**Reputation Management SEO WARNING!**
They might contact you next!

Most Featured Reports

Ripoff Reports



Logo Design Universe.com RIP OFF!** LOGODESIGNUNIVERSE** RIP IFF #logodesignunivers.com PROMISED GUARANTEE STATED WOULD REFUND! NEVER DELIVERED! ERRORS IN LOGO, TYPOS, ARE USING ORG BENCH AS ANOTHER COMPANY ON THE NET, Internet CALIFORNIA



Hole in One Clearing House Dennis Chase HIOGH Reno Nevada GTAA Hole in One Clearing House Dennis Chase dba Hole in One Clearing House United Hole-in-One Signs Dennis Chase of aCosta Crabisad California Golf tournament Association of America Hole in One Clearing House, Dennis Chase, GTAA, HIOGH GOLF RF Reno Nevada



Michel Comtes Alcatel, Alcatel-Lucent, Vodafone, BDF, Brightstar, Goldman Sachs, Bati Raby, Orange, France telecom, Vivendi, SFR, Atos origin, Atari Arrogant, Con Artist, computers Liar, Obsessional tendencies, Controlling,



LEARN HOW TO BUY AND INVEST IN GOLD AND SILVER TODAY GET YOUR FREE INVESTOR KIT
Get it Now »

WEAR WHAT THE FIGHTERS WE
GEAR
BJJ
MEN
WOMEN
KIDS
SALE
MMA WAREHOUSE 10th ANNIVERSARY
SHOP NOW
FREE GROUND SHIPPING OVER $1

## Ripoff Report
### LEGAL DIRECTORY

**Business's (11)**
**Lawyers and Law Firms (5312)**
- Administrative Law (11)
- Admiralty & Maritime Law (27)
- Agricultural Law (2)
- Alternative Dispute Resolution (10)
- Antitrust & Trade Regulation (1)
- Appellate Practice (72)
- Aviation & Aerospace (11)
- Banking Law (90)
- Bankruptcy (380)
- Business Law (232)
- Civil Rights (55)
- Class Actions (30)
- Commercial Law (13)
- Communications Law (1)
- Constitutional Law (1)
- Construction Law (83)
- Contracts (7)
- Corporate Law (75)
- Criminal Law (668)
- Debtor & Creditor (51)
- Education Law (14)


oisessive Paris France


Glanter USA Scammed cheap product horrible customer service, reps don't know what was going on nationwide

Beverly Hills Dermatology Bona Fides This guy thinks his time is aluable. He ought to have his me wasted like I did. Beverly ills California


Gregg Brennan Attoney at Law Gregg Brennan This man calls himself a lawyer, he is a scam artist and a liar! ummerfield Florida


Buffalt Senior Healthcare® (BSH) a revolutionary marketing organization, the leading one of the future in senior arket healthcare sales. BSH is acked by the wealth of 190,000,000,000 (billion) from everal top Fortune 500 ompanies with contractual greements. These agreements to our their product distributions ating with their nationwide parseling of their Medicare upplemental benefit products, with focus on the senior citizen opulation. BSH is targeting the apidly growing baby-boomer target.


Patro My English Bulldog Died While In Care - Inexperience or Negligence Grapevine exas

arcameradirect.com/ Car Camera irect A.K.A. Evolution World Wide They exploit the return-hipping costs (and PayPal goes with this also) Miami Florida

OUPSERA.ORG NOT LLOWING ACCESS TO RANIAN RESIDENTS JOUNTAIN VIEW California


The Protection Bureau Bait and switch, or employee undercutting? xton Pennsylvania

