# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, et al., | No. CV-13-01300-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Brent Oesterblad, et al., | |
| Defendants. | |

The Court has received a Motion to Withdraw as Counsel and a letter from John Doe #7 opposing Ms. Bellucci's withdrawal but complaining about her representation. John Doe #7 has failed to show any legal basis for the Court to refuse to allow Ms. Bellucci's withdrawal as counsel for John Doe #7.

IT IS ORDERED granting Plaintiff's Motion to Withdraw as Counsel for John Doe #7. (Doc. 97)

John Doe #7 requests that the Court appoint the Federal Public Defender to represent him. The Court does not have the authority to do so. John Doe #7 has also requested to proceed pro se and remain under a pseudonym. All filings in a case must be served on all parties or their counsel. This requires that all parties who are unrepresented provide a mailing address. If John Doe #7 wishes to remain in the case and represent himself he will have to provide an acceptable means for both the Court and other parties to communicate with him and to mail him court papers.

IT IS FURTHER ORDERED that John Doe #7 advise the Court in writing within 10 days of the date of this Order whether he will remain a Plaintiff in this case and the name and address to be used for mailing by Court, counsel and defendant.

Dated this 14th day of March, 2014.

_____
Susan R. Bolton
United States District Judge