1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| John Doe, et al., | No. CV-13-01300-PHX-SRB |
|---|---|
| Plaintiffs, | **ORDER** |
| v. | |
| Brent  Oesterblad, et al., | |
| Defendants. | |

The Court has considered Defendant's Motion for Sanctions, Plaintiffs' Response, Defendant's Reply and Plaintiffs' Response to the Court's Order dated March 27, 2014.

IT IS ORDERED denying Defendant's Motion for Sanctions (Doc. 129).

Dated this 10th day of April, 2014.

Susan R. Bolton
United States District Judge