Chuck Rodrick, *pro se*
34522 North Scottsdale Road, #120-467
Scottsdale, AZ 85266
480-250-3838
chuckrodrick@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, et al.,<br>　　　　Plaintiffs,<br>vs.<br>Oesterblad, et al.,<br>　　　　Defendants. | No. CV-13-01300-PHX-SRB<br><br>**NOTICE OF SUPPLEMENTAL DISCLOSURE FOR DEFENDANT CHARLES RODRICK** |

### NOTICE OF SUPPLEMENTAL DISCLOSURE FOR DEFENDANT CHARLES RODRICK

Pursuant to F.R.C.P. 26(a)(3) and the parties' Joint Rule 16 Order, Section G (Dkt. 121), Defendant Charles Rodrick, hereby notifies the Court that he served his Supplemental Disclosures to all parties and/or their counsel of record, via United States Postal Service, postage pre-paid, on May 16, 2014.

Respectfully submitted this 16th May, 2014,

*/s/ Chuck Rodrick*

Chuck Rodrick, Defendant, *pro se*
34522 North Scottsdale Road, #120-467

1

Scottsdale, *AZ* 85266
480-250-3838
chuckrodrick@gmail.com

## CERTIFICATE OF SERVICE

I, Chuck Rodrick, do hereby certify that on this date I caused a true and correct copy of the forgoing document to be placed in a postage-paid envelope and depositing the same in the United States Postal Service addressed to all Parties or their counsel of record on this 16th day of May, 2014.

*[signature]*

Chuck Rodrick, Plaintiff, *pro se*