Chuck Rodrick, *pro se*
34522 North Scottsdale Road, #120-467
Scottsdale, AZ  85266
480-250-3838
chuckrodrick@gmail.com

___ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 19 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____P DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, et al.,<br>        Plaintiffs,<br><br>vs.<br><br>Oesterblad, et al.,<br>        Defendants. | No. CV-13-01300-PHX-SRB<br><br>**DEFENDANT'S NOTICE OF SERVICE OF COPY OF DISCOVERY REQUESTS TO JOHN DOE #7** |

## NOTICE OF SERVICE OF COPY OF DISCOVERY REQUESTS TO JOHN DOE #7

Pursuant to F.R.C.P. 26, Defendant Charles Rodrick, hereby notifies the Court that he served a copy of his Discovery Requests Received from, and sent to, Janice Bellucci, counsel for remaining Plaintiffs, via United States Postal Service, postage pre-paid, on May 16, 2014.

Respectfully submitted this 16th May, 2014,

*[signature]*

Chuck Rodrick, Defendant, *pro se*
34522 North Scottsdale Road, #120-467

1

Scottsdale, AZ  85266
480-250-3838
chuckrodrick@gmail.com

## CERTIFICATE OF SERVICE

I, Chuck Rodrick, do hereby certify that on this date I caused a true and correct copy of the forgoing document to be placed in a postage-paid envelope and depositing the same in the United States Postal Service addressed to all Parties or their counsel of record on this 16th day of May, 2014.

*[signature]*

Chuck Rodrick, Plaintiff, *pro se*

2