1

Chuck Rodrick, *pro se*
34522 North Scottsdale Road, #120-467
Scottsdale, AZ  85266
480-250-3838
chuckrodrick@gmail.com

2

3

4

5

6

7        **IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
8        **DISTRICT OF ARIZONA**

9   John Doe, et al.,                    No. CV-13-01300-PHX-SRB

                        Plaintiffs,
10                                        **DEFENDANT'S OBJECTION**
11  vs.                                   **TO THE WITHDRAW OF**
                                          **JANICE BELLUCCI AS**
12                                        **ATTORNEY FOR JOHN DOE #5**
                                          **AND MOTION FOR AN**
13  Oesterblad, et al.,                   **EVIDENTIARY HEARING AND**
                        Defendants.       **MEMORANDUM OF POINTS AND**
14                                        **AUTHORITIES**
15

16

17

18

19          Defendant Charles Rodrick, hereby submits his objection to the Withdraw of

20  Janice Bellucci as counsel for John Doe #5 and Motion For an Evidentiary Hearing to

21  determine what sanctions, if any, should be imposed upon Ms. Bellucci and/or John Doe

22  #5 for submitting documents known to be false, frivolous and made for improper

23  purposes to this Court in violation of Rule 11(b) of the Federal Rules of Civil Procedure

24  and in support thereof submits his Memorandum of Points and Authorities.

25

26

27

28

1

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.  **FACTS**

On March 20, 2013, Ms. Bellucci, on behalf of the Plaintiffs filed their Original Complaint in the Central District of California. (Dkt 1).  Plaintiffs filed an Amended and Verified Complaint on April 10, 2013. (Dkt. 15).  Plaintiffs' Application for Temporary Restraining Order was filed on April 26, 2013. (Dkt. 19).  The case was transferred to the U.S. District Court for the District of Arizona on June 28, 2013. (Dkt. 62). On April 9, 2014, Janice Bellucci submitted her Motion to Withdraw as counsel for John Doe #5. (Dkt.142). On April 15, 2014, John Doe #5 submitted his Response to Ms. Bellucci's Motion to Withdraw. (Dkt. 149).

In Plaintiff's Amended Complaint, John Doe #5, states:

"10. Plaintiff John Doe #5 is a resident of the City of Seattle, Washington, and a citizen of the United States, and was both at all times mentioned herein and relevant to this action.  Plaintiff John Doe #5 was convicted of a sex-related offense in 1996 in the State of Washington but is **not required to register as a sex offender**.  Information regarding Plaintiff John Doe #5, including his name and photograph, has been publicly posted on privately owned websites, including, but not limited to, SORarchives, Offendex and Online Detective, at all times herein mentioned and relevant to this action.  Plaintiff John Doe #5 did not provide Defendants with prior consent for the posting of any information regarding him, including, but not

2

limited to, his name and photograph.   **Plaintiff John Doe #5 has
requested and paid a fee for removal of his name and photo** from a
privately owned website; however, his name and photo remain on that
website.     Plaintiff John Doe #5 has experienced both emotional and
financial harm, including, but not limited to, injury to his business and
property as a result of the publication of his name and photograph by
Defendants." (Dkt. 15, p. 4, lines 10-21).  (emphasis added).

However, Ms. Bellucci now claims that John Doe #5 has lied and misrepresented the
fact that he is required to register as a sex offender, which is in stark contrast to the
claims in the Amended Complaint.

Ms. Bellucci states in her Declaration:

"2. Subsequent to signing the retainer agreement, John Doe #5 communicated to
me via telephone that he was not required to register as a sex offender and had
never been required to register as a sex offender." [Dkt. 142, p. 2, lines 6-8].

Ms. Bellucci continues in her Declaration:

"4. In the capacity of attorney of record for that case, I drafted an original
complaint for relief which was provided to John Doe #5.  The draft complaint
included the statement that John Doe #5 "was convicted of a sex-related offense
in 1996 in the State of Washington but is not required to register as a sex
offender.

