Janice M. Bellucci, Esq., SBN 108911
LAW OFFICE OF JANICE M. BELLUCCI
235 East Clark Avenue, Suite C
Santa Maria, California 93455
Tel:   (805) 896-7854
Fax:   (805) 349-8872
JMBellucci@aol.com

Attorneys for Plaintiffs John Doe#1, John Doe #2, John Doe #3, John Doe # 4, John Doe # 5, John Doe # 6, John Doe # 8, Jane Doe #9, Jane Doe #10

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN DOE #1, et al.<br><br>       Plaintiffs,<br><br>vs.<br><br>BRENT OESTERBLAD, et al.,<br><br>       Defendants. | CASE NO. CV13-01300-PHX-SRB<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENT TO INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(e)**<br><br>HONORABLE SUSAN R. BOLTON |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

YOU ARE HEREBY NOTIFIED THAT Plaintiffs have supplemented initial disclosures pursuant to Federal Rule of Civil Procedures 26(e).  Plaintiffs transmitted supplemental initial disclosures to Defendant Rodrick and to John Doe #7 via E-mail and U.S. mail on June 3, 2014.

Dated: June 3, 2014                    LAW OFFICE OF JANICE M. BELLUCCI


                                       By:   /S/*Janice M. Bellucci*
                                             Janice M. Bellucci
                                             Attorney for Plaintiffs

PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18; I am a resident of the County of San Luis Obispo, State of California, and not a party to the above-entitled cause. On June 3, 2014, I served a true copy of the within **PLAINTIFFS' NOTICE OF SUPPLEMENT TO INITIAL DISCLOSURES PURSUANTTO FEDERAL RULE  OFCIVIL PROCEDURE 26(e)** via United States Postal Service, as follows:

Chuck Rodrick
34522 N Scottsdale Rd #120-467
Scottsdale AZ  85266

E. Keith Johnson
P.O. Box 5901
Johnson City, TN  37602

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on this 3rd day of June, 2014, in Santa Maria, California.

_____
MAMIE PAGE