Janice M. Bellucci, Esq., SBN 108911
LAW OFFICE OF JANICE M. BELLUCCI
235 East Clark Avenue, Suite C
Santa Maria, California  93455
Tel:     (805) 896-7854
Fax:     (805) 349-8872
JMBellucci@aol.com

Attorneys for Plaintiffs John Doe#1, John Doe #2, John Doe #3, John Doe # 4, John Doe # 5, John Doe # 6, John Doe # 8, Jane Doe #9, Jane Doe #10

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN DOE #1, et al.<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>BRENT OESTERBLAD, et al.,<br><br>　　　　　　　Defendants. | CASE NO. CV13-01300-PHX-SRB<br><br>**PLAINTIFFS' NOTICE OF WITNESS IDENTIFICATION**<br><br>HONORABLE SUSAN R. BOLTON |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　　YOU ARE HEREBY NOTIFIED THAT Plaintiffs have identified all persons who may be used at trial to present evidence under Fed.R.Evid. 701, 702, 703, 704 and 705.  Plaintiffs transmitted identification of witnesses to Defendant Rodrick and to John Doe #7 via E-mail and U.S. mail on June 3, 2014.

Dated:  June 3, 2014　　　　　　　　　　　LAW OFFICE OF JANICE M. BELLUCCI


　　　　　　　　　　　　　　　　　　　　By:　　/S/*Janice M. Bellucci*　　　　　
　　　　　　　　　　　　　　　　　　　　　　 Janice M. Bellucci
　　　　　　　　　　　　　　　　　　　　　　 Attorney for Plaintiffs

PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18; I am a resident of the County of San Luis Obispo, State of California, and not a party to the above-entitled cause. On June 3, 2014, I served a true copy of the within **PLAINTIFFS' NOTICE OF WITNESS IDENTIFICATION** via United States Postal Service, as follows:

Chuck Rodrick
34522 N Scottsdale Rd #120-467
Scottsdale AZ  85266

E. Keith Johnson
P.O. Box 5901
Johnson City, TN  37602

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on this 3rd day of June, 2014, in Santa Maria, California.

_____
MAMIE PAGE