IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe #1, et al., ) | No. CV-13-01300-PHX-SRB |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| Brent Oesterblad, et al., ) | |
| Defendants. ) | |

IT IS ORDERED setting Telephonic Discovery Dispute Hearing on **June 23, 2014, at 11:00 a.m.** The parties are advised that cell phones and speaker phones are not permitted.

DATED this 5th day of June, 2014.

_____
Susan R. Bolton
United States District Judge