# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, et al., | No. CV-13-01300-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Brent Oesterblad, et al., | |
| Defendants. | |

On March 27, 2014, Plaintiffs filed a Motion to Reveal Ghost Writer of *Pro Se* Litigant Charles Rodrick; Request for Verification Pursuant to FRCP11; Alternatively for Contempt Sanctions. As of this date, no responsive memorandum has been filed. LRCiv 7.2(i) provides in part "if the opposing party does not serve and file the required answering memorandum, ...such noncompliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." Pursuant to this rule, the Court deems Defendant Charles Rodrick's failure to serve and file the required answering memorandum a consent to the granting of Plaintiffs' Motion to Reveal Ghost Writer of *Pro Se* Litigant Charles Rodrick; Request for Verification Pursuant to FRCP11; Alternatively for Contempt Sanctions Dismiss.

IT IS ORDERED granting Plaintiffs' Motion to Reveal Ghost Writer of *Pro Se* Litigant Charles Rodrick; Request for Verification Pursuant to FRCP11; Alternatively for Contempt Sanctions  (Doc. 136).

1       IT IS FURTHER ORDERED that Defendant Rodrick provide the names of all persons who have assisted him in preparing any documents filed by him since November 19, 2013, within 10 days of the date of this Order.

      IT IS FURTHER ORDERED that if Defendant Rodrick fails to provide such information within 10 days his answer shall be stricken and his default entered without further notice.

      Dated this 30th day of June, 2014.

_____
Susan R. Bolton
United States District Judge