**NOT FOR PUBLICATION**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, et al., | No. CV-13-01300-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Brent Oesterblad, et al., | |
| Defendants. | |

At issue are Janice Bellucci's Motion to Withdraw as Counsel ("MTW") (Doc. 142) and Defendant's Objection to the Withdraw [sic] of Janice Bellucci as Attorney for John Doe #5 and Motion for an Evidentiary Hearing and Memorandum of Points and Authorities ("Def.'s Mot.") (Doc. 163).

Ms. Bellucci seeks to withdraw from representing John Doe 5, alleging that he told her that he was never required to register as a sex offender, which she learned was false when he admitted that he was required to register during his deposition. (MTW at 3-4.) John Doe 5 responded to the Motion and argues that he signed a version of the Complaint that correctly stated that he did have to register as a sex offender and alerted Ms. Bellucci that other documents she intended to file were false in stating that he did not have to register as a sex offender. (Doc. 149, Sealed Resp. To MTW ("Resp.") at 1.) He also attached a copy of the Complaint he signed and copies of emails he sent to Ms. Bellucci notifying her that he was required to register as a sex offender and requesting that she correct statements saying the opposite in certain documents that form the basis of Ms. Bellucci's Motion. (*See id.*, Exs. A-C.)

Under the Local Rules, Ms. Bellucci may not withdraw without a showing of good cause because this case has already been set for trial in March 2015 and her client does not consent. LRCiv. 83.3(b)(3)(B). The Court looks to the Arizona Rules of Professional Conduct to determine what good cause means. *See* LRCiv. 83.2(e) (stating that the Arizona Rules of Professional Conduct "shall apply to attorneys admitted or otherwise authorized to practice before" the Court). Rule 1.16(b) allows lawyers to withdraw if:

> (1) withdrawal can be accomplished without material adverse effect on the interests of the client;
>
> (2) the client persists in a course of action involving the lawyer's services that the lawyer reasonably belies is criminal or fraudulent;
>
> (3) the client has used the lawyer's services to perpetrate a crime or fraud;
>
> (4) the client insists upon taking action that the lawyer considers repugnant or with which the lawyer has a fundamental disagreement;
>
> (5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;
>
> (6) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or
>
> (7) other good cause for withdrawal exists.

Ms. Bellucci argues that John Doe 5 violated their retainer agreement by being untruthful or not cooperating with her and that she notified him of her intention to withdrawal as a result. (MTW at 4.) Based on the evidence currently before it, the Court cannot find by a preponderance of the evidence that John Doe 5 lied to Ms. Bellucci or did anything else that would justify her withdrawal as his attorney of record. Indeed, the evidence suggests, if anything, that Ms. Bellucci may have violated her duties to both her client and the Court. *See* Ariz. R. Prof. Conduct 1.1 (competence), 3.1 (meritorious claims), 3.3 (candor toward the tribunal). Because Ms. Bellucci has not shown any good cause for withdrawing as John Doe 5's attorney of record, the Court denies her Motion to do so. The Court also denies Defendant's Motion, which it interprets as a motion for sanctions under Federal Rule of Civil Procedure 11, because Defendant has offered no

///

1  proof that he complied with that Rule's safe harbor provision. *See* Fed. R. Civ. P.
2  11(c)(2).
3      **IT IS ORDERED** denying Janice Bellucci's Motion to Withdraw as Counsel
4  (Doc. 142).
5      **IT IS FURTHER ORDERED** denying Defendant's Objection to the Withdraw
6  [sic] of Janice Bellucci as Attorney for John Doe #5 and Motion for an Evidentiary
7  Hearing and Memorandum of Points and Authorities (Doc. 163).

    Dated this 1st day of July, 2014.

_____
Susan R. Bolton
United States District Judge