# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Brent Oesterblad, et al.,<br><br>　　　　　　Defendants. | No. CV-13-01300-PHX-SRB<br><br>**ORDER** |

IT IS ORDERED setting a Telephonic Discovery Dispute Hearing on **August 4, 2014, at 11:30 a.m.** The parties are advised that cell phones and speaker phones are not permitted.

Dated this 22nd day of July, 2014.

_____
Susan R. Bolton
United States District Judge