1    Janice M. Bellucci, Esq., SBN 108911
     LAW OFFICE OF JANICE M. BELLUCCI
2    235 East Clark Avenue, Suite C
     Santa Maria, California  93455
3    Tel:    (805) 896-7854
     Fax:   (805) 928-8736
4    JMBellucci@aol.com

5    Attorney for Plaintiffs

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9

10                              **DISTRICT OF ARIZONA**

11   JOHN DOE #1, et al.,                      CASE NO. CV13-01300-PHX-SRB

12                        *Plaintiffs*,
                                               **PROOF OF SERVICE OF**
13   vs.                                       **COURT ORDER RE DISCOVERY**

14   BRENT OESTERBLAD, et al.,

15                        *Defendants*.

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18; I am a resident of the County of Santa Barbara, State of California, and not a party to the above-entitled cause.  On July 24, 2014, I served a true copy of the **ORDER SETTING TELEPHONIC DISCOVERY DISPUTE [for August 4, 2014]** via email as follows:

Chuck Rodrick
34522 N Scottsdale Rd #120-467
Scottsdale AZ  85266
chuckrodrick@gmail.com

E. Keith Johnson
P.O. Box 5901
Johnson City, TN  37602
ekeithjohnson@gmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on this 24th day of July, 2014, in Santa Maria, California.

JANICE M. BELLUCCI