Charles Rodrick, *pro per*
34522 North Scottsdale Road, #120-467
Scottsdale, AZ 85266
480-250-3838
chuckrodrick@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, et al.,<br>Plaintiffs,<br><br>vs.<br><br><br>Oesterblad, et al.,<br>Defendants. | No. CV-13-01300-PHX-SRB<br><br>**DEFENDANT'S SUPPLEMENT TO DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR MISCELLANEOUS RELIEF** |

Defendant Rodrick, hereby submits his Supplement to Defendant's Objection to Plaintiffs' Motion For Extension of Time to Response to Defendant's Motion For Miscellaneous Relief (Dkt. 181 and 177) and Memorandum in Support. In support of this Supplement, Defendant Rodrick shows the Court as follows:

**MEMORANDUM IN SUPPORT OF OBJECTION**

**I.    The Court Should Deny Plaintiffs' Motion For Extension of Time to Respond to Defendant's Motion for Miscellaneous Relief**

Plaintiffs' Motion For Extension of Time to Respond to Defendant's Motion for Miscellaneous Relief ("Plaintiffs Motion") is nothing more than a rouse to try and, once again, mislead this Court. While Plaintiffs are clearly trying to make a decision for this

1

Court, it is not up to them to decide the facts of the case and whether or not Defendant fully complied with this Court's June 30, 2014, Order (Dkt. 175) – it is up to the Court.

Defendant Rodrick fully complied with this Court's June 30, 2014, Order, and as mandated and supplied this to Court the of the names **all** of persons since, November 19, 2013, who have helped him in any way in regards to this immediate action (Dkt. 178). The Plaintiffs and Ms. Bellucci are under the delusional assumption that it takes a Law Degree to write a legal pleading. If that were the case, then perhaps Ms. Bellucci, herself, could follow the Federal Rules of Civil Procedure, the Arizona Local Rules of Federal Civil Procedure and the ECF Rules.

Obviously by the Plaintiffs and Ms. Bellucci's inept ability to follow simple rules, it does not take a Law Degree to read, write or do research, as they continually fail time after time to get their Proposed Orders submitted in the correct format per the ECF Handbook and the Arizona Local Rules of Federal Procedure located on the Arizona US District Courts website: http://www.azd.uscourts.gov/local-rules

". PROPOSED ORDERS AND ORDERS

1. Proposed Orders

   a. Except as provided in this section, electronically submitted proposed orders must be included as an attachment to the motion or stipulation. Additionally, following the filing of the motion or stipulation, a proposed order in WordPerfect or MS Word format and .pdf version of the motion or stipulation must be sent to the court in a separate, non-ECF generated e-mail message

addressed to the appropriate chambers as set forth under subpart c of this section. The sender must not copy any other counsel or party on the e-mail message. **The proposed order must not contain any form of signature line or block for the judge**. (emphasis added). (NOTE: In Tucson criminal cases, counsel must not submit proposed orders to continue trial, sentencing or disposition hearing.)"

Arizona Federal Local Rule 7.1, which can also be found on the Arizona US Districts Court website provides, in pertinent parts, that:

"Title III. Pleadings and Motions

F.R.Civ.P. 7. Pleadings Allowed; Form of Motions and Other Papers

LRCiv 7.1

FORMS OF PAPERS

(b) Pleadings and Other Papers.

(3) Proposed orders prepared for the signature of a United States District Judge or a Magistrate Judge must be prepared on a separate document containing the heading data required by subparagraphs (a)(2) and (3) above as appropriate, and must not be included as an integral part of stipulations, motions, or other pleadings. **The proposed order must not contain any information identifying the party submitting the order** and must not incorporate by reference, but rather must set forth the relief requested or the terms of the parties' stipulation. Proposed orders submitted electronically must not contain a date or signature block."

