

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 28 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

1  Chuck Rodrick, *pro se*
2  34522 North Scottsdale Road, #120-467
   Scottsdale, AZ  85266
3  480-250-3838
   chuckrodrick@gmail.com
4

5

6                    **IN THE UNITED STATES DISTRICT COURT**
7                                  **FOR THE**
8                          **DISTRICT OF ARIZONA**

9  John Doe, et al.,
10                     Plaintiffs,            No. CV-13-01300-PHX-SRB

11  vs.

12                                            **DEFENDANT'S MOTION FOR**
                                              **SANCTIONS REGARDING THE**
13                                            **FILING OF DOCUMENTS KNOWN**
                                              **TO BE FALSE, FRIVOLOUS AND**
14                                            **MADE FOR IMPROPER PURPOSES**
                                              **IN VIOLATION OF RULE 11(b) OF**
15                                            **THE FED. R. CIV. P.**

16  Oesterblad, et al.,
17                     Defendants.

18

19       Defendant Chuck Rodrick, pursuant to Red. R. Civ. R. ("Rules") 11(b), hereby
20
    move that his Court impose sanctions upon Plaintiffs'' attorney, Janice M. Bellucci
21
22  ("Bellucci"), for her Filing Documents Known to be False, Frivolous and Made for

23  Improper Purposes in connection with Plaintiffs' Original Complaint, Amended
24
    Complaint and Motion for Temporary Restraining Order   In support of this Motion,
25
26  Defendant Rodrick states the following:

27       Pursuant to Fed. R. Civ. P. 11(c)(1)(A), Defendant Chuck Rodrick served this
28
    Motion upon Plaintiffs at least 21 days prior to its being filed, but, by the time of that

                                              1

filing, Plaintiffs have not appropriately corrected their improper actions, and Defendant Rodrick attempted to confer with Plaintiffs' attorney by telephone and email, all to no avail, as Plaintiffs' counsel refused to agree to this Motion.

On March 20, 2013, Ms. Bellucci, on behalf of the Plaintiffs filed their Original Complaint in the Central District of California. (Dkt 1). Plaintiffs filed an Amended and Verified Complaint on April 10, 2013. (Dkt. 15). Plaintiffs' Application for Temporary Restraining Order was filed on April 26, 2013. (Dkt. 19). As shown in Defendant Rodrick's Memorandum in Support of this Motion, those pleadings contain Documents Known to be False, Frivolous and Made for Improper Purposes regarding statements of material facts within Bellucci's personal knowledge, and Bellucci has violated Rule 11(b). Alternatively, this Court has the inherent authority to sanction Bellucci because her documents, known to be false, frivolous and made for improper purposes were made in bad faith.

For the reasons discussed in Defendant Rodrick's Memorandum in Support of this Motion, Defendant Rodrick respectfully requests that this Court enter an Order as follows:

(a) Specifically finding that Bellucci filed one or more pleadings in which she knowingly and in bad faith asserted claims and statements of facts known to be false, frivolous and made for improper purposes;

(b) requiring Bellucci to submit a copy of such findings to each of the named Plaintiffs, and Ordering Bellucci to disseminate a copy to Defendant Rodrick;

(c) dismissing all claims filed by Bellucci that were known to be false, frivolous and made for improper purposes;

(d) disallowing all fees and expenses which may be claimed by Bellucci; and

(e) imposing such other sanctions as this Court deems appropriate; **OR**

(f) in the alternative, order an evidentiary hearing to determine what sanctions, if any, are warranted.

Dated this 25th day of July, 2014.

Respectfully Submitted,

Chuck Rodrick, *pro se*
34522 North Scottsdale Road, #120-467
Scottsdale, AZ  85266
480-250-3838
chuckrodrick@gmail.com

## CERTIFICATE OF SERVICE

I, Chuck Rodrick, do hereby certify that on this date I caused a copy of the forgoing Motion to be placed in a postage-paid envelope and depositing the same in the United States Postal Service addressed to all Parties or their counsel of record on this 25th day of July, 2014.

