1
2
3
4
5
6           **IN THE UNITED STATES DISTRICT COURT**
7              **FOR THE DISTRICT OF ARIZONA**
8
9    John Doe, et al.,                          No. CV-13-01300-PHX-SRB
10                    Plaintiffs,               **ORDER**
11   v.
12   Brent Oesterblad, et al.,
13                    Defendants.
14
15          The Court has considered Defendant's Motion for Sanctions filed on July 25,
16   2014.
17          IT IS ORDERED denying Defendant's Motion for Sanctions (Doc. 187).
18
19                            Dated this 1st day of August, 2014.
20
21
22
23                            _____
24                            Susan R. Bolton
                              United States District Judge
25
26
27
28