# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, et al., | No. CV-13-01300-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Brent Oesterblad, et al., | |
| Defendants. | |

The Court has considered Defendant's Motion for Sanctions Regarding the Filing of Documents Know to be False, Frivolous and Made for Improper Purposes in Violation of Rule 11(b) of The Fed. R. Civ. P.

IT IS ORDERED denying Defendant's Motion for Sanctions Regarding the Filing of Documents Know to be False, Frivolous and Made for Improper Purposes in Violation of Rule 11(b) of The Fed. R. Civ. P.  (Doc. 188).

Dated this 1st day of August, 2014.

*/s/ Susan R. Bolton*
Susan R. Bolton
United States District Judge