IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES

Phoenix Division

**CV 13-01300-PHX-SRB**     DATE: 8-4-14
Year    Case No.

HON: SUSAN R. BOLTON

John Doe, et al.                    v. Brent Oesterblad, et al.
Plaintiff(s)                            Defendant(s)

Deputy Clerk: Maureen Williams    Court Reporter: Liz Lemke

Janice Bellucci
Plaintiff(s) counsel

John Doe #7 [telephonically]
Plaintiff pro se

Chuck Rodrick, II [telephonically]
Defendant pro se
================================================================================
**PROCEEDINGS**:   X  Open Court   _Chambers    _ SEALED

This is the time set for Telephonic Discovery Dispute Hearing held at the request of Plaintiffs' counsel regarding Defendant Rodrick's failure to appear for his depositions noticed on June 11, 2014, and July 25, 2014. Discussion held.

IT IS ORDERED that Defendant Rodrick be deposed at the location previously approved by the Court on the date and time noticed by Plaintiffs' counsel within 10 days of this date. The Court also orders the Defendant pay the court reporter's expenses. If Defendant fails to appear for his deposition, his answer will be stricken and default will be entered. Defendant advises the Court he will not abide by the Court's ruling and requests that his answer be stricken. Therefore,

IT IS ORDERED striking Defendant Rodrick's answer and the Clerk of Court shall enter default against Defendant Chuck Rodrick, II.

Hearing length:    7 minutes