# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| John Doe, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | **CV 13-1300-PHX-SRB** |
| | ) | |
| v. | ) | ENTRY OF DEFAULT |
| | ) | |
| Brent Oesterblad, et al, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

Pursuant to the Court's ruling of August 4, 2014, and in accordance with Federal Rules of Civil Procedure Rule 55(a), default is hereby entered against Defendant, Chuck Rodrick, II.


  August   4,  2014       BRIAN  D.  KARTH          
Date                      DCE / Clerk of Court

                          .   s/  Ruth E. Williams          
                          By      Ruth E. Williams
                                   Deputy Clerk