# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, et al., | No. CV-13-01300-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Brent Oesterblad, et al., | |
| Defendants. | |

On August 4, 2014, default was entered as to Defendant Chuck Rodrick, II. No motion for default judgment has been made.

IT IS ORDERED that counsel for the Plaintiffs file a status report within 7 days of the date of this order advising why no motion for default judgment has been made.

IT IS FURTHER ORDERED that if counsel fails to file a status report within 7 days of the date of this Order this case will be dismissed without further notice.

Dated this 29th day of August, 2014.

_____
Susan R. Bolton
United States District Judge