**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES**

Phoenix Division

 **CV 13-01300-PHX-SRB**     DATE: 10-27-14
Year    Case No.

HON: SUSAN R. BOLTON

John Doe, et al.              v. Brent Oesterblad, et al.
Plaintiff(s)                     Defendant(s)

Deputy Clerk: Maureen Williams    Court Reporter: Liz Lemke

Janice Bellucci [telephonically]    Michael Harnden [telephonically]
Plaintiff(s) counsel                Defense counsel
================================================================================
**PROCEEDINGS**:   X Open Court   _Chambers    _SEALED

This is the time set for Telephonic Discovery Dispute Hearing held at the request of Plaintiffs' counsel. Counsel are currently taking the deposition of Defendant Chuck Rodrick, II and Plaintiffs' counsel objects to Defense counsel's audio recording said deposition. Discussion held.

The Court will not preclude Defense counsel from recording the audio of the deposition of Defendant Rodrick but said recording cannot be submitted or any portion of it submitted either in its audio form or by transcript. The only record of this deposition that will ever be considered by the Court is the record that is being officially recorded by stenographic means by the court reporter.

Hearing length:    4 minutes