and possibly worth $100 US gift cards for follow up TAX and other IRS issues

Convicted For Fraud Conspiracy, Mail Fraud and Wire Fraud

**Below is from one of the many Ripoff Reports filed**

**Brent changes his business name as well as his personal name often as soon as things heat up. The previous name he ran his scams under was ATA Arizona llc ATA Arizona llc. or Airtravelawards.com which is owned and operated by Brent Marshall Oesterblad and hides bank accounts and some entities under "family members" due to criminal IRS issues. Brent has in many lawsuits and has been convicted of conspiracy, mail fraud and wire fraud involving airlines and the dishonest methods or schemes designed to wrong one in his property rights concerning frequent flyer miles and rewards of unknowing customers but he is out of federal prison and now owns a company "Air Travel Awards" or "ATA" that specializes in the very same things that he was found guilty of misusing to begin with. He recently changed the name to TravelAwardAdvisor.com. If you have any dealings with Airtravelrewards.com or Traveladvisors.com be warned that you are dealing with a person who has already shown that he will defraud customers of their hard earned rewards and their money without any remorse or guilt. Even when it comes to family members there have been at least one report of oesterblad him bilking tens of thousands of dollars from his close family members and simply walking away.**

Any information or contact with Brent Oesterblad are encouraged to notify authorities in your area. Please place this alert wherever possible to alert others.

**Recent Ad Activity TravelAwardAdvisor.com**

*Fly First and/or Business Class Worldwide. Discounted Tickets — WINTER SPECIALS to Most International Destinations — All Major Cities in Europe — Asia — Africa — Middle East — India — Australia. At Travel Award Advisor we specialize in the Buying and Selling of All Travel Vouchers, Air Awards and Frequent Flyer Mileage. Award Travel Awards offer Substantial Discounts off Regular Published Airfares. This is especially true for FIRST and BUSINESS Class Travel to International Destinations — Savings of 60-75% Business Class Starting at $2200 — First Class Starting at $3000. Please call, email or visit our website for a listing of current pricing options. Info @TravelAwardAdvisor.com*

*http:// www.TravelAwardAdvisor.com Most Major International Carriers: Aeroflot, Air Berlin, Air Canada, Air China, Air France, Air New Zealand, Alitalia, All Nippon, American, Asiana, Austrian, British Airways, Brussels, Cathay Pacific, China Airlines, China Eastern, China Southern, Delta, Egypt Air, El Al, Emirates, Etihad, Finn Air, Iberia, Japan Airlines, Jet Airways, KLM, Korean Air, LAN, LOT Polish, Lufthansa, Qantas, Qatar, Royal Jordanian, SAS, Saudi Airlines, South African Airways, Swiss, TAM, TAP Portugal, Thai Airways, Turkish Air, United, US Airways, Virgin Atlantic*

**Recent SCAM Craigslist /Backpage Ads:**

**International Destinations Travel First & Business Class …**

$2,200
20-Jan-2014 • Myrtle Beach, SC ~13 mi. > Tickets for Sale
855-447-3555 … FLY INTERNATIONAL DESTINATIONS FIRST & BUSINESS CLASS AT 70% DISCOUNTS TravelAwardAdvisor.com / Email: Info @travelawardadvisor.com / Phone: (855) 447-3555 Travel options are available for one-way, round trip or open jaw tickets. Please visit the website, email or call for current pricing. Prices below are the general range found for roundtrip tickets: TO/FROM Between North Ame…
• myrtlebeach.backpage.com/ticketsforsale/2200-internationa…

**International Destinations Travel First & Business Class …**

$2,200
9-Jan-2014 • Myrtle Beach, SC ~13 mi. > Tickets for Sale

- Election Campaign & Political (0)
- Eminent Domain (5)
- Employee Benefits (7)
- Energy (0)
- Entertainment & Sports (17)
- Environmental Law (43)
- Family Law (13)
- Finance (0)
- Government (14)
- Government Contracts (2)
- Health Care (1)
- Immigration (482)
- Indians & Native Populations (1)
- Insurance (90)
- Intellectual Property (526)
- International Law (33)
- International Trade (0)
- Internet Law (7)
- Investments (1)
- Labor & Employment (12)
- Legal Malpractice (92)
- Litigation (20)
- Media Law (1)
- Medical Malpractice (13)
- Mergers & Acquisitions (0)
- Military Law (5)
- Natural Resources (10)
- Occupational Safety & Health (0)
- Personal Injury (842)
- Products Liability (21)
- Professional Liability (0)
- Real Estate (361)
- Securities (169)
- Taxation (142)
- Technology & Science (0)
- Toxic Torts (0)
- Transportation (2)
- Trusts & Estates (368)
- White Collar Crime (1)
- Wills & Probate (7)
- Workers Compensation (242)
- Zoning, Planning & Land Use (10)