5. John Doe #5 reviewed the draft complaint but did not request that the above statement be revised or removed. John Doe #5 verified the complaint on March 18, 2013." [Dkt. 142, p. 2, lines 11-17].

However, John Doe #5 has submitted an email contrary to Ms. Bellucci's Declaration. In the email, dated March 15, 2013, John Doe #5 stated:

"I actually **do** have to register but I am a level 1 and they can not post me up on the county sor site. So this part needs to be changed: "but is not required to register as a sex offender." [Dkt. 149, p. 17]. (emphasis added).

Regarding the Amended Complaint, Ms. Bellucci states in her Declaration:

"7. As attorney of record in that case, I drafted an amended complaint for relief which was provided to John Doe #5. The draft amended complaint included the statement that John Doe #5 "was convicted of a sex-related offense in 1996 in the State of Washington but is not required to register as a sex offender.

9. The amended and verified complaint, which included the statement that John Doe "was convicted of a sex-related offense in 1996 in the State of Washington but is not required to register as a sex offender", was filed on April 10, 2013." [Dkt. 142, p. 2-3, lines 21-24; 7-9].

Even though, Ms. Bellucci was notified via email from John Doe #5 on March 15, 2013, that he was required to register as a sex offender, Ms. Bellucci still claimed

that he was **not** required to register, which is a knowingly false and frivolous statement made for an improper purpose.

In regards to the TRO filed on behalf of the Plaintiffs, Ms. Bellucci stated in her declaration:

"10. I prepared a draft declaration for John Doe #5 in support of an ex parte application for a temporary restraining order (TRO). The draft declaration included the statement, "I am not required to register as a sex offender nor have I ever been required to register as a sex offender."

11. John Doe #5 reviewed the draft declaration, but did not request any changes to the above statement in that declaration. John Doe #5 signed the declaration on April 24, 2013... The declaration of John Doe #5 supported Plaintiffs' Application for Temporary Restraining Order which was filed on April 26, 2013." [Dkt. 142, p. 3, lines 10-16].

John Doe #5 swears that he is not lying and that he did in fact inform Ms. Bellucci that the verbiage in the Amended Complaint and the TRO needed to be changed. John Doe #5 supplied emails sent to Janice Bellucci to support his claims. [Exhibit 1, Dkt. 149, p. 17]. John Doe #5 has even posted on his website, offendextortion.com, that Ms. Bellucci is incompetent and is lying about the chain of events. [Exhibit 2].

In his April 7, 2014, sworn deposition, John Doe #5 stated:

"Q. Can you please read line 7, please?

A.   "I am not required to register as a sex offender nor have I ever been required to register as a sex offender."

Q.   Is that statement true or false?

A.   That would be an incorrect statement." [Exhibit 3]

What is even more disturbing is the fact that Ms. Bellucci fails to mention is that John Doe #5 admitted in his April 7, 2014, Sworn Deposition that **he told Ms. Bellucci that he** never **paid a fee for the removal of his name and photo from the websites in question.**   The Amended Compliant clearly states that "**Plaintiff John Doe #5 has requested and paid a fee for removal of his name and photo** from a privately owned website" [Dkt. 15, p. 4, lines 17-19].   In his April 7, 2014, sworn deposition, John Doe #5, stated:

"A.   I believe that there was a misunderstanding. That's not what I told my attorney.

Q.   How is it a misunderstanding?

A.   Because it's not -- that's not correct. That's not what happened.

Q.   So this is a false statement in a federal document?

A.   This is a mistake in a federal document." [Exhibit 4]

Ms. Bellucci makes no mention of this false statement in her Motion to Withdraw, but it is clearly evident that there is more than one false claim in the Amended Complaint.

6

## II. <u>LAW</u>

Rules 11 of the Federal Rules of civil Procedure are very clear about the signing of Pleadings and Representations to the Court.