The fact that Defendant Rodrick only has a 10th grade educational level is in no way is a measure of his ability to read, write, preform research and prepare a legal pleading, nor is it a measure of his intelligence. The fact that Defendant Rodrick properly cites Federal Rules of Civil Procedure, case laws, follows the Federal Rules of Civil Procedure and the Arizona Local Rules of Civil Procedure only proves that he, unlike, the Plaintiffs and Ms. Bellucci, is capable of following the rules and coherently drafting legal pleadings that is not frivolous and without merit and in utter bad faith.

It is clear that the Plaintiffs' and Ms. Bellucci's intention, when they filed the Plaintiffs' Motion, was for nothing more than to harass Defendant Rodrick. This Motion is frivolous and has absolutely no merit whatsoever. The Plaintiffs and Ms. Bellucci have supplied no proof of their crazed allegations and are hoping that this Court will look beyond the scope of reality and somehow make sense of their ranting. The fact of the matter is that **there is no ghost writer and there never has been.** This is simply a figment of Ms. Bellucci's imagination and a tactic to try and divert her own shortcomings and the filing of false claims in her pleadings.

In addition, again, Defendants' Motion for Miscellaneous Relief has absolutely nothing to do with this Court's Order regarding the revealing of the alleged and non-existent ghost writer that seems to be plaguing Plaintiffs' Counsel and it provides no specific time for the extension; they are simply hoping for a blank check from this Court in which to respond and therefore Plaintiffs' Motion should be denied in its entirety.

4

## II. Conclusion

Enough is Enough. There is **no** ghost writer. Defendant Rodrick's educational level has no bearing whatsoever on his ability to read, write, do research and draft legal pleadings. It is also clear that the Plaintiffs and Ms. Bellucci have drawn a line in the sand and waged war against Defendant Rodrick and will continue to file frivolous and misleading pleadings with this Court unless they are stopped. Plaintiffs are purely misusing this Court to continue to harass Defendant Rodrick and supplied zero evidence to support their ridiculous allegations, because none exists.

Plaintiffs have failed on several levels to try and mislead this Court and then attempted to shift the blame to Defendant Rodrick and draw attention away from their negligence by filing a frivolous, perjurious and an incomprehensible pleading. The Plaintiffs did not act in good faith, did make a good faith effort and are negligent in their failure to comply with the Federal Rules of Civil Procedure therefore Plaintiffs' Motion should be denied in its entirety.

**WHEREFORE**, for the reasons set forth above, Defendant Rodrick respectfully requests that Plaintiffs' Motion be denied in its entirety and that the Plaintiffs be directed to respond to Defendant's Motion For Miscellaneous Relief in the time prescribed by the Federal Rules of Civil Procedure.

In addition, Defendant Rodrick respectfully requests that this Honorable Court will allow for leniency in the filing of Defendants' Objection Plaintiff's' Motion, as Defendant Rodrick is a not learned attorney and is not afforded the same legal resources

as a learned attorney and does not have access to the same law materials as a learned attorney, nor can he afford to hire a learned attorney, **nor is he using a ghost writer in any of his pleadings**. "The court noted that pro se plaintiffs should be afforded "special solicitude"." *Rabin v. Dep't of State*, No. 95-4310, 1997 U.S.Dist. LEXIS 15718 and *Haines v. Keaner, et al.* 404 U.S. 519, 92 s. Ct. 594, 30 L. Ed. 2d 652.

Dated: July 24, 2014                             Respectfully Submitted,

*[signature]*

Chuck Rodrick, *pro se*
34522 North Scottsdale Road, #120-467
Scottsdale, AZ  85266
480-250-3838
chuckrodrick@gmail.com

**CERTIFICATE OF SERVICE**

I, Chuck Rodrick, do hereby certify that on this date I caused a copy of the forgoing Motion to be placed in a postage-paid envelope and depositing the same in the United States Postal Service addressed to all Parties or their counsel of record on this 24th day of July, 2014.

*[signature]*

Chuck Rodrick, Defendant, *pro se*