Chuck Rodrick, Defendant, *pro se*

3

Chuck Rodrick, *pro se*
34522 North Scottsdale Road, #120-467
Scottsdale, AZ  85266
480-250-3838
chuckrodrick@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, et al., | |
| Plaintiffs, | No. CV-13-01300-PHX-SRB |
| vs. | **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AND MEMORANDUM AND POINTS OF AUTHORITIES** |
| Oesterblad, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

YOU ARE HEREBY NOTIFIED THAT Defendant Chuck Rodrick hereby moves the Court for an Order imposing maximum sanctions against Plaintiffs John Doe #1, John Doe #2, John Doe #3, John Doe #4, John Doe #5, John Doe #6, John Doe #8, John Doe #9, John Doe #10, Attorney Janice Bellucci and the Law Office of Janice M. Bellucci for submitting documents known to be false, frivolous and made for improper purposes to this Court in violation of Rule 11(b) of the Federal Rules of Civil Procedure and in support thereof submits his Memorandum of Points and Authorities.

1

# MEMORANDUM AND POINTS OF AUTHORITIES

## I.  FACTS

On March 20, 2013, Ms. Bellucci, on behalf of the above Plaintiffs filed their Original Complaint in the Central District of California. (Dkt 1).  Plaintiffs filed an Amended and Verified Complaint on April 10, 2013. (Dkt. 15).  Plaintiffs' Application for Temporary Restraining Order was filed on April 26, 2013. (Dkt. 19).  The case was transferred to the U.S. District Court for the District of Arizona on June 28, 2013. (Dkt. 62). On April 9, 2014, Janice Bellucci submitted her Motion to Withdraw as counsel for John Doe #5. (Dkt.142). On April 15, 2014, John Doe #5 submitted his Response to Ms. Bellucci's Motion to Withdraw. (Dkt. 149).   On July 1, 2014, this Court denied Ms. Bellucci's Motion to Withdraw as Counsel for John Doe #7. (Dkt. 176).

In Plaintiff's Amended Complaint, John Doe #5, states:

"10. Plaintiff John Doe #5 is a resident of the City of Seattle, Washington, and a citizen of the United States, and was both at all times mentioned herein and relevant to this action.  Plaintiff John Doe #5 was convicted of a sex-related offense in 1996 in the State of Washington but is **not required to register as a sex offender**.  Information regarding Plaintiff John Doe #5, including his name and  photograph, has been publicly posted on  privately owned websites, including, but not limited to, SORarchives, Offendex and Online Detective, at all times herein mentioned and relevant to this action.  Plaintiff John Doe #5 did not provide Defendants with prior consent for the  posting of any information

2

regarding him, including, but not limited to, his name and photograph.  **Plaintiff John Doe #5 has requested and paid a fee for removal of his name and photo** from a privately owned website; however, his name and photo remain on that website.   Plaintiff John Doe #5 has experienced both emotional and financial harm, including, but not limited to, injury to his business and property as a result of the publication of his name and photograph by Defendants." (Dkt. 15, p. 4, lines 10-21). (emphasis added).

However, Ms. Bellucci now claims that John Doe #5 has lied and misrepresented the fact that he is required to register as a sex offender, which is in stark contrast to the claims in the Amended Complaint.

Ms. Bellucci states in her Declaration:

"2. Subsequent to signing the retainer agreement, John Doe #5 communicated to me via telephone that he was not required to register as a sex offender and had never been required to register as a sex offender." [Dkt. 142, p. 2, lines 6-8].

Ms. Bellucci continues in her Declaration:

"4. In the capacity of attorney of record for that case, I drafted an original complaint for relief which was provided to John Doe #5.  The draft complaint included the statement that John Doe #5 "was convicted of a sex-related offense in 1996 in the State of Washington but is not required to register as a sex offender.