**Legal Services (32)**

- Arbitrators/Mediators (7)
- Automotive Expert Witnesses (0)
- Bail Bonds (0)
- Court Reporters (1)
- Electronic Data Discovery (1)
- Expert Witnesses (1)
- Forensic Experts (1)
- Jury Selection (0)
- Legal Assistants (8)
- Legal Speakers (2)
- Litigation Support (2)
- Medical Expert Witnesses (1)
- Other (14)
- Paralegal (5)
- Private Investigators (6)
- Process Servers (7)
- Translators/Interpreters (0)

**Miscellaneous Business Services (19)**

OXFORD SHIPPING RICHMOND THEY DECEIVED ME TO SHIP MY CAR WITH THEM AND AFTER PAYING HEY GAVE ME FAKE CONTAINERS TO TRACK FOR 10NTHS AND ABUSED AND ISULTED ME EACH TIME I ALLED TILL DATE. ACKSONVILLE Florida


Super Tans What a Rip Off!!! Took Money Out of My Account After Saying My Membership Was Canceled! West illis California


Trading Advantage

apital REVIEW Trading dvantage Capital is 100% ommitted to customer atisfaction. A division of Trading dvantage LLC, Trading dvantage Capital gives qualified tudents the opportunity to trade nancial markets using Trading dvantage's capital. Seasoned structors provide hands-on real me training helping students earn trading. Not everyone ucceeds, but those who do ceive an allocation of funds to ade on a profit sharing basis. tudents have no financial esponsibility for losses.

Dr. Dennis Brady D.A. Brady Fake "Doctor" offering fake certification in hypnosis and sychology Leesburg Florida

BBB
here a Ripoff Report about you? SEO Reputation Management WARNING!

berstarstoreonline.com
ww.49erstarstoreonline.com49er
hop DO NOT PURCHASE FROM
9ERSFANSTOREONLINE.
CAM. CHEAP CHINA
ERCHANDISE, THEY DON'T
ETURN YOUR E-MAILS!! AND
HEY DON'T HAVE A
USTOMER SERVICE NUMBER!
ww.49erfanstoreonline.com
ternet


SCAM   Florida-Mugshot-locator.com www.florida-mugshots.com www.georgia-
ugshots.com COMPLETE CAM ...DO NOT PAY THESE EOPLE ...THEY WILL NOT EMOVE ANYTHING Internet

Jenny Scott


ipbacklink.com Ripped off $399 or buying Jenny Scott's "Firs age SEO Package" on ttp://vipbacklink.com Internet

he Lindsay Company Poor rvice replacing water heater,

855-447-3555 · FLY INTERNATIONAL DESTINATIONS FIRST & BUSINESS CLASS AT 70% DISCOUNTS TravelAwardAdvisor.com / Email: Info @travelawardadvisor.com / Phone. (855) 447-3555 Travel options are available for one-way, round trip or open jaw tickets. Please visit the website, email or call for current pricing. Prices below are the general range found for roundtrip tickets: TO/FROM Between North Ame...

• myrtlebeach.backpage.com/ticketsforsale/2200-internationa...