"Rule 11. Signing Pleadings, Motions, and Other Papers; Representations to the Court; Sanctions

(b) REPRESENTATIONS TO THE COURT. By presenting to the court a pleading, written motion, or other paper—whether by signing, filing, submitting, or later advocating it, an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) **<u>it is not being presented for any improper purpose</u>**, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defenses, and other legal contentions are warranted by existing law or **<u>by a non-frivolous argument</u>** for extending, modifying, or reversing existing law or for establishing new law;

(3) **<u>the factual contentions have evidentiary support</u>** or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

(c) SANCTIONS. (1) *In General.*

If, after notice and a reasonable opportunity to respond, the court determines that Rule 11(b) has been violated, the court may impose an appropriate sanction on any attorney, law firm, or party that violated the rule or is responsible for the violation. Absent exceptional circumstances, a law firm must be held jointly responsible for a violation committed by its partner, associate, or employee."

The Ninth Circuit has recognized that the 1983 amendments to Rule 11 were part of an across the board effort by the courts and Congress to encourage sanctions. *Zalvidar v. City of Los Angeles*, 780 F.2d 823, 829 n.5 (9th Cir. 1986). The Ninth Circuit has established that sanctions *must* be imposed on the signer of a paper if either (1) the paper is "frivolous" or (2) the paper is filed for an improper purpose. *Townsend v. Holman Consulting Corp.*, 914 F.2d 1136 (9th Cir. 1990) *(Townsend* I). The Ninth Circuit has further divided the frivolousness prong into two parts: (1) filings that are factually frivolous; or (2) filings that are not warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law. *Maisonville v. F2 America, Inc.*, 902 F.2d 746, 748 (9th Cir. 1990); *Business Guides, Inc. v. Chromatic Communications Enterprises*, 892 F.2d 802, 808-809 (9th Cir. 1989); *Zaldivar v. City of Los Angeles*, 780 F.2d 823, 830-31 (9th Cir. 1986). Finally, the Ninth Circuit has found that a violation of either the frivolousness prong or the improper purpose prong is sufficient to sustain sanctions. *Townsend II*, 914 F.2d 1136, 1140.

In this immediate action, it is clear that Ms. Bellucci has violated both the frivolousness and the improper prongs and an evidentiary hearing is warranted.

## III.   **CONCLUSION**

There is more than enough evidence to substantiate the fact that something is definitely wrong here.  Ms. Bellucci and John Doe #5 deliberately and knowingly filed false and frivolous statements, not once, not twice, but in three separate filings with this Court, thus constituting an improper purpose in these filings and warranting an evidentiary hearing.

Ms. Bellucci was made aware well over a year ago, on March 15, 2013, that John Doe #5 **is** required to register as a sex offender and that he **never** paid a fee for the removal of his information from the websites in questions, yet Ms. Bellucci continued on with her falsified and frivolous claims on a quest with nothing but improper purposes and malice at heart.

Defendant Rodrick would not have become aware of this deception if it had not been discovered in the sworn deposition of John Doe #5 and it is abundantly clear that Ms. Bellucci would have continued her charade with cunning deception.

Even more alarming, is that at this point it is unclear as to the depth of Ms. Bellucci's deception and if more claims filed on behalf of the Plaintiffs she represents are false, frivolous and made for improper purposes.

**WHEREFORE**, Defendant Rodrick respectfully request this court order and evidentiary hearing to determine, what sanctions, if any, are warranted or in the alternative dismiss this action in its entirety due to the deliberate, deceptive and frivolous actions of Ms. Bellucci.

Respectfully submitted this 19th day of May, 2014,


Chuck Rodrick, Defendant, *pro se*
34522 North Scottsdale Road, #120-467
Scottsdale, *AZ* 85266
480-250-3838
chuckrodrick@gmail.com

## CERTIFICATE OF SERVICE

I, Chuck Rodrick, do hereby certify that on this date I caused a true and correct copy of

the forgoing document to be placed in a postage-paid envelope and depositing the same

in the United States Postal Service addressed to all Parties or their counsel of record on

this 19th day of May, 2014.