3

5. John Doe #5 reviewed the draft complaint but did not request that the above statement be revised or removed.  John Doe #5 verified the complaint on March 18, 2013." [Dkt. 142, p. 2, lines 11-17].

However, John Doe #5 has submitted an email contrary to Ms. Bellucci's Declaration.  In the email, dated March 15, 2013, John Doe #5 stated:

"I actually **do** have to register but I am a level 1 and they can not [sic] post me up on the county sor site. So this part needs to be changed: "but is not required to register as a sex offender." [Dkt. 149, p. 17]. (emphasis added).

Regarding the Amended Complaint, Ms. Bellucci states in her Declaration:

"7. As attorney of record in that case, I drafted an amended complaint for relief which was provided to John Doe #5.  The draft amended complaint included the statement that John Doe #5 "was convicted of a sex-related offense in 1996 in the State of Washington but is not required to register as a sex offender.

9. The amended and verified complaint, which included the statement that John Doe "was convicted of a sex-related offense in 1996 in the State of Washington but is not required to register as a sex offender", was filed on April 10, 2013." [Dkt. 142, p. 2-3, lines 21-24; 7-9].

Even though, Ms. Bellucci was notified via email from John Doe #5 on March 15, 2013, that he was required to register as a sex offender, Ms. Bellucci still claimed

4

that he was **not** required to register, which is a knowingly false and frivolous statement made for an improper purpose.

In regards to the TRO filed on behalf of the Plaintiffs, Ms. Bellucci stated in her declaration:

"10. I prepared a draft declaration for John Doe #5 in support of an ex parte application for a temporary restraining order (TRO). The draft declaration included the statement, "I am not required to register as a sex offender nor have I ever been required to register as a sex offender."

11. John Doe #5 reviewed the draft declaration, but did not request any changes to the above statement in that declaration. John Doe #5 signed the declaration on April 24, 2013... The declaration of John Doe #5 supported Plaintiffs' Application for Temporary Restraining Order which was filed on April 26, 2013." [Dkt. 142, p. 3, lines 10-16].

John Doe #5 swears that he is not lying and that he did in fact inform Ms. Bellucci that the verbiage in the Amended Complaint and the TRO needed to be changed. John Doe #5 supplied emails sent to Janice Bellucci to support his claims. [Exhibit 1, Dkt. 149, p. 17]. John Doe #5 has even posted on his website, offendextortion.com, that Ms. Bellucci is incompetent and is lying about the chain of events. [Exhibit 2].

In his April 7, 2014, sworn deposition, John Doe #5 stated:

"Q. Can you please read line 7, please?

A.  "I am not required to register as a sex offender nor have I ever been required to register as a sex offender."

Q.  Is that statement true or false?

A.  That would be an incorrect statement." [Exhibit 3]

What is even more disturbing is the fact that Ms. Bellucci fails to mention is that John Doe #5 admitted in his April 7, 2014, Sworn Deposition that **he told Ms. Bellucci that he never paid a fee for the removal of his name and photo from the websites in question.**  The Amended Compliant clearly states that "**Plaintiff John Doe #5 has requested and paid a fee for removal of his name and photo** from a privately owned website" [Dkt. 15, p. 4, lines 17-19].  In his April 7, 2014, sworn deposition, John Doe #5, stated:

"A.  I believe that there was a misunderstanding. That's not what I told my attorney.

Q.  How is it a misunderstanding?

A.  Because it's not -- that's not correct. That's not what happened.

Q.  So this is a false statement in a federal document?

A.  This is a mistake in a federal document." [Exhibit 4]

Ms. Bellucci makes no mention of this false statement in her Motion to Withdraw, but it is clearly evident that there is more than one false claim in the Amended Complaint.

6

## II. LAW

Rules 11 of the Federal Rules of civil Procedure are very clear about the signing of Pleadings and Representations to the Court.