## FLY INTERNATIONAL DESTINATIONS FIRST & BUSINESS CLASS AT 70% DISCOUNTS

TravelAwardAdvisor.com / Email: Info @travelawardadvisor.com / Phone: (855) 447-3555

Travel options are available for one-way, round trip or open jaw tickets. Please visit the website, email or call for current pricing. Prices below are the general range found for roundtrip tickets:

TO/FROM Between North America & Europe: First Class $3000 – $3250 – Business Class $2200 – $2500
TO/FROM Between North America & Asia: First Class $2800 – $3500 – Business Class $2200 – $2750
TO/FROM Between North America & Middle East/India: First Class $3000 – $3600 – Business Class $2700 – $3000
TO/FROM Between Asia & Europe: First Class $3000 – $3400 – Business Class $2200 – $2500

MOST MAJOR INTERNATIONAL CARRIERS: Aeroflot, Air Berlin, Air Canada, Air France, Air New Zealand, Alitalia, All Nippon, American, Asiana, Austrian, British Airways, Brussels, Cathay Pacific, China Airlines, China Eastern, China Southern, Delta, Egypt Air, El Al, Emirates, Etihad, EVA, Finn Air, Iberia, Japan Airlines, Jet Airways, KLM, Korean Air, LAN, LOT Polish, Lufthansa, Qantas, Qatar, Royal Jordanian, SAS, Saudi Airlines, South African, Swiss, TAP Portugal, Thai Airways, Turkish Air, United, Virgin Atlantic and Virgin A...

first/business class travel specials to international ... – Craigslist

...AwardAdvisor.com / Email: Info @travelawardadvisor.com / Phone:
(855) 447-3555. Travel options are available for one-way, round trip ...

imperial.craigslist.org/trv/4216816827.html
Coming Up. How Brent Oesterblad Posts Multiple Craigslist Ads
**12 F.3d 1110: United States of America, Plaintiff-appellee, v. Brent M. Oesterblad, Defendant-appellant.united States of America, Plaintiff-appellee, v. David Oesterblad, Defendant-appellant**

**United States Court of Appeals, Ninth Circuit. – 12 F.3d 1110**

==========================================================================

Brent and David Oesterblad appeal the denial of their motions to dismiss the indictment, which charged them with conspiracy, mail fraud and wire fraud in violation of 18 U.S.C. Secs. 371, 1341, 1343. Brent Oesterblad also appeals his sentence.

3* Appellants contend that the conduct alleged in the indictment does not constitute a scheme or artifice with the specific intent to defraud Pan American World Airways, Incorporated (Pan Am) of property. The indictment alleged that the air travel awards were "unearned and fraudulently accrued," obtained by means of "false and fraudulent pretenses, representations and promises" that ticketed Pan Am customers "were legally being sponsored by current Pan Am WorldPass Members, according to Pan Am eligibility requirements[;] [t]hat they truly resided at the addresses controlled by the defendants[; and] that their sponsors should earn 2,500 miles bonus credit for each sponsorship being reported by them." The indictment


GoDaddy Wild
West Domains
New gTLD
Domain management and
registration Failures Scottsdale
Arizona


DoubleTree by
Hilton
Binghamton
DoubleTree
Binghamton
worries more
bout Bonuses than Guests
Binghamton New York


Lisa Breaux
Melisa Lisa
Breaux DO
NOT SELL
ANY DOG TO
THIS LADY
HE STEALS YOUR LONG LIFE
XPERIENCES THAN RIPS YOU
FF Lafayette Louisiana


WalMart
Business
fraudulent
check
Bentonville
Arkansas


J & S Services
Jeff Wages
Renovation
from Hell
Coldwater
Mississippi

Ripoff Report in the Media


Ripoff Report on
CBS 19


Ripoff Report on
CBS 13 - Global
Marketing Alliance


Ripoff Report on
ABC 15 - Smart
Shopper


Ripoff Report - Girls
Gone Wild


Ripoff Report on
Fox 11 - Car Repair

ee more videos

pecial Features

Doctored
Reviews

What patients don't know
Why Medical Justice's an

nclosed Reviews is designed to
elp patients doctors, and
ebsites understand the problems
eated by Medical Justice, a
ompany trying to restrict online
atient reviews, and to offer some
ays that (a) patients freely talk
bout their healthcare
xperiences.

also alleged that defendants utilized these
services as the purported addresses of individual enrollees."