Chuck Rodrick, Plaintiff, *pro se*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 1

**From:** Janice <jmbellucci@aol.com>
**To:** adamg846 <adamg846@aol.com>
**Subject:** Re: Revised declaration
**Date:** Thu, Apr 25, 2013 9:09 am

Thanks, Adam! I have received signed declaration.

*Janice M. Bellucci*
*Attorney-at-Law*
*571 Hartnell Road*
*Santa Maria, CA  93455*
*(805) 896-7854*
-----Original Message-----
From: Adam G. <adamg846@aol.com>
To: jmbellucci <jmbellucci@aol.com>
Sent: Thu, Apr 25, 2013 12:07 am
Subject: Re: Revised declaration

Line 4 still says that I do not have to register. I still have to register I am no longer on the county's SO site. I
signed and have sent it off to you and you can make the changes, I just wanted to get the signature to you.
Thank you Janice.
  Adam G.
-----Original Message-----
From: Janice <jmbellucci@aol.com>
To: adamg846 <adamg846@aol.com>
Sent: Wed, Apr 24, 2013 9:21 pm
Subject: Revised declaration

*Janice M. Bellucci*
*Attorney-at-Law*
*571 Hartnell Road*
*Santa Maria, CA  93455*
*(805) 896-7854*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 2

1

5/16/2014                                    Fwd: Janice Bellucci Embelished Court Documents - LIES



ATTORNEYS PAGE  |  Related Story  |  WERE BACK! A Message From Adam

# Betrayed

🔲 Anonymous  📅 April 14, 2014  🔲 Uncategorized  💬 Comments

An update for the Federal lawsuit. As many of you may know by now Ms. Belluci is trying to release herself from representing me. She went about it in a very evil way and my belief is that is not going to be good for her, I started this federal lawsuit many of you would not be a part of it if it was not for me. Do I deserve to be disrespected?? Belluci's outright ridiculous claims are that I lied to her. The problem is that I have the evidence that proves otherwise. Shortly the judge will be receiving this information as I have mailed off my rebuttal. Now if for some bizarre reason the judge decides in Ms. Belluccis favor this does not mean that I will no longer be in the case. What it means is that bellucci will no longer be my attorney. I will be pro se until I get a new attorney (Just clearing up the confusion) As the leader in this Federal lawsuit at this point I do not feel that it is appropriate to withdraw my strong claims.  I have no intentions of harming any of the other doe's in this case. However I will let it be known that Ms. Belluccci has time and time again show her incompetence in this case. She has even withdrawn from this case once before laving us scrambling to find a new attorney. Does a good attorney continue to make mistakes? Is a good attorney vindictive? If I had my choice I would ask that belucci resign and that we find competent representation. Once again as the leader and you can mark my words this case is headed for disaster if we allow Bellucci to continue being our attorney. Please Chime in and tell me what you think

John Doe #5 MORE TO COME.....

Updated: April 14, 2014 — 9:02 am

---

DONATION BUTTON

Donate
[PayPal] [VISA] [MC] [AMH]

### April 2014

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |   |   |   |   |

« Mar

## Archives

Select Month  ▾

## Categories

Select Category  ▾

## Categories

Select Category  ▾

Search for:  Search →

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit 3**

1

Adam Galvez                                          April 7, 2014

1              IN THE UNITED STATES DISTRICT COURT

2                          FOR THE

3                    DISTRICT OF ARIZONA

4

5

6

    John Doe, et al.,                    )
7                                        )
                   Plaintiff,            )
8                                        )  Case No.
        vs.                              )  CV-13-01300-PHX-SRB
9                                        )
    Brent Oesterblad, et al.,            )
10                                       )
                   Defendants.           )
11

12

13

14              DEPOSITION OF ADAM GALVEZ

15              Taken April 7, 2014
             600 University Street, Suite 320
16                Seattle, Washington

17

18

19

20

21

22

23

24  Reported by:
    MARK HOVILA
25  CCR No. 2599

Adam Galvez                                          April 7, 2014

1    signature?