"Rule 11. Signing Pleadings, Motions, and Other Papers; Representations to the Court; Sanctions

(b) REPRESENTATIONS TO THE COURT. By presenting to the court a pleading, written motion, or other paper—whether by signing, filing, submitting, or later advocating it, an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) **it is not being presented for any improper purpose**, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defenses, and other legal contentions are warranted by existing law or **by a non-frivolous argument** for extending, modifying, or reversing existing law or for establishing new law;

(3) **the factual contentions have evidentiary support** or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

(c) SANCTIONS. (1) *In General.*

7

If, after notice and a reasonable opportunity to respond, the court determines that Rule 11(b) has been violated, the court may impose an appropriate sanction on any attorney, law firm, or party that violated the rule or is responsible for the violation. Absent exceptional circumstances, a law firm must be held jointly responsible for a violation committed by its partner, associate, or employee.

(2) *Motion for Sanctions.* A motion for sanctions must be made separately from any other motion and must describe the specific conduct that allegedly violates Rule 11(b). The motion must be served under Rule 5, but it must not be filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is **withdrawn** or appropriately corrected within 21 days after service or within another time the court sets. If warranted, the court may award to the prevailing party the reasonable expenses, including attorney's fees, incurred for the motion."

The Ninth Circuit has recognized that the 1983 amendments to Rule 11 were part of an across the board effort by the courts and Congress to encourage sanctions. *Zalvidar v. City of Los Angeles*, 780 F.2d 823, 829 n.5 (9th Cir. 1986).  The Ninth Circuit has established that sanctions *must* be imposed on the signer of a paper if either (1) the paper is "frivolous" or (2) the paper is filed for an improper purpose. *Townsend v. Holman Consulting Corp.*, 914 F.2d 1136 (9th Cir. 1990) *(Townsend* I).  The Ninth Circuit has further divided the frivolousness prong into two parts: (1) filings that are factually frivolous; or (2) filings that are not warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law.  *Maisonville v. F2*

*America, Inc.*, 902 F.2d 746, 748 (9th Cir. 1990); *Business Guides, Inc. v. Chromatic Communications Enterprises*, 892 F.2d 802, 808-809 (9th Cir. 1989); *Zaldivar v. City of Los Angeles*, 780 F.2d 823, 830-31 (9th Cir. 1986). Finally, the Ninth Circuit has found that a violation of either the frivolousness prong or the improper purpose prong is sufficient to sustain sanctions. *Townsend II,* 914 F.2d 1136, 1140.

In this immediate action, it is clear that Ms. Bellucci has violated both the frivolousness and the improper prongs and sanctions and an evidentiary hearing are warranted.

Furthermore, a motion to amend the complaint is insufficient to satisfy the safe harbor requirements of Rule 11.  Rule 11 requires that the offending pleading **be withdrawn**.

### III.    Arizona Rules of Professional Conduct

Ms. Bellucci has violated several of the Arizona Rules of Professional Conduct and  bar complaints against her for these violations is in the process of being filed in both Arizona and California.

**"ER 1.1.    Competence**

A lawyer shall provide competent representation to a client.  Competent representation requires the legal knowledge, skill, **thoroughness and preparation** reasonably necessary for the representation.

**Thoroughness and Preparation**

[5] Competent handling of a particular matter includes inquiry into and analysis of the factual and legal elements of the problem, and use of methods and procedures meeting the standards of competent practitioners.  It also includes adequate preparation. The required attention and preparation are determined in part by what is at stake; major litigation and complex transactions ordinarily require more extensive treatment than matters of lesser complexity and consequence.

**ER 3.1.    Meritorious Claims and Contentions**

A lawyer shall not bring or defend a proceeding, or assert or controvert an issue therein, unless there is a good faith basis in law and fact for doing so that is not frivolous, which may include a good faith and non-frivolous argument for an extension, modification or reversal of existing law.

[1] The advocate has a duty to use legal procedure for the fullest benefit of the client's cause, but also a duty not to abuse legal procedure.