4Dishonest methods or schemes designed " 'to wrong[ ] one in his property rights,' " or " 'the deprivation of something of value by trick, deceit, chicane or overreaching' " will fulfill the "scheme to defraud" element. McNally v. United States, 483 U.S. 350, 358 (1987) (quoting Hammerschmidt v. United States, 265 U.S. 182, 188 (1924)). "The requirement of specific intent … is satisfied by 'the existence of a scheme which was reasonably calculated to deceive persons of ordinary prudence and comprehension, and this intention is shown by examining the scheme itself.' " Schreiber Distrib. Co. v. Serv-Well Furniture Co., 806 F.2d 1393, 1400 (9th Cir.1986) (quoting United States v. Green, 745 F.2d 1205, 1207 (9th Cir.1984), cert. denied, 474 U.S. 925 (1985) (internal quotations omitted)). The alleged activities easily constitute a scheme to defraud, the method of operation suggests that Appellants exercised the requisite intent to defraud Pan Am, and the "bonus miles" that Appellants fraudulently obtained from Pan Am satisfy the property element of the charged offenses. United States v. Mullins, 992 F.2d 1472, 1475 (9th Cir.1993) (mileage credits convertible to free airline tickets are a "thing of value" and hence property for purposes of the mail and wire fraud statutes), cert. denied, 113 S.Ct. 2997 (1993), and petition for cert. filed, (U.S. July 6, 1993) (No. 93-5096).1 The district court properly denied Appellants' motions to dismiss the indictment.

5II

6We also conclude that the omission of the word "property" from the conspiracy count constitutes an insignificant variance, causing no prejudice to Appellants, rather than an amendment that broadens the indictment. See United States v. Olson, 925 F.2d 1170, 1175 (9th Cir.1991). The indictment's detailed description of the means and overt acts of the conspiracy and its substantive charges of wire and mail fraud by scheme to obtain money or property adequately disclosed the government's theory. The omission of "property" in the conspiracy count did not alter the charging terms of the indictment. Id.

7III

8As to Brent's sentence, we find that his plea agreement contains a waiver of his right to raise this issue on appeal. We acknowledge that a waiver will not prevent an appeal "where the sentence imposed is not in accordance with the negotiated agreement." United States v. Navarro-Botello, 912 F.2d 318, 321 (9th Cir.1990), cert. denied, 112 S.Ct. 1488 (1992). The facts here do not present such a circumstance, however.

9Paragraph 3(a) of the plea agreement twice recognizes a distinction between information regarding the subject of the indictment and information about other criminal activity. First, paragraph 3(a) describes Brent's disclosure obligation as extending to "criminal activities of the defendant which have been the subject of [this indictment]." Two sentences later the agreement precludes determination of a guideline range based on information "involving criminal activity for which he has not been or will not be charged pursuant to this agreement." Together, the two sentences clearly require the disclosure of Brent's criminal activities in the charged offenses without protecting him from the adverse consequences of such disclosure.2 The district court's reliance on information regarding Brent's involvement in the criminal activity for which he entered a plea of guilty was wholly consistent with the plea agreement.

10Nor do we find that the district court's assessment of Brent's role in the offense should have been constrained by the facts set forth in the agreement. Those facts merely "represent the defendant's readily provable offense conduct and specific offense characteristics." We conclude that the sentence imposed is not contrary to the plea agreement and accordingly find that Brent's waiver precludes our review of his sentence.

11IV

12For these reasons, the judgment of the district court is AFFIRMED.

1Because we conclude that the indictment sufficiently charged Appellants with a

goods or services provided can properly we do not address this argument that

Appellants did not cause Pan Am any monetary loss

2 This language distinguishes the present case from those cited by Brent in his supplemental letter brief

We will continue to post ad activity and updates however feel free to use the form below to provide tips to help prevent unsuspecting victims from losing their money. More to come on this.