2         A.    Yes, it is.

3         Q.    Your attorney filed this document?

4         A.    Correct.

5         Q.    With the federal court?

6         A.    Yes.

7         Q.    You signed it?

8         A.    Yes, I did.

9         Q.    Do you recognize the document now?

10        A.    Yes, I know what the document is.

11        Q.    And what is it?

12        A.    It is the Declaration of Adam Galvez in

13   Support of Ex Parte Application for Temporary

14   Restraining Order and Order to Show Cause Re Preliminary

15   Injunction.

16        Q.    Page 2.  It's going to be line 7.  If you go

17   all the way to the left of the document, and go down to

18   7.

19        A.    Uh-huh.

20        Q.    Can you please read line 7, please?

21        A.    "I am not required to register as a sex

22   offender nor have I ever been required to register as a

23   sex offender."

24        Q.    Is that statement true or false?

25        A.    That would be an incorrect statement.

Adam Galvez                                            April 7, 2014

Page 201

1                    C E R T I F I C A T E

2    STATE OF WASHINGTON    )

3                           )  ss.

4    COUNTY OF KING         )

5

6           I, the undersigned Washington Certified Court
     Reporter hereby certify that the foregoing deposition
     upon oral examination of ADAM GALVEZ was taken
7    stenographically before me on April 7, 2014, and
     transcribed under my direction;

8

9           That the witness was duly sworn by me
     pursuant to RCW 5.28.010 to testify truthfully;

10          That the transcript of the deposition is a
     full, true, and correct transcript to the best of my
11   ability;

12          That I am neither attorney for, nor a relative
     or employee of, any of the parties to the action or any
13   attorney or counsel employed by the parties hereto, nor
     financially interested in its outcome;

14

15          I further certify that in accordance with CR
     30(e), the witness was given the opportunity to examine,
     read, and sign the deposition, within 30 days, upon its
16   completion and submission, unless waiver of signature
     was indicated in the record.

17

18          IN WITNESS WHEREOF, I have hereunto set my
     hand this date:  April 17, 2014

19

20

21

22

23

24   _____
     Mark Hovila
     Washington Certified Court Reporter No. 2599
25   License valid through October 4, 2014

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com      206.622.6661 * 800.657.1110   FAX: 206.622.6236

Adam Galvez                                           April 7, 2014

Page 202

1

2                    C H A N G E   S H E E T

3    PLEASE MAKE ALL CHANGES OR CORRECTIONS ON THIS SHEET,
     SHOWING PAGE, LINE AND REASON.
4    ─────────────────────────────────────────────────────────
     PAGE   LINE            CORRECTION AND REASON
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24                     ─────────────────────────────────────
                       ADAM GALVEZ
25                     Taken:  April 7, 2014

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 4

1

Adam Galvez                                              April 7, 2014

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                           FOR THE

 3                     DISTRICT OF ARIZONA

 4

 5

 6
     John Doe, et al.,                   )
 7                                       )
                 Plaintiff,              )
 8                                       )  Case No.
         vs.                             )  CV-13-01300-PHX-SRB
 9                                       )
     Brent Oesterblad, et al.,           )
10                                       )
                 Defendants.             )
11

12

13

14               DEPOSITION OF ADAM GALVEZ

15                  Taken April 7, 2014
               600 University Street, Suite 320
16                  Seattle, Washington