[2] The filing of an action or defense or similar action taken for a client is not frivolous merely because the facts have not first been fully substantiated or because the lawyer expects to develop vital evidence only by discovery.  **What is required of lawyers, however, is that they inform themselves about the facts of their clients' cases and the applicable law and determine that they can make good faith and non-frivolous arguments in support of their clients' positions.** (emphasis added).

**ER 3.3.    Candor Toward the Tribunal**

10

(a) **A lawyer shall not knowingly** (emphasis added):

(1) **make a false statement of fact** or law to a tribunal or fail to correct a false statement of material fact or law previously made to the tribunal by the lawyer; (2) fail to disclose to the tribunal legal authority in the controlling jurisdiction known to the lawyer to be directly adverse to the position of the client and not disclosed by opposing counsel (emphasis added).; or

(3) **offer evidence that the lawyer knows to be false**. If a lawyer, the lawyer's client or a witness called by the lawyer has offered material evidence and the lawyer comes to know of its falsity, the lawyer shall take reasonable remedial measures, including, if necessary, disclosure to the tribunal. A lawyer may refuse to offer evidence, other than the testimony of a defendant in a criminal matter, that the lawyer reasonably believes is false. (emphasis added)."

Ms. Bellucci has not only committed fraud on the Defendant, she has committed fraud against this Court. Ms. Bellucci violating the above Arizona Rules of Professional Conduct, by knowingly submitting false and frivolous claims and statements in three separate filings with this Court.

## I. CONCLUSION

There is more than enough evidence to substantiate the fact that something is definitely wrong here. Ms. Bellucci deliberately and knowingly filed false and frivolous statements, not once, not twice, but in three separate filings with this Court, thus

constituting an improper purpose in these filings and warranting sanctions and an evidentiary hearing.

Ms. Bellucci was made aware well over a year ago, on March 15, 2013, that John Doe #5 **is** required to register as a sex offender and that he **never** paid a fee for the removal of his information from the websites in questions, yet Ms. Bellucci continued on with her falsified and frivolous claims on a quest with nothing but improper purposes and malice at heart.

Defendant Rodrick would not have become aware of this deception if it had not been discovered in the sworn deposition of John Doe #5 and it is abundantly clear that Ms. Bellucci would have continued her charade with cunning deception.

Even more alarming, is that at this point it is unclear as to the depth of Ms. Bellucci's deception and if more claims filed on behalf of the Plaintiffs she represents are false, frivolous and made for improper purposes.

In addition, an amended complaint is insufficient to satisfy the safe harbor requirements of Rule 11, as   Rule 11 requires that the offending pleading **be withdrawn**.

**WHEREFORE**, Defendant Rodrick respectfully request this court order and evidentiary hearing to determine, what sanctions, if any, are warranted or in the alternative dismiss this action in its entirety due to the deliberate, deceptive and frivolous actions of Ms. Bellucci.

12

Dated this 2nd day of July, 2014.

Respectfully Submitted,

Chuck Rodrick, Defendant, *pro se*
34522 North Scottsdale Road, #120-467
Scottsdale, *AZ* 85266
480-250-3838
chuckrodrick@gmail.com

## CERTIFICATE OF SERVICE

I, Chuck Rodrick, do hereby certify that on this date I caused a copy of the forgoing Motion to be placed in a postage-paid envelope and depositing the same in the United States Postal Service addressed to all Parties or their counsel of record on this 2nd day of July, 2014.

Chuck Rodrick, Plaintiff, *pro se*

13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 1

1

**From:** Janice <jmbellucci@aol.com>
**To:** adamg846 <adamg846@aol.com>
**Subject:** Re: Revised declaration
**Date:** Thu, Apr 25, 2013 9:09 am

Thanks, Adam!  I have received signed declaration.