**Respond to this report!** | File a Rebuttal |

## Report & Rebuttal

**Respond to this report!**     **Also a victim?**     **Repair Your Reputation!**

| File a Rebuttal |     | File a Report |     | Get Started |

## Arbitrate

**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!



DEMOCRACY IS FOR PEOPLE

he government should serve
oters not corporate special
iterests. Public Citizen works to
mpower ordinary citizens, reduce
ie influence of big corporations
n government, open the
overnment to public scrutiny,
nd hold public officials
ccountable for their misdeeds.

BBB

WHAT YOU NEED TO KNOW
BOUT THE BBB. NOT a
overnment agency as listed in
our local phone book. Instead
ie BBB is a private non-profit /
archive operation. 2020:
xposes the BBB, Hamas Terror
roup Gets 'A' Rating - BBB us
inning a "pay for play" scheme.



all businesses receive complaints...



donate now
help keep this site free

Ripoff Report Legal Ads

Ripoff Report Legal
Directory



Thank you!!



| Home | | File a Report | | Consumer Resources | | Search | | Link to Ripoff Report | | Customer Support for Technical Issues | | General Questions and Suggestions |

| Privacy Policy | | Terms of Service | | FAQ | | About Us | | Why Ripoff Report will not release author information! |

| Thank You Emails! | | Corporate Advocacy Program: How to repair your business reputation. | | Ed Magedson - Ripoff Report Founder |

| Want to sue Ripoff Report? | | Donate to our Legal Defense | | BadBusinessBureau.com |

Copyright © 1998-2014, Ripoff Report. All rights reserved.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit C**

Domain Name: offendex.com
Registry Domain ID: 1678385394_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.melbourneit.com
Registrar URL: http://www.melbourneit.com.au
Updated Date: 2013-08-26T08:34:31Z
Creation Date: 2011-09-22T12:32:44Z
Registrar Registration Expiration Date: 2015-09-22T22:32:44Z
Registrar: Melbourne IT Ltd
Registrar IANA ID: 13
Registrar Abuse Contact Email: abuse@melbourneit.com.au
Registrar Abuse Contact Phone: +61.386242300
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Offendex
Registrant Organization:
Registrant Street: PO Box 61359
Registrant City: Sunnyvale
Registrant State/Province: CA
Registrant Postal Code: 94088
Registrant Country: US
Registrant Phone: +1.5105952002
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: contact@myprivateregistration.com
Registry Admin ID:
Admin Name: Admin PrivateRegContact
Admin Organization:
Admin Street: PO Box 61359 registered post accepted only
Admin City: Sunnyvale
Admin State/Province: CA
Admin Postal Code: 94088
Admin Country: US
Admin Phone: +1.5105952002
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: contact@myprivateregistration.com
Registry Tech ID:
Tech Name: TECH PrivateRegContact
Tech Organization:
Tech Street: PO Box 61359 registered post accepted only
Tech City: Sunnyvale
Tech State/Province: CA
Tech Postal Code: 94088
Tech Country: US
Tech Phone: +1.5105952002
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:

Tech Email: contact@myprivateregistration.com
Name Server: NS10.DNSMADEEASY.COM
Name Server: NS15.DNSMADEEASY.COM
Name Server: NS13.DNSMADEEASY.COM
Name Server: NS14.DNSMADEEASY.COM
Name Server: NS11.DNSMADEEASY.COM
Name Server: NS12.DNSMADEEASY.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdrprs.internic.net
>>> Last update of WHOIS database: 2014-01-26T05:20:29Z