17

18

19

20

21

22

23

24   Reported by:
     MARK HOVILA
25   CCR No. 2599
```

Adam Galvez                                          April 7, 2014

1           MS. BELLUCCI:  I'm going to object to the form

2    of that question as argumentative and speculative.

3    Please answer.

4           A.    I would say you're lying.

5           Q.    Where else does your record appear?

6           A.    Nowhere else.

7                 (Exhibit 11 marked)

8           Q.    In front of you is Exhibit 11.  Do you

9    recognize this document?

10          A.    Yes.  This document is an amended and verified

11   complaint for relief.

12          Q.    Please go to page 4.  Please read line 18.

13          A.    "John Doe #5 has requested and paid a fee for

14   removal of his name and a photo from a privately owned

15   website; however, his name and photo remain on that

16   website."

17          Q.    Is that a true statement?

18          A.    That would be a misunderstanding.

19          Q.    Another misunderstanding?

20          A.    That is correct.  We do not have all of the --

21   I'm not going to elaborate.  That's a misunderstanding.

22          Q.    Please elaborate.

23          A.    I've given you my answer.

24          Q.    Did your attorney write this?

25          A.    My attorney wrote this, correct.

Adam Galvez                                      April 7, 2014

Page 95

1      Q.   You reviewed this before she filed it?

2      A.   Well, of course I read it.  If I signed it, I

3   read it.  I'm going to see if I signed this document.

4      Q.   Did you tell your attorney that you paid a fee

5   for removal?

6      A.   No, I did not tell my attorney that.  Or I

7   explained to my attorney -- there's other Does in this

8   case, so there could be some confusion.  I explained to

9   my attorney that it would cost me upwards of 500 to

10   $1000 to have my name removed from --

11      Q.   Can you please read the line again?

12      A.   -- your website.  "John Doe #5 has requested

13   and paid a fee for removal of his name and photo from a

14   privately owned website; however his name and photo

15   remain on that website."

16      Q.   Is that what you told your attorney?

17      A.   I believe that there was a misunderstanding.

18   That's not what I told my attorney.

19      Q.   How is it a misunderstanding?

20      A.   Because it's not -- that's not correct.

21   That's not what happened.

22      Q.   So this is a false statement in a federal

23   document?

24      A.   This is a mistake in a federal document.

25      Q.   Please go to page 8.  Read line 16, please.

Adam Galvez                                          April 7, 2014

Page 201

```
 1                C E R T I F I C A T E

 2   STATE OF WASHINGTON  )

 3                        )  ss.

 4   COUNTY OF KING       )

 5
             I, the undersigned Washington Certified Court
 6   Reporter hereby certify that the foregoing deposition
     upon oral examination of ADAM GALVEZ was taken
 7   stenographically before me on April 7, 2014, and
     transcribed under my direction;
 8
             That the witness was duly sworn by me
 9   pursuant to RCW 5.28.010 to testify truthfully;

10           That the transcript of the deposition is a
     full, true, and correct transcript to the best of my
11   ability;

12           That I am neither attorney for, nor a relative
     or employee of, any of the parties to the action or any
13   attorney or counsel employed by the parties hereto, nor
     financially interested in its outcome;
14
             I further certify that in accordance with CR
15   30(e), the witness was given the opportunity to examine,
     read, and sign the deposition, within 30 days, upon its
16   completion and submission, unless waiver of signature
     was indicated in the record.
17
             IN WITNESS WHEREOF, I have hereunto set my
18   hand this date:  April 17, 2014

19

20

21

22

23
     _____
24   Mark Hovila
     Washington Certified Court Reporter No. 2599
25   License valid through October 4, 2014
```

Adam Galvez                                                    April 7, 2014

                                                              Page 202

1

2                        C H A N G E   S H E E T

3     PLEASE MAKE ALL CHANGES OR CORRECTIONS ON THIS SHEET,
      SHOWING PAGE, LINE AND REASON.
4     _____
      PAGE   LINE              CORRECTION AND REASON
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    _____
      ADAM GALVEZ
25    Taken:  April 7, 2014