*Janice M. Bellucci*
*Attorney-at-Law*
*571 Hartnell Road*
*Santa Maria, CA   93455*
*(805) 896-7854*
-----Original Message-----
From: Adam G. <adamg846@aol.com>
To: jmbellucci <jmbellucci@aol.com>
Sent: Thu, Apr 25, 2013 12:07 am
Subject: Re: Revised declaration

Line 4 still says that I do not have to register. I still have to register I am no longer on the county's SO site. I
signed and have sent it off to you and you can make the changes, I just wanted to get the signature to you.
Thank you Janice.
  Adam G.
-----Original Message-----
From: Janice <jmbellucci@aol.com>
To: adamg846 <adamg846@aol.com>
Sent: Wed, Apr 24, 2013 9:21 pm
Subject: Revised declaration


*Janice M. Bellucci*
*Attorney-at-Law*
*571 Hartnell Road*
*Santa Maria, CA   93455*
*(805) 896-7854*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 2

Fwd: Janice Bellucci Embelished Court Documents - LIES



## Janice Bellucci Embelished Court Documents? John Doe 5 Thinks So (BREAKING NEWS)

Anonymous · April 30, 2014 · Uncategorized · Comments

Today John Doe 5 took quite the blow when his own attorney Janice Bellucci accused him of lying in the Federal Claim. Bellucci makes the accusation that #5 intentionally lied on specific documents issued to the court. "What Ms. Bellucci has done is take on way more than she could chew", Said john doe 5. John Doe 5 was released today after signing documentation that Bellucci drew up and had #5 sign and then accused him of lying. "As of right now we have plenty of evidence that I told Bellucci the truthful story which she seemed to have embellished. She may have gotten my story mixed up with someone else's and this can happen when you have ten clients" Here at offenderextortion.com we believe that #5 has been nothing but truthful throughout this whole ordeal and that Ms. Bellucci is incompetent and should have not put herself back on the case when she quit the last time. More to come...

Updated April 30, 2014 1:2:50 am

← Previous Post

ATTORNEY'S PAGE | Related Story | WE'RE BACK!! A Message From Adam

# Betrayed

👤 Anonymous 📅 April 14, 2014 🗂 Uncategorized 💬 Comments

An update for the Federal lawsuit. As many of you may know by now Ms. Bellucci is trying to release herself from representing me. She went about it in a very evil way and my belief is that is not going to be good for her. I started this federal lawsuit many of you would not be a part of it if it if it was not for me. Do I deserve to be disrespected?? Bellucci's outright ridiculous claims are that I lied to her. The problem is that I have the evidence that proves otherwise. Shortly the judge will be receiving this information as I have mailed off my rebuttal. Now if for some bizarre reason the judge decides in Ms. Belluccis favor this does not mean that I will no longer be in the case. What it means is that bellucci will no longer be my attorney. I will be pro se until I get a new attorney (Just clearing up the confusion) As the leader in this Federal lawsuit at this point I do not feel that it is appropriate to withdraw my strong claims.  I have no intentions of harming any of the other doe's in this case. However I will let it be known that Ms. Bellucci has time and time again show her incompetence in this case. She has even withdrawn from this case once before laving us scrambling to find a new attorney. Does a good attorney continue to make mistakes? Is a good attorney vindictive? If I had my choice I would ask that bellucci resign and that we find competent representation. Once again as the leader and you can mark my words this case is headed for disaster if we allow Bellucci to continue being our attorney. Please Chime in and tell me what you think

John Doe #5 MORE TO COME.....

Updated: April 14, 2014 — 9:02 am

## DONATION BUTTON



*Donate*

VISA

### Archives

Select Month ▾

### Categories

Select Category ▾

### Categories

Select Category ▾

Search for: [Search ...]

| | | | | April 2014 | | |
|---|---|---|---|---|---|---|
| M | T | W | T | F | S | S |
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

« Mar

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 3

Adam Galvez

April 7, 2014

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2                        FOR THE

3                 DISTRICT OF ARIZONA

4

5

6

   John Doe, et al.,                    )
7                                       )
                 Plaintiff,             )
8                                       )  Case No.
        vs.                             )  CV-13-01300-PHX-SRB
9                                       )
   Brent Oesterblad, et al.,            )
10                                      )
                 Defendants.            )
11

12

13

14          DEPOSITION OF ADAM GALVEZ

15            Taken April 7, 2014
            600 University Street, Suite 320
16             Seattle, Washington

17

18

19

20

21

22

23

24   Reported by:
     MARK HOVILA
25   CCR No. 2599

Adam Galvez

April 7, 2014

Page 78

1    signature?