TERMS OF USE OF MELBOURNE IT WHOIS DATABASE
The WHOIS database is operated by Melbourne IT Ltd ('we', 'our' or 'us'). Your access to, and use of, our WHOIS database and the information made available on our WHOIS database is subject to these Terms of Use and our Privacy Policy. All information contained in our WHOIS database is provided 'as is'. We take no responsibility for any error or omission in our WHOIS database. The data in our WHOIS database is provided to you for your information only. You may use the information in our WHOIS database only for the purpose of obtaining information about or related to a domain name registration record ('Permitted Purpose'). You agree not to use high-volume, automated electronic processes to access or query our WHOIS database. By submitting a WHOIS query to us, you agree that you will only use the data obtained from a WHOIS query for the Permitted Purpose and for lawful purposes, and that you will not: (a) allow, enable, or otherwise support the transmission of mass, unsolicited, commercial advertising or solicitations by e-mail, telephone, or facsimile; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of any Registry Operator or ICANN-Accredited registrar, except as reasonably necessary to register domain names or modify existing domain name registrations. You also agree that the copying, reproduction, translation, compilation, re-packaging, dissemination or other use of the data in our WHOIS database is prohibited without our prior written consent. We reserve the right to terminate your access to our WHOIS database at any time, and for any reason, including (without limitation) if you fail to comply with any provision of these Terms of Use, or we consider that you are excessively querying our WHOIS database. These Terms of Use may be modified by us at any time without notice by our amending the Terms of Use on this web page. You agree that your use of our WHOIS database following any modification to these Terms of Use will constitute your acceptance of these Terms of Use (as modified from time to time).

Registrar: MELBOURNE IT, LTD. D/B/A INTERNET NAMES WORLDWIDE
Whois Server: whois.melbourneit.com
Creation Date: 22-SEP-2011
Updated Date: 26-AUG-2013
Expiration Date: 22-SEP-2015

Nameserver: NS10.DNSMADEEASY.COM
Nameserver: NS11.DNSMADEEASY.COM
Nameserver: NS12.DNSMADEEASY.COM
Nameserver: NS13.DNSMADEEASY.COM
Nameserver: NS14.DNSMADEEASY.COM
Nameserver: NS15.DNSMADEEASY.COM

Registry Status: clientTransferProhibited

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit E**

# CHASE ⬢

Chase.com | Contact Us | Privacy Notice | En Español |       Search: How can we help you t 🔍       LOG OFF

CHASE ONLINE℠  Saturday, December 07, 2013

My Accounts > Account Activity > Check Details

## Check Details

⊙ Print ○ Help with this page

**I'd like to...**
› See Account Statements

BUSINESSSELECT CHKG (...7322)

Check Number: 1064      Post Date: 02/11/2013      Amount of Check: $570.00

**Front** 🔍  **Enlarge/Reduce Check Image**

CIVIC SENRY LLC DBA WEB EXPRESS
VENTURES
4727 E BELL RD., STE 45-358
PHOENIX, AZ RADIO-2931

02-12  ⁸¹¹⁸318      **1064**

DATE 2-9-13

PAY TO THE ORDER OF  BRENT OESTERGAD      $ 570⁰⁰

Five Hundred Seventy Dollars ━━  DOLLARS

# CHASE ⬢
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑈1221000241⑈  4051073221⑈1064

**Need help printing or saving this check?**

**Back** 🔍  **Enlarge/Reduce Check Image**

JPMorganChaseBank 021 054-9-40068-9208-20010562



**Need help printing or saving this check?**

[ Return to Account Activity ]

Security | Terms of Use | Legal Agreements and Disclosures| AdChoices

© 2013 JPMorgan Chase & Co.

of 1

**CHASE** ◆          Chase.com | Contact Us | Privacy Notice | En Español |          Search: How can we help you t 🔍          LOG OFF

CHASE ONLINE℠ Saturday, December 07, 2013

My Accounts > Account Activity > Check Details

## Check Details                    ○ Print  ○ Help with this page          I'd like to...

▸ See Account Statements

BUSINESSSELECT CHKG (...7322)

Check Number: 1065          Post Date: 02/15/2013          Amount of Check: $929.70

Front 🔍  Enlarge/Reduce Check Image



Need help printing or saving this check?

Back 🔍  Enlarge/Reduce Check Image



Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures| AdChoices ▷

© 2013 JPMorgan Chase & Co.