2        A.    Yes, it is.

3        Q.    Your attorney filed this document?

4        A.    Correct.

5        Q.    With the federal court?

6        A.    Yes.

7        Q.    You signed it?

8        A.    Yes, I did.

9        Q.    Do you recognize the document now?

10       A.    Yes, I know what the document is.

11       Q.    And what is it?

12       A.    It is the Declaration of Adam Galvez in

13   Support of Ex Parte Application for Temporary

14   Restraining Order and Order to Show Cause Re Preliminary

15   Injunction.

16       Q.    Page 2.  It's going to be line 7.  If you go

17   all the way to the left of the document, and go down to

18   7.

19       A.    Uh-huh.

20       Q.    Can you please read line 7, please?

21       A.    "I am not required to register as a sex

22   offender nor have I ever been required to register as a

23   sex offender."

24       Q.    Is that statement true or false?

25       A.    That would be an incorrect statement.

Adam Galvez

April 7, 2014

Page 201

```
 1                    C E R T I F I C A T E

 2   STATE OF WASHINGTON   )

 3                          )  ss.

 4   COUNTY OF KING         )

 5

 6           I, the undersigned Washington Certified Court
     Reporter hereby certify that the foregoing deposition
     upon oral examination of ADAM GALVEZ was taken
 7   stenographically before me on April 7, 2014, and
     transcribed under my direction;
 8
             That the witness was duly sworn by me
 9   pursuant to RCW 5.28.010 to testify truthfully;

10           That the transcript of the deposition is a
     full, true, and correct transcript to the best of my
11   ability;

12           That I am neither attorney for, nor a relative
     or employee of, any of the parties to the action or any
13   attorney or counsel employed by the parties hereto, nor
     financially interested in its outcome;
14
             I further certify that in accordance with CR
15   30(e), the witness was given the opportunity to examine,
     read, and sign the deposition, within 30 days, upon its
16   completion and submission, unless waiver of signature
     was indicated in the record.
17
             IN WITNESS WHEREOF, I have hereunto set my
18   hand this date:  April 17, 2014

19

20

21

22

23

24   _____
     Mark Hovila
     Washington Certified Court Reporter No. 2599
25   License valid through October 4, 2014
```

Adam Galvez                                                April 7, 2014

                                                              Page 202

1

2                        C H A N G E   S H E E T

3        PLEASE MAKE ALL CHANGES OR CORRECTIONS ON THIS SHEET,
         SHOWING PAGE, LINE AND REASON.
4        _____

5        PAGE   LINE           CORRECTION AND REASON

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24       _____
         ADAM GALVEZ
25       Taken:  April 7, 2014

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 4

Adam Galvez                                      April 7, 2014

Page 1

1                IN THE UNITED STATES DISTRICT COURT

2                             FOR THE

3                      DISTRICT OF ARIZONA

4

5

6

    John Doe, et al.,              )
7                                  )
                Plaintiff,         )
8                                  )  Case No.
        vs.                        )  CV-13-01300-PHX-SRB
9                                  )
    Brent Oesterblad, et al.,      )
10                                 )
                Defendants.        )
11

12

13

14              DEPOSITION OF ADAM GALVEZ

15              Taken April 7, 2014
            600 University Street, Suite 320
16              Seattle, Washington

17

18

19

20

21

22

23

24   Reported by:
     MARK HOVILA
25   CCR No. 2599

Adam Galvez                                                    April 7, 2014

Page 94

1              MS. BELLUCCI:  I'm going to object to the form

2      of that question as argumentative and speculative.

3      Please answer.

4          A.    I would say you're lying.

5          Q.    Where else does your record appear?

6          A.    Nowhere else.

7                (Exhibit 11 marked)

8          Q.    In front of you is Exhibit 11.  Do you

9      recognize this document?

10         A.    Yes.  This document is an amended and verified

11     complaint for relief.

12         Q.    Please go to page 4.  Please read line 18.

13         A.    "John Doe #5 has requested and paid a fee for

14     removal of his name and a photo from a privately owned

15     website; however, his name and photo remain on that

16     website."

17         Q.    Is that a true statement?

18         A.    That would be a misunderstanding.

19         Q.    Another misunderstanding?

20         A.    That is correct.  We do not have all of the --

21     I'm not going to elaborate.  That's a misunderstanding.

22         Q.    Please elaborate.

23         A.    I've given you my answer.

24         Q.    Did your attorney write this?

25         A.    My attorney wrote this, correct.

Adam Galvez                                                    April 7, 2014

Page 95

1        Q.    You reviewed this before she filed it?

2        A.    Well, of course I read it.  If I signed it, I

3   read it.  I'm going to see if I signed this document.

4        Q.    Did you tell your attorney that you paid a fee

5   for removal?

6        A.    No, I did not tell my attorney that.  Or I

7   explained to my attorney -- there's other Does in this

8   case, so there could be some confusion.  I explained to

9   my attorney that it would cost me upwards of 500 to

10  $1000 to have my name removed from --

11       Q.    Can you please read the line again?

12       A.    -- your website.  "John Doe #5 has requested

13  and paid a fee for removal of his name and photo from a

14  privately owned website; however his name and photo

15  remain on that website."

16       Q.    Is that what you told your attorney?

17       A.    I believe that there was a misunderstanding.

18  That's not what I told my attorney.

19       Q.    How is it a misunderstanding?

20       A.    Because it's not -- that's not correct.

21  That's not what happened.

22       Q.    So this is a false statement in a federal

23  document?

24       A.    This is a mistake in a federal document.

25       Q.    Please go to page 8.  Read line 16, please.

Adam Galvez                                          April 7, 2014

Page 201

```
 1                 C E R T I F I C A T E

 2    STATE OF WASHINGTON  )

 3                         )  ss.

 4    COUNTY OF KING       )

 5

 6            I, the undersigned Washington Certified Court
      Reporter hereby certify that the foregoing deposition
      upon oral examination of ADAM GALVEZ was taken
 7    stenographically before me on April 7, 2014, and
      transcribed under my direction;

 8
              That the witness was duly sworn by me
 9    pursuant to RCW 5.28.010 to testify truthfully;

10            That the transcript of the deposition is a
      full, true, and correct transcript to the best of my
11    ability;

12            That I am neither attorney for, nor a relative
      or employee of, any of the parties to the action or any
13    attorney or counsel employed by the parties hereto, nor
      financially interested in its outcome;

14
              I further certify that in accordance with CR
15    30(e), the witness was given the opportunity to examine,
      read, and sign the deposition, within 30 days, upon its
16    completion and submission, unless waiver of signature
      was indicated in the record.

17
              IN WITNESS WHEREOF, I have hereunto set my
18    hand this date:  April 17, 2014

19

20

21

22

23
      _____
24    Mark Hovila
      Washington Certified Court Reporter No. 2599
25    License valid through October 4, 2014
```

Adam Galvez                                             April 7, 2014

Page 202

1

2                         C H A N G E   S H E E T

3       PLEASE MAKE ALL CHANGES OR CORRECTIONS ON THIS SHEET,
        SHOWING PAGE, LINE AND REASON.
4
        PAGE   LINE            CORRECTION AND REASON
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
                         ADAM GALVEZ
25                       Taken:  April 7, 2014